

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS



RECEIVED

OCT 1 1 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Daisy Hernández )
)
_____ )
)
Plaintiff(s), )
)
v. )
Janina Nieves, RN )
Jessica Nieves _____ )
)
)
Defendant(s). )

Case Num 18cv6842
Judge Tharp Jr.
Mag. Judge Schenkier

I just want 10/03
to make sure that
it "Jessy" -DH

### COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Daisy Hernandez _____ of the

county of Cook _____ in the state of Illinois _____.

3. The defendant is Janina Nieves, RN _____, whose

street address is 5820 W Irving Park Road _____,

(city) Chicago (county)_____ (state) IL _____ (ZIP) 60634

(Defendant's telephone number) (708) – 867 – 8310 _____

4. The plaintiff sought employment or was employed by the defendant at (street address)

4738 N. Harlem Avenue, Suite #3 _____ (city) Harwood Heights

(county)_____ (state) IL ____ (ZIP code) 60706-4639

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.    The plaintiff [*check one box*]

    (a)  ☐  was denied employment by the defendant.

    (b)  ☐  was hired and is still employed by the defendant.

    (c)  ☒  was employed but is no longer employed by the defendant.

6.    The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) August , (day) 01 , (year) 2011 . *When Jani 10/03 hired, "Jessy" -DH*

7.1    (*Choose paragraph 7.1 or 7.2, do not complete both.*)

    (a)  The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☒*has* ☐*has not* filed a charge or charges against the defendant

        asserting the acts of discrimination indicated in this complaint with any of the

        following government agencies:

        (i)  ☒  the United States Equal Employment Opportunity Commission, on or about

            (month) Sep (day) 24 (year) 2018 .

        (ii)  ☐  the Illinois Department of Human Rights, on or about
            N/A
            (month)_____ (day)_____ (year)_____.

    (b)  If charges *were* filed with an agency indicated above, a copy of the charge is

        attached. ☒ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received. The

plaintiff has no reason to believe that this policy was not followed in this case.

7.2    The defendant is a federal governmental agency, and

    (a)  the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

    ☐ Yes (month)_____ (day)_____ (year) _____

    ☐ No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month)_____

(day)_____ (year)_____.

(c)    Attached is a copy of the

    (i) Complaint of Employment Discrimination,

        ☐ Yes    ☐ No, but a copy will be filed within 14 days.

    (ii) Final Agency Decision

        ☐ Yes    ☐ N0, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐    the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒  the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) O9 (day) 26 (year) 2018 a copy of which *Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☒ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII ~~I changed National Origin to Race-DM 10/03~~ t of 1964 and 42 U.S.C. §1981).

(e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983). *Missing Theres no box for No 10/03*

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☒ other (specify): _"see additional page" "Item 1, Continued_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

QUESTION 12

Item 1 through 6, Continued. PGS. 1-6
Item 7 through 18, Continued PGS. 1-12 Paper Titled: "INCIDENT REPORT RECARDING: JESSIFER HOME HEALTH SERVICES. INC"
Item 19 through 22, Continued. PGS. 1-4 Paper Titled: "Jessy"
ITEM 23 THROUGH 25, CONTINUED .......... PGS. 1-3 PAPER TITLED: "REQUESTING LEGAL ASSISTANCE IN THE AREA OF EMPLOYMENT DISCRIMINATION."
ITEM 26 THROUGH 27, CONTINUED. COVER LETTER
Item 28 through 29, Continued. Resume
Item 30 through 31, Continued. Handout, Titled: "Healthy Relationships."
Item 32, Continued. Handout, Titled: "Financial Abuse."
Items 33 through 37, Continued. Paper Titled: "Discrimination in the Area of Public Accommodation." PGS. 1-5
Items 38 through 42, Continued Paper Titled: "Discrimination in the Area of Employment Accommodation." PGS. 1-5

13. The facts supporting the plaintiff's claim of discrimination are as follows:

Question 13, Continued.

Item 69, Continued. Trophy I won in a writing competition at James Monroe Elementary School and Picture of personalized mug my best friend from NDHS for Girls gave me with my name and a butterfly filled with delicious caramels for helping her with her homework. This gift meant a lot to me because I would sometimes go hungry and go out of my way to help her.
Item 70 through 72, Continued. I made a collection of tokens I have collected from people. The contrast of what I have gone through after I left the home health agency is in that sheet. I am used to receiving gifts of encouragement for my character.
Item. 73, Continued. My Second Honors from Notre Dame High School for Girls.
Item 74 through 77, Continued. Formation Classes Certificates. PGS. 1-4. YEARS: 2010,2011,2012

Items 78 through Item 92, Continued. Copies of my W2's and notes. Before, During and After Employment for Jessifer Home Health Agency, Inc. Fifteen pages in total.
Items 93 through 105, Continued. The response to my cries.
Items 106 through Item 112, Continued. My Resignation Letter and Performance Evaluation from Jessifer Home Health Agency. Seven Pages in total.
Item 113 and 114, Continued. Certificate of Appreciation from TJ Maxx and a Thank you letter.
Items 115 through 121, Continued. Janina's, Jessica's (Jessy's) and Daisy's Area of focus in the office.

GIRLS. I
: AND READ
HERE FOR

I was

ift Card and

lfully

Page 5.5

The plaintiff demands that the case be tried by a jury. ___ YES ___ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☒ Direct the defendant to (specify): _____

"See additional page"
Item 5 and 6, Continued.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_See Item 5 and 6,_
_Continued._

(g)  ☒  If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h)  ☒  Grant such other relief as the Court may find appropriate.

_Daisy Hernández_
(Plaintiff's signature)

Daisy Hernández
(Plaintiff's name)

2616 North Central Park Avenue, Chicago, IL, 60647
(Plaintiff's street address)

(City) Chicago      (State) IL    (ZIP) 60647

(Plaintiff's telephone number) (773) – 543 – 4944

Date: 10/09/2018

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Daisy Hernandez
2616 N. Central Park Avenue
Apt. 2
Chicago, IL 60647

From: Chicago District Office
500 W. Madison St.
Suite 2000
Chicago, IL 60661

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a)

| EEOC Charge No. | EEOC Representative | Telephone No.: |
|---|---|---|
| 440-2018-08358 | Janel Smith, Investigator | (312) 869-8136 |

*(See also the additional information enclosed with this form.)*

**TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐ More than 180 days have passed since the filing of this charge.

☒ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☒ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Julanne Bowman*                                    9/26/18

Julanne Bowman, District Director                    (Date Mailed)

Enclosure(s)

cc: JESSIFER HOME HEALTH SERVICES, INC.

C/O Chief Executive Officer
Jessifer Home Health Services, Inc.
5820 W Irving Park Road
Chicago, IL 60634

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2018-08358 |
|---|---|---|

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.)<br>**Daisy Hernandez** | Home Phone (Incl. Area Code)<br>**(773) 543-4944** | Date of Birth<br>**1987** |
|---|---|---|

| Street Address<br>**2616 North Central Park Avenue, Apartment 2, Chicago, IL 60647** | City, State and ZIP Code | |
|---|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>**JESSIFER HOME HEALTH SERVICES, INC.** | No. Employees, Members<br>**15 - 100** | Phone No. (Include Area Code)<br>**(773) 283-8677** |
|---|---|---|
| Street Address<br>**5820 W Irving Park Road, Chicago, IL 60634** | City, State and ZIP Code | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **10-2010**   Latest **01-2013**
☐ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I was hired by Respondent in or around October 2010, as a Receptionist. During my employment, I was subjected to oppression and abuse. I was constructively discharged in or around January 2013.

I believe I have been discriminated against because of my national origin, Mexican, and my sex, female, in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe I have been discriminated against because of my age, 31 (DOB: 1987), in violation of the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Sep 24, 2018**  X *Daisy Hernandez*<br>Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

From:

**Daisy Hernandez**
2616 North Central Park Avenue Apt. 2
Chicago, IL, 60647
September 26, 2018

To:

**U.S. Equal Employment Opportunity Commission**
500 West Madison Street, Suite 500
Chicago, IL, 60661

Dear To Whom It May Concern,

I am writing this letter to serve has an addendum to the, "Charge of Discrimination," EEOC Form 5. I would like to clarify that my parents were born in Mexico. I, Daisy Hernandez, was born in the United States. Since I keep a relationship with my parents I am also in touch with my Mexican Culture, and have a Spanish accent.

The reason for the addendum is because when I try to figure out the meaning of a word, I am not familiar with the first clue to its meaning are the words that make up the word being used. This is in regards to the word, "National Origin."

Thank you for your time. - Sincerely,

Daisy Hernandez

ITEM 1, CONTINUED:

From:
Daisy Hernandez
2616 North Central Park Avenue Apt. 2
Chicago, IL, 60647
October 6, 2018

To:
U.S. District Court
Northern District of Illinois
Eastern Division at Chicago
219 South Dearborn Street
Chicago, IL, 60604

**Contact Information of the Home Health Agency Involved:**
4738 North Harlem Avenue, Suite # 3
Harwood Heights, IL, 60706-4639
Tel: 708.867.8310    Fax: 708.867.8309


**"See Additional Page"**
I want to request, "Legal Assistance," An Attorney.

**Item 1, Continued:**
**Question 12. The Defendant [check only those that apply]**
**(h) Other (specify):**

| |
|---|
| 1. Failed to produce missing paperwork that I, Daisy was responsible for. |
| During the meeting in which Janina hired a CNA with the last name of, "Nieves," that shared the, "Nieves features," I looked up the CNAs certification online while Janina was talking to her, when the moment was appropriate while the CNA was still present I made Janina aware that the CNA did not have a certification on line. Time passed by and Janina or the CNA failed to produce the paperwork. At the end of the year IDPH would ask for certain paperwork to be mailed or faxed to them in regards to the patients they were paying the home health agency for. I would tape a list next to the fax machine. Only after the confirmation paper was printed would I write down the patient's name. Somehow during both of the years that I worked Janina failed to meet the deadline. See the letter I mailed IDPH on: July 31, 2018, Titled: INCIDENT REPORT RECARDING: JESSIFER HOME HEALTH SERVICES, INC. It provides further details in how Janina failed her patients and me. |
| 2. My charges against, "Jessy and Janina." |
| 1.    Jessy stole a paycheck during the beginning of her employment. Janina covered it up for her by blaming me. <br> 2.    Janina and Jessy messed up QuickBooks all by themselves. Janina shouldn't have left Jessy alone with QuickBooks, if QuickBooks was important. Again Janina covered it up by blaming me. <br> See the document titled, "Jessy," for further detail. |

1

ITEM 2, CONTINUED:

| |
|---|
| 3. Confusing and Controlling the, "Justice Department." |
| After IDPH left one day that it came to audit the agency, I overheard a very suspicious phone call that Janina had over the phone with someone. That person was asking for more money I am suspecting $10,000 dollars more. Janina said, "but you approached me… then why am I paying you for?" After this phone call Janina wanted me to keep the door of the office closed. I did not, because at this time I was not at peace with her work. Another factor that is prompting me to this conclusion is the behavior from the agents after I left the home health agency. <br> Janina lied to the Justice Department. Janina told the, "Justice Department," that I, Daisy had being involved with the missing paycheck her youngest daughter Jessy stole during the beginning of her employment. Janina also told the Justice Department that I, Daisy had somehow being involved with the confusion that Janina and Jessy created with QuickBooks. This made the agents that infiltrated me complete criminal activity against my person. This also made the agents respond inappropriately when I would complain in regards to them stopping the criminal activity, oppression they were completing. I would like to add here that I truly believe that Janina paid people off. |
| 4. Discrimination and Harassment in the employment and public accommodation areas. |
| For the above reasons I received discrimination and harassment in the employment and public accommodations areas. <br> See the charts I mailed to the, Commission on Human Relations. They did not take the case, they want me to mail each case separately, I will in time: Discrimination in the Area of Public Accommodation, and Discrimination in the Area of Employment Accommodation. |
| 5. Taking me from, "One extreme to another extreme." |
| Forced to change lifestyle. I am not in, "control," of my goals. I cannot have any goals. My normal behavior or evidence of my character is getting destroyed for example: my friendships and goal oriented behavior. Therefore I have decided to attach a portion of certificates of achievements and momentous I have collected in my life time from family and friends. |

**13. The facts supporting the plaintiff's claim of discrimination are as follows:**

1. My income before, during and after I left, "Jessifer Home Health Agency."
See attached copies of my W2's.

2

ITEM 3, CONTINUED:



### Income Before, During and After Employment with, "Jessifer Home Health Agency."



| YEAR | FED. ADJSTD. INCM. | NOTES |
|---|---|---|
| 2003 | 618.00 | Mayer Daley's Summer Programs |
| 2005 | 3,879.00 | First year working and has a student at NPU. |
| 2006 | 12,749.00 | A student at NPU. |
| 2007 | 14,256.00 | A student at NPU. |
| 2008 | 10,425.00 | A student at NPU. |
| 2009 | 10,929.00 | A student at NPU. U.S. Savings Bonds Cashed: $410.40, $247.84, $319.04 |
| 2010 | 8,387.00 | I had just graduated from NPU |
| 2012 | 21,684.00 | Working at, "Jessifer Home Health Agency." |
| 2013 | 11,810.00 | After J.H.H.A. Working for Chipotle and Filippo's. Please note that I need to make charts, notes struggle to get paid. This was unnecessary and unfair. I put a lot more effort than normal on getting paid. This criminal activity from the agents did not clear my name, the abuse continued. This is not correct. I am not in control. I cannot have any goals |
| 2014 | 18,349.00 | I am not in control. I cannot have any goals |
| 2015 | 8,090.00 | I am not in control. I cannot have any goals |
| 2016 | 5,446.00 | I am not in control. I cannot have any goals |
| 2017 | ZERO | I am not in control. I cannot have any goals |
| 2018 | ZERO | I am not in control. I cannot have any goals |

2. The response to my cries for help. Inability to receive a constructive positive response. See the attached charts of mentioned above: Discrimination and Harassment in the employment and public accommodation areas. I have also attached paperwork, notes that I have in regards to the negative responses.

ITEM 4, CONTINUED:

3. The factor that ties Jessifer Home Health Agency with the employments I had after I left Jessifer Home Health Agency would be my finances. Janina holds a master's degree in business management.

4. My resignation letter that I gave to Janina two weeks before I left.

5. Performance Evaluation from Jessifer Home Health Agency, INC. Please note that Janina left the spaces for the date empty.

**6. Chart with each employment with examples of, "Financial Discrimination."**

| Grossinger City |
|---|
| My employer misplaced her receipts and called me to ask me, where they were, this occurred more than once. Receipts I was not aware that even existed. This employer was aware that my position was that I was not involved with QuickBooks, even so this employer proceeded to abuse me in this area.<br>The staffing agencies I have worked for have also abused me theirs literally nothing I can say or do to stop them from abusing me. The last agency I worked for implied to me that they were abusing me, planting their own evidence making me look like a thief because they wanted to make sure to provide support to the lies Janina made up. Grossinger City actually told me, "That's the way your previous employer described you," when I was communicating to them the lies and abuse I was going through at their work place. Grossinger City was planting their own evidence someone has being following me and has being abusing me up to an extreme that is inhumane. That is not correct. My cover letter and resume cannot correct or stand up to the lies Janina said. Someone made the criminal to strong. The people involved in Grossinger City shouldn't have being provided access to my person since they abused their power. I don't want them to take credit for my work. I truly believe that I stepped in and clarified the lies Janina had told them, even so this government was only able to abuse me. I worked hard while I was employed for Janina, that's what helped me. Not Grossinger City. |
| Puebla Mexican Restaurant and Taquería |
| I would give my employer my paperwork and money at the end of my shift. My employer misplaced the money and paperwork I gave her, since she would count the money on a counter in which traffic would occur she hid the money behind a tea stand, she blamed me. |
| Apple One Staffing Agency |
| Really poor conditions of termination. I was terminated on Christmas Day while visiting a hospitalized relative. There was nothing I could say or do to stop their abuse and poor working conditions. |
| Filippo's Italian Restaurant |
| I had to make charts and notes in order to get paid. I was struggling and suffering in order to get paid. I could not have any goals. (The procedure in which I was getting paid for the work I had completed was abusive towards me. They were supporting Janina in regards to the lies Janina had said, the paycheck Jessy stole in the beginning of her employment and Janina and Jessy confusing QuickBooks by themselves) |
| Chipotle |
| Again I did not have a dependable environment, I felt pushed down. The work they were giving me was meant to lower me down. |

4

ITEM 5, CONTINUED:

7. In regards to Jessy, Janina focused in her work which left Jessy under the management of Wilbert. On my first day of employment I went through the computer in which I was going to be working from. There were a lot of files everywhere in my computer, in high school I was taught that when this occurred to create folders in order to keep the papers organized, which would make them easily assessable that's what I was doing when I stumbled upon a porn video which was Wilbert's. I went home and asked my dad if he would ever watch a porn video to which he responded, "no", out of respect for his wife, and his daughters. My fist impression of Wilbert was that Wilbert was a poor role model or weak father figure. However my impression of Wilbert did change with time he seemed responsible, while I was employed. Wilbert mentioned to me once that his father was an abusive man. He mentioned that his mother left his father because he was abusive towards her.

### Question 16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check only those that apply]

After IDPH left one day that it came to audit the agency, I overheard a very suspicious phone call that Janina had over the phone with someone. That person was asking for more money I am suspecting $10,000 dollars more. Janina said, "but you approached me... then why am I paying you for?" After this phone call Janina wanted me to keep the door of the office closed. I did not, because at this time I was not at peace with her work. Another factor that is prompting me to this conclusion is the behavior from the agents after I left the home health agency.

Janina lied to the Justice Department. Janina told the, "Justice Department," that I, Daisy had being involved with the missing paycheck her youngest daughter Jessy stole during the beginning of her employment. Janina also told the Justice Department that I, Daisy had somehow being involved with the confusion that Janina and Jessy created with QuickBooks. This made the agents that infiltrated me complete criminal activity against my person. This also made the agents respond inappropriately when I would complain in regards to them stopping the criminal activity, oppression they were completing. I would like to add here that I truly believe that Janina paid people off.

Since I left the home health agency I work to correct the behavior and lies that are being communicated to me. Essentially I am working for Janina. Since I left the home health agency for the first time in my life I cannot pursue my own goals, personal relationships. I am the type of person that has choosen and worked for the type of life she wants to live I notice the drastic change. I am persistently being forced into the position of having to do something for Janina. I would like Janina to pay me has if I have being working for Jessifer Home Health Agency since I left the home health agency.

I left in Jan. 2013 and its Oct. 2018 my W2's for 2012 were $21,684.00 when I worked with Janina. 2013 minus 2019 equal Six Years, since I worked for the home health agency. This does not include inflation, raises or punitive charges.

| 6 years Times | $21,684.00 Equals | $130,104.00 |

5

I have more charges. The many letters I have had to mail because I feel overburdened by the oppressive behavior and need to clarify. Please see copies of included receipts.

| STAPLES (COPIES) | TOTAL: $ 3.96 |
|---|---|
| DOLLAR TREE (SUPPLIES) | TOTAL: $3.30 |
| WALGREENS (SUPPLIES) | TOTAL: $ 7.60 |
| U.S.P.S (MAILING SERVICES) | TOTAL: $ 41.56 |
| TOTAL | $56.42 |

| SIX YEARS | $130,104.00 |
|---|---|
| SUPPLIES/MAILING SERVICES | $56.42 |
| TOTAL | $130,160.42 |

The above number does not include the extensive emotional harm this woman caused when she decided to lie to the, "Justice Department," and pay people off.

ITEM 7, CONTINUED:

Daisy Hernandez
2616 North Central Park Avenue Apt 2
Chicago, IL, 60647
Cell Phone No. : 77.543.4944
Email Address: dai_hernandez@icloud.com
July 31, 2018

To:
Central Complaint for a Home Health Agency: Alex
Fax No.: 217.524.8885
Email Address: dph.ccr@illinois.gov

INCIDENT REPORT RECARDING: JESSIFER HOME HEALTH SERVICES, INC

Contact Information of the Home Health Agency Involved:
4738 North Harlem Avenue, Suite # 3
Harwood Heights, IL, 60706-4639
Tel: 708.867.8310    Fax: 708.867.8309

Details of Complaint:

**1. Last Day of Employment at the Home Health Agency**

Their seems to be a confusion in regards to whether I was terminated from the home health agency or I gave Janina a resignation letter. (Attached you will find the resignation letter I gave Janina).

Someone must be confused, when I spoke to Dan (an attorney) he or someone else mentioned that Janina and I must have had the same thought in our minds. (What I understood he was communicating) Janina was contemplating terminating my position and I was thinking of quitting my position. (I can assure you I am very positive that was not the case, I was an awesome employee, she persisted I keep working for her) (Janina was not abusing me in the same manner that I was abused after I left her employment, Janina took advantage of my skills and work. Overall Janina gave me the impression of a manager that valued and appreciated my work. She understood the value of my work. The employers after I left the home health agency did not seem to appreciate my work that would not apply to Janina.) (The Puebla management/ owner was lacking in this area. However I realize that they were supporting my employers since I left the home health agency, they were supporting Apple One Staffing Agency for example.) A mind can imagine many possibilities of why Janina would want to terminate my position (I have being making negative statements in regards to this person) that is why the term rationalization was created. My impression is that I was an awesome employee I could work for her if she didn't have this hidden agenda. We could get along if she would give me everything, the certification of her cousin for example. I liked to focus in my work, she liked to focus in her work. We would have gotten along had I forgotten this thinks, had accepted her excuse. Looking back I think she

1

thought I would forget, however I did not. Since the mistakes or missing information was so rare and important I made a big note in making a list physically and on my head I made sure I would have a constant reminder on all the missing paperwork. I made sure to organize, set up, constant reminders.

In regards to if Janina terminated me, I, Daisy resigned my position, Janina did not terminate my position. Janina spoke to me from her heart (it sounded like that) she asked me to stay has she sat across the round table facing me at my desk (Janina was looking at her binder when she told me, reviewing a client chart, she was signing the client binder check list she had created for me to sign, that I did not sign, instead I read it and informed her I was not going to sign her check list (when I finished reading it). Looking at the check list when she asked, "why?" I answered, "You like changing things." She created that check list, after, in response to me asking her for the missing paperwork.

Overall she did complete actions that showed me she cared, valued people and was responsible just how I imagined or pictured a nurse to be she even gave the impression to go beyond and would improve the expectations of clients. She told me she bought clothing for Mary Clemmons when she didn't have to even her tone of voice sounded caring and loving towards Mary Clemmons. She would repeatedly tell me the good actions she would do for her clients. When she would go beyond the call of duty, at times I was really impressed by this lady. I like listening to people share their stories of when they completed awesome positive actions for other people in need. (I am still impressed by her management skills, the quality of work she can provide if she wanted to, her mind is impressive. I can honestly tell you I haven't worked with another individual with the ability to impress me has much has she did.) (Janina could make me feel relaxed that I had someone dependable looking after me. However she even stressed it herself we are looking after human beings, to me that interpreted has missing paperwork was important).

I can believe you that on her mind on my last day of employment she was thinking I just want my daughter to feel supported (that's the message image they presented Janina and her daughter on my last day of employment her daughter actually came early and was dressed presentable) Janina to get her daughter to do anything had to walk her through the process had to struggle (I repeatedly overheard a struggle, suffering on the part of Janina, this type of struggle and suffering was not present in my family until I left the home health agency)(know I can tell you that my family suffers when I work, the abuse I endure, when I don't work the abuse from the institutions surrounding me, my current status is causing emotional harm, this harm is not intentionally made by my person. It's not my choice. This decision was made by the government this harm was caused by the government...). I overheard on the phone Janina tell someone that she was going to fire them if they did not bring her water into the office when she would call them when IDPH was there. Janina had to force her daughter into providing a good impression. Even though on my last day of employment Janina wanted to give me a good strong support impression of her daughter and herself when she asked me if, I wanted to leave early, I said, "yes," that impression, image would have had a better impact on my person had it being created since the very first day (since Janina is a nurse and supervisor you are responsible for patients not clothing) or months when I was reviewing her daughter's work. Me, Daisy was given the responsibility to review her daughter's work, was not given a strong image but an image of weakness and loop holes.

2

Janina also had me train her daughter if she didn't like my training which she never stated she wouldn't have persisted I keep teaching her daughter. If anything I truly do believe Janina knew I was a good influence confident instructor to her daughter I was never told otherwise. Again is this a truth the government that entered my life after the home health agency can arrive to, can they get to the truth, I believe not I do not have confidence in the work that was completed since it was work that supported individuals to lie, steal and complete devaluing actions towards my person. I don't even need the government to tell me their actions tell me their work tells me: I, the government was lied to and I support the lies. I feel the government is telling me I the government cannot arrange, organize, clean my garbage, gossip, sort through the lies people tell me due to lack of character since I, Daisy am the recipient of the harassing devaluing actions. (That's why I need an attorney). (I would like to be compensated for their lack of quality work, their support of harassment and abuse.) (This people need to get pressured).

In regards to having the same thing in mind: maybe Janina was thinking I just want my daughter to feel fully supported. (Since I rejected her however I did not do a full frontal honest rejection that would cause emotional harm, I had her mother correct her. I told Janina I was not going to write the letter of reference for her daughter since I noticed that Janina sat down in the office desk and explained, talked and presented the work for her daughter to complete for several days. Janina answered her daughter's questions. Her daughter was only able to complete the work when her mother was supervising her and talking and walking her through the process.) (I would also like to indicate that Janina's daughter was not present when Janina asked me to write the letter for her daughter and I explained to Janina that I was not going to be writing it.) If I had a daughter I would want my daughter to feel my full support. However I would want my daughter to know to throw away the garbage every Friday, especially when I sat down and trained her for that position. (This might be one of the reasons that her husband got in trouble with Janina). Why does Janina have to be present every Friday for her young daughter tom complete her task? Janina's actions seemed to have addressed the issue properly with her daughter on how Janina wanted the work completed. (I was given the impression that Janina was doing something). Parents have their own ways of disciplining and correcting their children I can respect that I just don't want to be held responsible for their mistakes. The setting was not appropriate for training a troubled teenager, for providing support, covering up for a teenager. (I can see the setting has appropriate if her mother was willing to be honest and be present every moment her daughter was present at the office. Janina could have done it out of love, out of love Janina needs to be patient with her daughter). In a home health agency you are responsible for another person, lies, stealing, causing confusion cannot be allowed. (Do you actually believe if me, Daisy was the one who had issues being responsible, would lie and steal Janina would have kept me employed? Janina would have terminated me (the first day, week or month) even before I left, she understood the delicate work she was handling (or she was giving me a good impression that she understood this). (For example if I would have gone to work with a section of my hair totally shaved of, I truly believe Janina would have fired me in that moment.) The message Janina communicated to me was that mistakes were not allowed, the work was responsible for humans. There's a difference between parents and how they perceive providing support to their child. If I had a child I would want that child to feel fully supported by knowing that lying and stealing is wrong. I hope that I don't even have to explain that concept after my child completes a deviant action, she steals or lies. I would want my child to feel supported in the sense that I provided her with the education, and knowledge that lying and stealing is wrong, the consequences it has, you are hurting other people, before the thought of stealing even crosses their head. I would want my

3

child not even to have that thought cross their mind because I prepared her for that challenge or part of life.


## 2. Janina lied about the work her youngest daughter, "Jessy," completed:

On the conversation I had over the phone with the attorney on November 15, 2017 I described the setting however I can do a more detailed written description. I went downstairs through the door located in the seating area in the restaurant and came up through the back kitchen stairs. The rooms where next to each other they were in the bar I was in the kitchen. There was an arch opened door way that connected both rooms. My work space is in the table set up in front, on the wall, right after the arched door. I was just going to walk through the arch, I caught a glimpse of Jaqueline resting/ sitting/ leaning on the corner on her way up to confront Victor, I overheard everything. Since it was an important discussion I separated myself a little and pretended to do something in the kitchen. I did not trick her it was my normal routine. I also overheard when I was by the doorway located in the seating restaurant area Victor ask and explain to, "El Nino," if I had overheard anything. I did not completely hear Victor but I did overhear, "El Nino," explain that I was standing over hear and distracted working.


It seemed that Janina told Jaqueline that I had stolen from her (Janina). The two possibilities that I can think of would be the paycheck that came up missing. I also noticed the whispered worries, Janina's daughter asked me to help her with QuickBooks, even though I was not trained.(/sidetrack/ towards the end of my employment when Janina and her daughter had already messed up. They did not share with me the incident that her daughter had messed up. I put the following events together, my personal exposure to her work, the whispers, and my personal area that is being attacked). I did not help Janina's daughter with QuickBooks, Janina at the end of my employment to cover up for her daughter had me fax over the summary report to Jeremy. I did think that was weird because she had strictly said she was going to be in charge of the summary report. Janina was in charge of QuickBooks. I overheard Janina tell her daughter over the phone that the only possibility (this is me filling in the blank) that I was involved would be if I misdirected her daughter, however I did not educate her daughter, answer any questions to her daughter since I was not involved in any shape or form with QuickBooks. Quick Books was their personal project, Janina told me I had my work, which I did and her daughter had her own work. If Janina wanted to be in charge of her daughter's training that was an awesome idea that I fully supported and understood, and that it was something I didn't have to worry about or step into made it even better.

There was an event that occurred soon after Janina's daughter was employed a check went missing, my impression even though we didn't talk about it was that it was solved, her daughter had stolen it.

One day (I believe this was like the next day or soon after) I overheard Janina tell someone on the phone angrily that if she, I think that what caught my attention to the conversation Janina was having over the phone was that Janina was explaining the process to her someone possibly her daughter on how they would be able to trace back to her the check if she was to try to cash it. However that was said even in a more angrily, quitter tone, she did not repeat it, and I did not hear so many words it was just the word trace, and that if that person, "had stolen the paycheck

4

she was terminated," Janina was telling her daughter a general rule, she was going to let her go, what I understood was that Janina wanted to make it very clear to this person that stealing checks was not acceptable. At the end of the day I saw her daughter walk in holding an envelope that looked like the paychecks Janina gave out. I did not walk up to look at the employee's boxes until the next day I looked for it but didn't find it, it would have been awkward had I done that in front of her daughter.

### 3. Janina changed the official rule book:
When IDPH came to the office a lady that came from Springfield told Janina that the home health handbook had being changed. Janina responded to the lady in a whisper. The lady had memorized the handbook, after IDPH and Janina left I began to search for the original printed version of the handbook, I wanted to compare the difference, I wanted to know what it said, why did Janina make that change? I could not find it however I found another sheet in the incident report that I did not read, I was in a hurry, has time passes by I imagine that it probably said that Daisy was the one that stole the check, I did not, I dismissed it thinking it explained how her daughter had stolen the paycheck and I was involved (/sidetrack/ my involvement is limited to my presence in the office) but not the actual thief. One day Janina was sitting down in the round table and she said out loud I think it should say and she quickly went to sit down in front of the computer, I probably witnessed Janina making the change to the home health handbook however I do not have her confession and I did not visually see the handbook. I wonder if the rule she changed in the handbook is involved with her patients, the question has to why she made the change is still important. I took copies of anything that was not normal at the end of my employment. I also know someone saw the pictures I took towards the end of my employment. To overcome Janinas warning, "you should not take anything of my patients outside of the office," I took copies with the general information and covered the details. I feel that you should review the visits she did not claim money for. Janina has an influence over people that I believe she should not have. When I was employed for Janina I did not have a direct link that Janina lied, however when I was employed and overheard Jaqueline confront Victor I did. However I am emotionally hurt by the work that was conducted. (I still don't know how the people that entered my life after the home health agency prepare themselves emotionally to complete the devaluing, harmful actions that they make.) (The environment for me to correct or confront Janinas lies is not prepared) I don't feel ready, supported to confront, and correct this lady.

### 4. White Refrigerator:
Another potential hazard at the office, would be the white refrigerator that is supposed to be for the medicine does not work. Darcy mentioned to me one day that she had taken the flu vaccination to a patient and it had clouded. Darcy also told me the physician orders and paperwork had to be signed within seven days (the paperwork being signed on time was not a problem I was up to date with the paperwork, every day I would review every single binder pull out all the binders that had physician orders flagged and make sure that by the end of the day they were followed up in one form, through a, call, fax, letter, etc.., I persisted.) The flu vaccination was all Janina I did not touch or move the flu vaccination. I was not responsible in any shape or form in regards to flu vaccinations for the patients. My focus was the paperwork. (The way I have being getting treated/ the comments does imply I need to make this correction, for example the question whether Janina had made up a patient, theirs other comments that are directed towards someone that would have deviant conversations with Janina. For example has if

5

ITEM 12, CONTINUED:

Janina would express deviant behavior and I would support it, which is incorrect, I did not complete that role. The comments and abuse imply to me that they have already categorized has me has guilty.)

I had created a sheet to keep track of the tips I would receive while employed at Filippo's however when I was creating it and before then I did think of the loops holes that where present. For example for me Daisy Hernandez to actually make sure the tips and my paycheck where accurate, I would have to personally review every single paper, (at my own pace, no rush, just in case other questions arise I can note them and ask them) the person paying me used in order to arrive to that conclusion. In reality that concern was present, daily throughout my employment. Especially when I didn't have any money or was prepared since I am an individual that organizes herself to prevent that predicament. The owner was not responding the way I was expecting to my concerns that I would express to her. Since I could not rely on the owner to listen and complete the actions that would address my concerns in a manner that was complete and respectable, I realized that I would have to leave the employment once I would find confirmation that indeed my money was being stolen.

When I was keeping track of my hours the paychecks I would receive it did not match the hours I would keep track of. However I did not confront the owner with this problem because it was Christmas, they were going through a financial crisis, I wanted to believe that since I gave her my support by completing my work to the best of my ability that I could depend on her work she would return the favor, at the very least by paying me honestly. This event caused a lot of harm to my family in regards to them trusting me to hold accountable my managers, theirs reliability, responsibility, honesty, to what extend can they trust me, a lot of emotional actions that this event failed at. I thought Janina is on the phone, but through my character they will be able to arrive to the truth. I was providing them with my physical support to the best of my abilities, I listened and supported their financial crisis (it's such a big lie that my support and work didn't have standing). They accepted abuse towards my person, financial abuse, which just escalated to other forms. Jaqueline decided to confront me in regards to the tips log sheet that I had created, she stated and when she heard my response corrected that even though I had a log sheet for my tips that wouldn't stop the waitress from stealing my tips if they had a bill to pay at home. I felt that she confessed to me that she stole from me when she had a personal need to, (I realize that this actions from Jaqueline where encouraged, supported since they were also repeated while I was employed for Grossinger City, and through other venues persistently. I overheard Kelly, the person that would steal from me, confess that when her husband had a budget she would steal from me.) (Can I remind you that this people are claiming to be in control just because the can lie, steal, abuse, and terminate me whenever they want to, I do not want to support this people lack of character)

The money that this people stole was money that I worked for because I had a need for it. Someone failed to protect me from this abuse. Jaqueline stealing from me was viewed has an opportunity for Jaqueline to educate me. The stealing had no standing since it was encouraged, repeated at my other jobs. (Curves also stole from me, stealing from me is repeated frequently). The actions this people completed supported Janina's daughter the person that actually stole and lied. This actions did not support, educate, or help me. This actions did not catch Janina's daughter they only assisted in devaluing and causing harm to my character. My overall impression of Jaqueline and Kelly is that they had higher management that where aware of their

6

negative abusive actions however that management did not stop the actions on the contrary the negative actions (abuse) was covered up.

### 5. Victor echoed Janina:
Victor:
Victor also quoted Janina, I overheard Victor repeat a comment Janina made over the phone to someone else. Again this problem was not presented to me by Janina. The actions of Janina do not support this quote however I realize the actions from my employers and not so random people support this quote.
Victor quoted Janina in that their most be something wrong with my personality. Victors actions the results at the restaurant Filippo's, imply and indicated to me that Victor wanted to push to find something wrong with my character even if it meant pushing abuse, financial abuse, which lead to emotional harm.
(My impression is that Victor's goal was to find (or make) something wrong with my character to make Janina happy. Another way to write this statement would be Victor felt pressured to find a fault with my character (personality). However since I worked for Janina I realize the truth is Victor was working, (making and supporting abusive decisions) in order to make Janina happy. I need support for the abuse to stop, (regulation is needed) from the abuse I receive from the not so random abusive customers, clients, coworkers, friends that I see visually and over the phone.)

There is a double standard present if for example: Daisy owned a store and hired employee X. Employee X had a previous employer she had left who was claiming she stole. However employee X was responsible with her work and no money would go missing under the management of Daisy. If the government would come into contact with employee X and overheard their where irregularities with the payment of her check. The government would follow up with Daisy sanction and make sure Daisy would pay employee X. What if Daisy felt her children were in danger? Even so employee X was responsible Daisy would still be made to pay, employee X. Daisy would not be viewed has the light house to guide in the dark. Daisy's abusive actions would be clearly perceived.

I find this unacceptable, this is not correct, what is the point of having police people involved if they can only step into my life in order to encourage deviant behavior and actions. They cannot stop or correct the deviant actions being committed against, Daisy.

### 6. "If I am not happy then she (or they I cannot really remember) cannot be happy."
Janina told me that after I eavesdropped (and I butted in with the best manners that I could) on a conversation she was having over the phone. Even though I could not completely understand what she was saying I felt morally obligated to step in and ask Janina to step back I wanted Janina to stop and reflect on her conscious to reflect if what she was doing was morally correct or a proportioned punishment. I began to stare at Janina and then she stopped talking and I said something I don't remember what but I got the above response. I believe it was about April the nurse. I am not sure. I didn't ask for the details afterwards from Janina. The conversation was very intense and for some reason I thought that Janina was being unfair she was going to over punish someone give them a really hard time. I did go into further details with Janina about my interactions with April I sat down and wrote what I felt about April and shared the information with Janina. I didn't make it obvious to Janina that I wrote down what I felt about April before

7

sharing it with her. I just talked to Janina about April on various occasions: From what I recall I told Janina that Yes April was intense, April once walked into the office and rudely asked for the supplies that she needed. (Janina also shared that Janina's neighbor was April's husbands sister and she thought April was crazy, I see that but there's more to April). However I loved reading Aprils nursing notes they were complete and detailed. I read a lot of notes, for example some nurses would forget to write down the vitals. I also joked around with Janina that I felt that I wouldn't die with April. April would actually take care of me. My impression from reading her notes was that April was a good nurse to her patients. I thought April cared about her family she felt overburden by having to financially support her family. Her husband could not get a job. When April initially fell in love with her husband he was another person. (If Janina was responsible for this catastrophe in Aprils life Janina is very cruel. Did Janina do this cruelty in order for April to spend more time with Janina at the agency? ). (What Janina did in my life is very cruel, I have a family I take care of I had dreams it's the same concept the cruelty the change is so unreal the emotional suffering that comes with the change.) (April did share how much suffering she went through when she lost her house). I had a bad time with April one moment. Overall I liked working with her, April was responsible. Janina responded well to my positive observations I made of April. Janina helped April overcome the oppression April expressed which I believe Janina placed. (All of the following observations, are personal concerns I began to have in regards to Janina. Janina did not share them with me). I believe from my eavesdropping that Janina consulted with a really good phycologist or someone to give her the psychological meaning behind her statement. Janina may have lied to this person on who said the above statement. Even though Janina responded well. Janina showed me how she helped April. I am concerned that Janina oppressed a secretary I don't know about that used to work for the home health agency. Additionally I am also worried that she's oppressing her niece that used to work for the agency. The one that had a baby whose head is flat. I had this concerned that Janina gave a bad reference to Ulta not to hire her niece. Since Janina felt bad that her niece was going to be financially oppressed I had this suspicion that Janina instigated the mother of her niece to get constipated, and go under Janina's care. I am worried that Janina is manipulating her sister in law and niece to cause them harm in their life. I am also worried that her babies' niece got a flat head because her niece is depressed because Janina is not happy with her niece and is making her depressed.

**7. It was inappropriate of Janina to seek out Kelly**. Janina created conflict with my relationship with Kelly that is wrong for a nurse to do.
Janina was spending time talking to people involved in my life inappropriately.
The black mail I received at Grossinger City towards Kelly was unnecessary. When I was at Grossinger City someone told me Kelly had helped them a lot in the beginning (I am guessing she provided the misguided answer that I was mean to her). I told someone from Center for Changing Lives that on Christmas when I had put the cake down in the table Kelly had called me by a name. (That meant I was a women that was sexually active). Since someone/ I believe the government, had already spend time, money and energy investing that I was mean to people and I communicated the incident to the same institution. That institution felt pressured in categorizing my person with Kelly. I would like to correct the man that made that comment I feel that is racist, it was not correct. The government is helping Janina in her image, because I should be able to correct this behavior however I cannot due to my present circumstances. Janina shouldn't say that I was mean she has no example of that since she was the person that was in

8

charge. Janina can say that I was responsible. I am not that strict I am just honest. Janina shouldn't even have asked me to write that reference letter unless she thought I would write it to get rid of her daughter.

I have always supported Kelly's marriage to my cousin Pepe. I do not want to support the concept that I need to change my character before or during my employment for the home health agency. I realize that that government abused me and created such an environment where I cannot correct Kelly. The environment I am under needs to change not my character. They kept calling me Stacey in an abusive manner after I had expressed I wanted it to stop.

**8. When I was at Puebla I told the agents over the phone that I had nothing to do with QuickBooks.** That was inappropriate of me even thought that was the correct thing to do since the agents where oppressing me. I noticed the abuse from the agents, my experience with Janina's daughter, the whispering and concern from Janina and her daughter before I left. Janina's daughter asked me to help her with Quick Books towards the end of my employment even though I had no training. Janina to cause confusion towards the end in order to protect her daughter even though she strictly told me Janina was going to send the summary report to Jeromy Janina mysteriously did tell me to send the summary report to Jeromy and Janina walked me through it over the phone. I liked the idea of having nothing to do with Quick Books I was in full support of the concept I had enough work with the binders. I don't like the support I received from my local police station or from the agents when I was working at Puebla. They were abusing me. The work that the agents completed while I was at Puebla to me is proof that Janina paid someone off. The agents where abusing me, they should know that is what was causing me emotional damage, they should have accountability for the actions they are completing however they were unable to stop the oppressive behavior.

**9. Janina must have paid people off.** The agents involved are not being held accountable for their oppressive behavior. Even though agents that should be educated in morals, values and upholding the law are involved their inhumanity, there bad treatment towards me is not regulated. The structure of the agents involved is set up to help Janina, which is wrong because in order to help Janina the agents have to abuse me. No one is stopping the agents from abusing me. The agents are oppressing me financially, has if Janina told someone that I had something to do with Quick Books and that someone was taking revenge on my person. Overall the agents took revenge on my person for Janina, because I have being actively involved in my finances since I was young. After I left the home health agency I was not in control of my finances, I am an individual that is in accountable for her finances. I like being responsible and taking accountability of my finances I don't have a careless approach of just adding another ten thousand dollar loan on top of my fifty thousand dollar loan that I know I am never going to be able to pay off. Since a very young age I have written down my finances. The cruel agents completed such a disgusting, inhumane, job that I am actually not able to dream or have goals. I am in a very oppressive cruel circumstances. I did overhear conversation Janina had that I dismissed has Janina correcting her daughters. Janinas daughters need guidance and Janina brought them to her office in order to help them improve. Janina wanted to be a more involved parent. However I thought this conversation where peculiar. Janina was training someone on

9

how to respond. When I was working for Janina there was big probability that she was guiding her daughters. When I see the oppression unfair actions I received, the probability that Janina paid people off increases. The probability that Janina was actually training the people she paid off on how to persist her hidden agenda (lies) increases. (If they say this you say this, the time is going to come when they are going to figure out that Daisy is innocent when they are sure you respond with this answer, that's what I am imagining…)

## 10. The list of things my mind is made up Janina did…

1. A letter with a fancy envelope lettering (I am not sure of the amount of times it occurred) would arrive to the office Janina would read it, rip it and throw it in the garbage can near her desk. What caught my attention was her expression it was anger. Since I was intrigued by it. I went through the garbage can when she left the room. Since Janina had left the office for a while (my curiosity won me over) I picked a piece of the paper up read it and put it back, the wording was not simple. Janina took the garbage out, soon after she came back. She didn't express/direct her anger to me in a manner that I can plainly point out. The mail lady would drop off the letter in a suspicious manner has well with latex gloves.

Janina's expression + Mail Lady with latex gloves = Janina lied.

2. Janina lied about the daughter that worked with Daisy. The daughter I saw at Center for Changing Lives is not Jessy the one I worked with. I only worked with the youngest daughter of Janina Nieves. The one with the tattoo that told me was a symbol for being Vegan. She once ate subway and left her left overs in the garbage over the weekend, when I came on Monday litter red spiders where near my sitting area.

3. Janina lied about QuickBooks and the missing check (due to the whispering at the office). I have arrived to the conclusion that Janina lied about the daughter I was working with. She said I was working with the one that wanted to be an animal doctor vetenarian but failed to complete her school that is not true she arrived later in the year and the only one I worked with was Jessy the youngest daughter. The older one did give me the impression that she was smarter. (Even though Janina did not tell me I did wonder if Janina had brought her oldest daughter to her again by buying her a house, Janina paid her older daughter off into coming back home. I assumed the above just by the work the youngest daughter had completed.) When I was at Sears on Saturday, May 12, 2018, the cashier that took care of me had the name tag Jessica but looked like the oldest daughter. However Janina failed to train properly her youngest daughter which is the one that I was working with and had the problems. I did not work with the oldest daughter. My mind has also arrived to the following conclusions: 4. that Janina lied to me about patient that the CNA Cecilia was supposed to visit. Janina told me someone would be there to help the CNA with the bad shoulder, lift the patient. 5. The CNA with the missing certification. 6. At the end of the year IDPH would ask for certain paperwork to be mailed or faxed to them in regards to the patients they were paying the home health agency for. I would tape a list next to the fax machine. Only after the confirmation paper was printed would I write down the patient's name. The above is my personal list on what I believe Janina lied to me about. I would like to point out that Janina did not share her criminal activity with Daisy. 7. Janina paid people off.

10

**11. The unfair persistence for me to eat a very old scrambled egg.**

Janina's (my former supervisor) persisted for me to eat a, very old, scrambled, dry egg which bothered me. However I said, "no," and I didn't eat it. Janina should have taken the hint that I did not want to support her deviant activity.

**12. Recap on our conversation: Tuesday, July 31, 2018:**

There was an emphasis concerned on Janina having another address. From what I observed the ladies that would come to audit the agency, had questions that where comprehensive. The questions where formed by someone that had experience and had put thought behind their work. Since the ladies that came to audit had more, "control," of what Janina was doing, or better concept. Janina had to gain, "control," of the ladies. There was a power struggle. One of the ways Janina gained, "control," of the ladies was by Janina putting them away from Janina's main office. Janina's main office had all the paperwork, the ladies could look at the paperwork and ask more questions and also gain proof.

During the time period of my two week notice. A representative from IDPH and a social worker arrived at the same time on the same day. The social worker made an observation in regards to Janina's patient that the social worker was reviewing. I believed the social worker. Janina gained, "control," of the social worker's comment by causing confusion. That is why Janina cannot keep the ladies in the office. (For one the ladies where telling me comments I had no knowledge of…, the social worker can not only share her review to me but most importantly to IDPH.). It's wrong for Janina to spend so much energy gaining, "control," of the people trying to help her, improve.

The way that Janina would gain, "control," of my comments to her would be by leaving the office.

**13. Janina once told me that IDPH can know look at a folder and know if someone lied. They can tell someone lied just by looking.**

The person that made the observation that Janina may have potentially lied about a patient's certification period made a really good observation. The person that thought I would know the answer to that question abused and marginalized me.

(The way I have being getting treated/ the comments does imply I need to make this correction, for example the question whether Janina had made up a patient, theirs other comments that are directed towards someone that would have deviant conversations with Janina. For example has if Janina would express deviant behavior and I would support it, which is incorrect, I did not complete that role. The comments and abuse imply to me that they have already categorized has me has guilty.)

The thought that Janina did made up a binder did cross my mind. It shouldn't have when it did but it did. Janina was helping another tenant set up her home health agency. Janina said the first

11

ITEM 18, CONTINUED

patients are hard to find. If Janina made up a patient the probability is greatest that she did it during the above time period.

12

From:
**Daisy Hernandez**
2616 North Central Park Avenue Apt. 2
Chicago, IL, 60647

To:
**U.S. District Court**
**Northern District of Illinois**
**Eastern Division at Chicago**
219 South Dearborn Street
Chicago, IL, 60604

## Jessy

The following information was not directly discussed with me, its information I gathered from overhearing conversations between Janina and Wilbert. Originally Janina refused to accept Jessy into the office, Wilbert persisted. Jessy was getting into a lot of trouble, Jessy was in a car crash on her way home from work, "Home Goods. " Wilbert's tone of voice sounded desperate urgently seeking refuge or help for his daughter. Janina gave in, she wanted me, to train her daughter in Visitrack and to, "take her under my wing." I prepared for this responsibility and found out why Janina had refused the offer initially and why Wilbert's tone of voice was urgent. I thought Jessy Visitrack Step by Step; Janina was in the office when I did. However it was towards the end of the day when I would come in the morning I would spend the first hour deconstructing from the base the work Jessy had completed the day before. I would present before Jessy other tools to help her for example I created a conversation chart from, "military time," to, "regular time." Visitrack only takes, "military time," I reviewed the steps with Jessy. When the mistakes persisted I began to believe that the problem stemmed from Jessy's emotional problems, therefore I tried to provide emotional support , I asked Jessy to be patient, detailed and to review her work. I tried coaching Jessy, she did admit that she was upset that her mother Janina had spend a lot of time working, and when Janina was at home Janina would only boss her around. When I would come into the office the following morning I would find so many mistakes that I found out that the best manner was to start from scratch. Pretend that I was putting in the notes into Visitrack myself.

I witness Janina train Jessy on how to clean the office. Janina explained, managed and supervised Janina's expectations in regards to what Janina expected Jessy to clean in the office. The maintenance of the office was Janina's and Jessy's project. I witness Janina explain to Jessy that Jessy was to throw away the office garbage every Friday. Jessy only threw away the garbage when Janina was in the office on Friday. I explained to Janina that Jessy had failed to throw away the garbage. Since I did not witness a follow up, and small red spiders would grow from Jessy's left overs, I was obligated to throw away the garbage on Fridays after I provided an opportunity for Janina to follow up with Jessy and witness no improvement. This was a red flag

1

ITEM 20, CONTINUED:

I did not see at that time because I thought Janina felt overburdened in [illegible] sy. I had overheard a negative phone call between Janina and a school. *this phone call may have involved Janina's other daughter.*

Since Jessy's mistakes persisted eventually Janina did express briefly that she was upset in regards to my position in Jessy's quality of work at the office. Janina asking me to write a recommendation letter for Jessy was a red flag. Up to that point I had not managed, reviewed Jessy's work and had approved it. Janina was aware of my position in regards to Jessy. A responsible nurse wouldn't have asked me. (Janina may have being trying to get rid of Jessy).

What Janina did because she didn't like me complaining about Jessy was to separate Jessy. Janina told me to stay away that Janina would teach Jessy QuickBooks and that would be Janina's and Jessy's Project. I perceived that action from Janina has the correct one to make, Jessy wanted more quality time with Janina. I had my area of focus. Janina and Jessy could take over Visitrack, and Quick Books.

Eventually in my area of focus I began to have problems with Janina. Time was passing by and Janina was not giving me important paperwork that was missing. Janina kept giving me excuses, when IDPH stepped into the office requesting paperwork and physically auditing the office, I began to perceive my proof that Janina was lying to me. When IDPH requested specific patients paperwork to be faxed or mailed over to them. I, Daisy taped a list next to the fax machine, Janina would give me the patient she wanted me to fax to IDPH only after I successfully faxed the patients information to IDPH and a confirmation sheet was printed would I write down the patients name in the paper I taped next to the fax machine. I would place the fax confirmation sheets in a visible accessible area for Janina, for example in a red folder on top of the round table. I noticed that Janina was missing one patient the day before the due date and I told Janina you are missing one patient. Janina would come up with stories that I couldn't fully understand or remember. The same mistake occurred two years by the second year I had accumulated more unusual stories that I was not accepting. During my second year I had to quit for my personal peace of mind since I was contradicting and questioning Janina more. I wasn't in harmony with Janina's work.

After I left the home health agency I honestly believed since I had done the correct actions that God would bless me with a better job, obviously that did not occur. The opposite occurred; eventually I began to understand that Janina had lied. Janina blamed me for the mistakes Jessy had completed in the office under Janina's management. Jessy stole a paycheck during the beginning of her employment. Janina spend a lot of time on the phone angry and dealing with that problem the next day after her angry conversations over the phone I dismissed the problem has solved when I thought Janina was at peace and had resolved it. Janina and Jessy messed up QuickBooks all by themselves.

2

ITEM 27, CONTINUED:

## My Charges Against Jessy

1. Jessy stole a paycheck during the beginning of her employment. Janina covered it up for her by blaming me.
2. Janina and Jessy messed up QuickBooks all by themselves. Janina shouldn't have left Jessy alone with QuickBooks, if QuickBooks was important. Again Janina covered it up by blaming me.

## Further elaboration on the character, "Jessy," presented to me, Daisy.

I would like to provide further support and provide an elaboration in regards to the topic of "Jessy," Janina's daughter. Just because that seems to be a topic of interest at the, "Department of Workforce Development," that I am attending, "Asian Human Service." Additionally Janina lied and I realize the oppressive low grade quality management I have had to endure since I left the home health agency which makes me look like the person that completed the criminal activities Janina blamed me for.

Towards the end of my employment Jessy did go through a visual transformation. I cannot comment if her work improved since I was not involved with Jessy directly and her work.

## Chart of Visual Transformations

## Behavior that was normal from Jessy:

| Normal |
| --- |
| 1. Jessy would come to work with casual attire that presented a lazy, non caring attitude. Examples: Jessy completely shaved her hair off from one side of her head. Janina corrected Jessy. Jessy could not come to work at the office showing that her hair was partially shaved off. Jessy only came to work showing that her hair was shaved off about three times. |
| 2. Jessy would wear a black hoody, slippers, tight black pants, drink Munster energy beverage while on the computer. |
| 3. Jessy's Munster energy drink spilled twice on Janina's desk stop. Jessy wasn't responsible with that drink since she would sip on it while working with important papers exposed. I would understand like an accident for example the drink was closed and it opened on its own. Jessy was distracted working and the opened drink spilled. I did not get angry I helped her and just told her that accidents happened. Jessy was Janina's responsibility. |
| 4. Jessy's father once brought Jessy to work, because Jessy forgot to come to work. Jessy was dressed really badly on that occasion. Her hair was dirty like she had not showered for many days, her nail polish was extremely shipped. On that day Jessy was wearing a black hoody, really short shorts that partially exposed her behind. I was trying not to get near her because I didn't even want to smell her. |
| 5. It was normal for me to look up and see that Jessy was on Facebook |
| 6. Janina was often on the phone struggling to get someone at the other end to do things for her. Since at that time I did not have any problems with my family or have had any problems where we would express harsh words to each other. Everyone in my family works, to understand and support |

3

ITEM 22, CONTINUED:

each other. The words that I would overhear where extremely harsh for me and negative. It was inappropriate for Janina to have conversations with her family in the office since Janina has to speak harshly to her family. For example I overheard a conversation where Janina was threatening to fire someone if that person did not bring her water bottles when she wanted them to. (When IDPH was there, this is a conversation that I overheard and that was private, please do not quote me on the above comment.)

7. Janina had to physically supervised Jessy in order for Jessy to work. That is why it is in my opinion that Janina is responsible for the mistakes Jessy completed. Since I was not directly involved, I can only assume that Janina left Jessy alone in the office to complete important work, that is not responsible management. Janina is in denial or irresponsible in regards to Jessy.

**New Behavior which occurred towards the end of my employment:**

1. Jessy would come into the office wearing proper attire for an office setting.

2. Jessy would actually improved her attendance.

3. When I would look up I would actually see the work screen up in Jessy's computer.

Questions or comments please call me at: 773.543.4944 or
Email me at: dai_hernandez@icloud.com. Thank you for your time.

Sincerely,

Daisy Hernandez.

4

**From:**
**Daisy Hernandez**
2616 North Central Park Avenue Apt. 2
Chicago, IL, 60647
September 20, 2018

To:
**U.S. District Court**
**Northern District of Illinois**
**Eastern Division at Chicago**
219 South Dearborn Street
Chicago, IL, 60604

**Contact Information of the Home Health Agency I am Complaining Against:**
Jessifer Home Health Agency, INC.
4738 North Harlem Avenue, Suite # 3
Harwood Heights, IL, 60706-4639
Tel: 708.867.8310    Fax: 708.867.8309

### Requesting Legal Assistance in the Area of, "Employment Discrimination."

*Employment Discrimination.* Since I left my employer Jessifer Home Health Agency in early January 2013, I have not being able to keep a stable job or have financial security. My employers in the cases in which I am responsible for money incidents keep recurring which indicates to me that my employer does not feel comfortable with me handling his or her money. For example the most common problem that occurred in two jobs in which I was handling money. In one of these jobs my employer misplaced her receipts and called me to ask me, where they were, this occurred more than once. Receipts I was not aware that even existed. In another incident, with another employer I would give my employer my paperwork and money at the end of my shift. My employer misplaced the money and paperwork I gave her, since she would count the money on a counter in which traffic would occur she hid the money behind a tea stand, she blamed me. The staffing agencies I have worked for have also abused me theirs literally nothing I can say or do to stop them from abusing me. The last agency I worked for implied to me that they where abusing me, planting their own evidence making me look like a thief because they wanted to make sure to provide support to the lies Janina made up. Grossinger City actually told me, "That's the way your previous employer described you," when I was communicating to them the lies and abuse I was going through at their work place. Grossinger City was planting their own evidence someone has being following me and has being abusing me up to an extreme that is inhumane. That is not correct. My cover letter and resume cannot correct or stand up to the lies Janina said. Someone made the criminal to strong.

The harsh reality I have being forced to endure since I left the home health agency is from one extreme to another extreme which has led me to dissect my interactions and conversations I overheard which has led me to realize that Janina lied to people in regards to the quality of my

1

work that I completed in her office. Janina's daughter, "Jessy," was an individual that needed special support. Her mother Janina had worked for many hours and had focused on her career. Two incidents occurred in the office while I was employed for the Home Health Agency. They occurred on QuickBooks, Janina and her daughter where in, "charge and in control," of this area, I was instructed to stay away which I did. Jessy stole a paycheck and messed up QuickBooks under the management and supervision of Janina. I was not directly involved. My focus was something else that was completely different and separate from QuickBooks. I did find that even though I persisted to Janina to give me missing paperwork in the area of my focus, Janina failed to produce a couple of missing paper works that to my understanding where important. To my understanding all of the paperwork I was handling where important since it involved the physical well being of human beings. I would also like to add that Janina was, "in control and in charge," at her office I would follow her instructions.

Janina gave me a lot of responsibilities in her office it reflects badly on her management skills her responsible character can be questioned when she is slandering or talking bad about my responsible character because Janina was entrusting me with paperwork which the well being of human beings where dependent upon.

Since I was responsible that is why Janina gave me the job responsibility that she did. That is what I am hoping for.

### Alleging Specific Bases of Employment Discrimination:

| |
|---|
| **Race (Please note that I would like to change, "National Origin," to, "Race." Race seems more appropriate.)** |
| Both of my parents emigrated from Mexico. I have a Spanish accent. |
| **Sex** |
| Female |
| **Age** |
| In 2010 the year I was hired I was 23 years old. Janina was a lot more experienced in the actions she was completing and in the healthcare system. The health care system while in school was never my area of interest or computers. (In regards to my field of interest at th⋯ ⋯hat I had already learned in school: Word, Excel, and Power Point was enough. Th⋯ brochures, flyers, and letters, etc., and I can translate if needed.). |

*I am, including relevant questions.*

In regards to, "This form must be postmarked or received by IDHR within 180 days of the date of discrimination." The lies Janina said are affecting me until the day that I am actually working and do not receive any abuse in regards to money. I am a person that is careful and responsible with money. Working for my mother does not count.

2

ITEM 25, CONTINUED:

### List of Complaints: Elaboration on top. (My Charges Against Janina)

| |
|---|
| 1. The missing paperwork & the emotional trauma it causes. |
| 2. Lies Janina made. |
| 3. Confusing, and "controlling," the Justice Department. |
| 4. Discrimination and harassment in the employment and public accommodation areas |
| 5. Taking me from, "one extreme to another extreme," forced to change lifestyle. I am not in, "control," of my goals. I cannot have any goals. |

In regards to, "Have you filed a grievance or complaint with this respondent?" While I was employed for Jessifer Home Health Agency I did make a verbal complaint to the agency supervisor: Janina Nieves, RN in regards to my area of focus at work and the issue which arouse. The missing paperwork in regards to the Medication Sheet for one patient, the CNA without a license, the missing insurance from a physical therapist provider, etc. I spoke with her and told her it was not correct, what she was doing was not appropriate. In response to my persistence in the missing paperwork Janina created a chart for each binder and wanted me to sign it. She presented the offer to me nicely; I rejected it and told her it was not okay what she was doing, "you like changing things." Janina proceeded to sign the chart she created herself after reviewing each binder.

### My Charges Against Jessy

1. Jessy stole a paycheck during the beginning of her employment. Janina covered it up for her by blaming me.

2. Janina and Jessy messed up QuickBooks all by themselves. Janina shouldn't have left Jessy alone with QuickBooks, if QuickBooks was important. Again Janina covered it up by blaming me.

Questions or comments please call me at: 773.543.4944 or
Email me at: dai_hernandez@icloud.com. Thank you for your time.

Sincerely,

Daisy Hernández.

3

ITEM 26, CONTINUED:

# Daisy Hernandez

2616 N. Central Park Avenue |      Chicago, Illinois, 60647      dai_hernandez@icloud.com

**September 19, 2018**

**Dear To Whom It May Concern (future prospective employer):**

Hello my name is Daisy Hernandez, I am submitting my resume for consideration in working for any future positions has an administrative assistant, secretary, or clerical positions. I graduated from North Park University with a B.A. in Spanish in 2009 and a minor in sociology. During my years at North Park I used Power Point, Microsoft Word in order to translate work, create presentations, documents, and flyers. I feel comfortable and confident using the Microsoft Word program because I have used it for so many years in order to create many projects for school work.

After graduating from North Park University my path took me towards two directions volunteering and working. I worked for a home health agency as a secretary. At the agency I was responsible for answering in-bound and out-bound calls, organizing paperwork, creating flyers, printing the sheets the nurses needed in order to complete their visits, and checking office messages from the phone/computer daily. Additionally, I maintained up-to-date records and charts dictating the dates, times, and method of communication with therapists, reviewed office binders, and created a template using Microsoft Word to address issues before they became problems.

Since 2013 I have not held a job for more than one year. Although my work history does not portray my good character and qualities I am reliable, willing to work and learn. I do not want a job offering the same poor quality of work environment the employers I had after the home health agency offered. (For example lack of a timely paycheck, money missing continuously, in some cases there seemed to be a structure implemented that was not effective, for example I would receive calls of missing money daily. I do not want to work for a company where lack of organization puts my honesty in question.) If needed I can further explain.

Has an independent human being I reserve the right to withdraw my application from consideration from any institution that finds the above (example: bullying) acceptable.

Thank you for taking the time to review my resume and for giving me the opportunity to be able to share my qualifications, experience, and skills which will be a good addition to your company. I know that with proper training and good communication I will be able to effectively provide great customer service, create a positive environment, and drive the overall success of your organization.

Sincerely,

Daisy Hernandez.



# Daisy Hernandez (ADDENDUM)

2616 N. Central Park Avenue |        Chicago, Illinois, 60647        dai_hernandez@icloud.com

**September 19, 2018**

**Dear To Whom It May Concern (future prospective employer):**

I would like to only submit my application towards an employer that aims to build a healthy relationship with me and all of their employers (is aware of what a healthy relationship means and looks like, please review attached paperwork for further understanding of a healthy relationship.)

To further elaborate on the above statement I would like to provide the following example. A previous employer that had ineffective procedures for example would constantly call me if they had missing money (large amounts of checks from other departments that I would not be aware of, see with my eyes or touch with my hands). Additionally with this same employer I was responsible for keeping the balance on my register I had to turn it in at the end of the day the same amount of money that was given to me. I truly believe someone was purposely stealing the money from the register I was responsible for continuously. The person in charge would miscount the money, she would also support the person stealing my money by herself stealing instead of handling the situation with care (thinking of how I felt) justly she would actually act immaturely and pursue putting me under pressure and stress because there was missing money that I was responsible for. When this particular company was terminating me they stated to me, "That's how your previous employers described you," that statement explained to me why that company was harassing me they wanted to support my previous employer's statements. That statement is not correct. I have organized my finances since I started to work responsibly (that is how I was able to pay my college tuition). I also counted twice the change I have given my customers when I was a cashier during past employments because I didn't want to have money missing. I have a good history. I do not agree with the reason for their termination. I would like to omit my application from any employer that wishes to plant their own evidence against me like the above employer because, "that's how your previous employers described you." I would like to submit my application to an employer that wishes to pursue and build a healthy relationship.

There's being instances where supervisors lack accountability for their actions. For example they create daily problems that put me in a position where I seem dishonest, (this to me is abuse) then ask me to be confidential. That is not correct, the proper think for me would be to talk. I have being abused. An abused person should not stay quiet but actually talk to people especially a counselor or a professional. For me this was not proper it showed a lack of control, responsibility and accountability (they don't really know what they are doing). I do not want to give up my right to sue an employer that is abusing and harassing me. I will keep a daily journal of events in which I will keep a daily record of office events especially events that I encounter that show dishonesty, abuse and harassment. No loophole rationalization permitted that will result in harassment and abuse on my person in any way. I do not want to work for an employer that uses a temporary employment agency or self-employment has a loophole to provide their workers with a poor working environment.

Again thank you for taking the time to review my resume, cover letter, addendum and how to build, "Healthy Relationships," handout. Pursuing to build healthy relationships will not only benefit me overall but also help drive the success of your organization has well.

Sincerely, Daisy Hernandez

# Daisy Hernandez

2616 North Central Park Avenue, Chicago, IL 60647 • dai_hernandez@icloud.com • 773-543-4944

## Objective

**Administrative Assistant,**

Seeking an entry level management position providing any of the following services: Receptionist, Secretarial or Administrative position.

## Work Experience

**Babysitter,** *Young Couple*, Chicago, IL                    04/16-Present
*Toddler*
- Responsible for developing activities to reach a toddler audience to stimulate learning and motor skills.

**Cashier,** *Grossinger City Toyota*, Chicago, IL                    1/16-04/16
Brought on board to process (receipt) and keep track of payments from customers.
- Improved image of cashier area by organizing and labeling the surrounding setting.
- Create log sheets for tracking of calls, checks and plates picked up by clients.
- Given the responsibility to ensure the daily balance of the cash provided to the cashier.

**Waitress,** *Puebla Mexican Restaurant and Taqueria*, Chicago, IL                    1/15-7/15
Trained to provide many services for customers at the same time hosting, seating, taking and providing customers meal orders, bussing, answering the phone to take and process to go orders.
- Formed and implemented a plan to daily review inventory needed to provide a consistent flow customer service environment
- Studied and passed the necessary certification to keep working in a restaurant establishment that provided a higher regulated standard of sanitation called: ServSafe Food Handler Certificate.
- Completed, "The Beverage Alcohol Sellers and Servers Education and Training (BASSET) program." which provided training through video examples on the proper way to follow through with the alcohol regulations.

**Temporary Agent,** *Apple One*, Chicago, IL                    4/14-12/14
Worked in a call center environment for a period of eight months in a temporary agency that provided two different settings the first one working for the Medicaid Michigan Application Helpline and the second guiding a customer by providing a list of instructions on how to successfully activate PIN for credit cards.
- Established communication with client over the phone in order to clearly ask questions gain information in order to successfully submit the Medicaid English and Spanish application for the Michigan phone helpline.
- Attended a workshop training orientation for the surface benefits provided by Medicaid and Medicare and the requirements for eligibility.
- Navigated through different windows and links in a two computer screen system while maintaining a conversation over the phone with client.

**Waitress/Busboy,** *Filippos Italian Restaurant*, Chicago, IL                    5/13-5/14
Mentored by a waitress that provided focused education in the art of creating a detail oriented customer service experience in a restaurant setting.
- Familiarized myself through observation to a new style of management application provided by the waitress.
- Learned to address all client issues that presented themselves and approach the client in a friendly service inspired environment
- Inspired to look at the art of cooking by observing the cooks and read different books that provided the recipes that were used for a cheesecake dessert and alcoholic beverage.

**Entry Level Crew Member,** *Chipotle*, Chicago, IL                    04/13-06/13
Educated in the proper way to maintain sanitary compliance regulated conditions.
- Familiarized myself with the Chipotle food line recipes in order to prepare and set up the meats, beans, rice, salads, dressings and chips in a quality monitored timely fashion.
- Formed friendships that provided additional assistance and support when needed.
- Revised routinely the supplies needed at the beginning and at the end of every shift in the area of concentration for that day confirmed amount, label, and organization of items by date.

ITEM 29, CONTINUED:

# Daisy Hernandez

2616 North Central Park Avenue, Chicago, IL 60647 • dai_hernandez@icloud.com • 773-543-4944

**Secretary**, *Jessifer Home Health Agency*, Hardwood Heights, I          10/10-1/13

Introduced to the healthcare world, where I was able to use my organizational skills to coordinate various projects some of this include providing marketing support by creating flyers, organizing necessary paperwork, application, handouts and translated brochure.

- Functioned as a receptionist aided communication between nurses, and office paperwork through faxing answered inbound outbound phone calls briefed supervisor daily on what was happening in the office.
- Served as a resource in office duties performed daily reviews of agency email address, invoices, rent payments, copies of skilled nursing notes and other documentation essential to see patients.
- Maintained a strong detailed record of patient file compliance ensured all paperwork was signed and dated by physician, checked that all licenses and insurance documentation for every employee practicing health care were not expired or incomplete.

**Student Worker**, *North Park University*, Chicago, IL          10/09-10/10

Provided clerical support and aided the secretary for the science and foreign language department, in sorting out the mail, making copies, and running errands.

- Used Microsoft Word to create a wide range of projects for the foreign language department from translating a game to be used in a class, making flyers, and typing worksheet questions.
- Choose and developed database to input and collect data for easier accessibility to print labels to be used for mailing letters
- Participated in providing needed support after the Haiti earthquake by passing out flyers providing ideas on choosing the pizza

## Education

**North Park University**, *Chicago, IL*

Spanish, Minor in Sociology, December 2009

## Community Involvement and Leadership

**Volunteer**, *Our Lady of Grace*, Chicago, IL          9/10-12/14

- Taught children up to 1st grade about the structure of religion
- Helped organize church functions

**Volunteer**, *Our Lady of Grace*, Chicago, IL          09/2016-2017

- Responsible for Second Level Confirmation

## Summary of Accomplishments

*What I bring to the Table…*

Took on the challenge to pay for my college education, which developed my personal financial management skills through the importance of planning. My goal to graduate from college ensured my younger sister felt it could be accomplished. Inspired to support people making a difference through volunteering after graduation, observed their community forming service. Followed an advice given by a mentor "to stay on top of things, that helped me overcome hurdles in the years that followed. The hurdles I overcame where address through organization which was made possible through the Microsoft Word and Excel templates I created for that purpose. My confidence in creating flyers translating and organizational tools is a great accent to any company. The last experiences in the restaurant industry provided the certifications and experience needed to become familiar with safety and sanitation restaurant guidelines and procedures, maintenance a transferable trait in most businesses.

## Skills

Trainings: Catechism teaching

Computer Skills: Microsoft Word, Power Point, and Excel

Languages Spoken: English, Spanish

**ITEM 30, CONTINUED:**

# Healthy Relationships



love is respect.org

Communication is a key part to building a healthy relationship. The first step is making sure you both want and expect the same things -- being on the same page is very important. The following tips can help you create and maintain a healthy relationship:

- **Speak Up.** In a healthy relationship, if something is bothering you, it's best to talk about it instead of holding it in.
- **Respect Your Partner.** Your partner's wishes and feelings have value. Let your significant other know you are making an effort to keep their ideas in mind. Mutual respect is essential in maintaining healthy relationships.
- **Compromise.** Disagreements are a natural part of healthy relationships, but it's important that you find a way to compromise if you disagree on something. Try to solve conflicts in a fair and rational way.
- **Be Supportive.** Offer reassurance and encouragement to your partner. Also, let your partner know when you need their support. Healthy relationships are about building each other up, not putting each other down.
- **Respect Each Other's Privacy.** Just because you're in a relationship, doesn't mean you have to share everything and constantly be together. Healthy relationships require space.

## Healthy Boundaries

Creating boundaries is a good way to keep your relationship healthy and secure. By setting boundaries together, you can both have a deeper understanding of the type of relationship that you and your partner want. Boundaries are not meant to make you feel trapped or like you're "walking on eggshells." Creating boundaries is not a sign of secrecy or distrust -- it's an expression of what makes you feel comfortable and what you would like or not like to happen within the relationship. Remember, healthy boundaries shouldn't restrict your ability to:

- Go out with your friends without your partner.
- Participate in activities and hobbies you like.
- Not have to share passwords to your email, social media accounts or phone.
- Respect each other's individual likes and needs.

## Healthy Relationship Boosters

Even healthy relationships can use a boost now and then. You may need a boost if you feel disconnected from your partner or like the relationship has gotten stale. If so, find a fun, simple activity you both enjoy, like going on a walk, and talk about the reasons why you want to be in the relationship. Then, keep using healthy behaviors as you continue dating.

## What Isn't a Healthy Relationship?

Relationships that are not healthy are based on power and control, not equality and respect. In the early stages of an abusive relationship, you may not think the unhealthy behaviors are a big deal. However, possessiveness, insults, jealous accusations, yelling, humiliation, pulling hair, pushing or other negative, abusive behaviors, are -- at their root -- exertions of power and control. Remember that abuse is always a choice and you deserve to be respected. There is no excuse for abuse of any kind.

**connect now!**

chat at loveisrespect.org

text "loveis" to 22522

call 1-866-331-9474

Discuss your options confidentially.
Peer advocates are available 24/7.

**For more information, visit www.loveisrespect.org**

Repurposing is allowed and encouraged.
Please contact loveisrespect for more information.

CONTINUED:

If you think your relationship is unhealthy, it's important to think about your safety now. Consider these points as you move forward:

- Understand that a person can only change if they want to. You can't force your partner to alter their behavior if they don't believe they're wrong.
- Focus on your own needs. Are you taking care of yourself? Your wellness is always important. Watch your stress levels, take time to be with friends, get enough sleep. If you find that your relationship is draining you, consider ending it.
- Connect with your support systems. Often, abusers try to isolate their partners. Talk to your friends, family members, teachers and others to make sure you're getting the emotional support you need. Remember, our advocates are always ready to talk if you need a listening ear.
- Think about breaking up. Remember that you deserve to feel safe and accepted in your relationship.

Even though you cannot change your partner, you can make changes in your own life to stay safe. Consider leaving your partner before the abuse gets worse. Whether you decide to leave or stay, make sure you use our safety planning tips or take our Healthy Relationship Quiz on loveisrespect.org.

For more information, visit www.loveisrespect.org

Repurposing is allowed and encouraged. Please contact loveisrespect for more information.

# What is Financial Abuse?



love is respect.org

Financial abuse can be very subtle -- telling you what you can and cannot buy or requiring you to share control of your bank accounts. At no point does someone you are dating have the right to use money or how you spend it to control you.

Here are some examples of financially abusive behavior:

- Giving you an allowance and closely watching what you buy.
- Placing your paycheck in their account and denying you access to it.
- Keeping you from seeing shared bank accounts or records.
- Forbidding you to work or limiting the hours you do.
- Preventing you from going to work by taking your car or keys.
- Getting you fired by harassing you, your employer or coworkers on the job.
- Hiding or stealing your student financial aid check or outside financial support.
- Using your social security number to obtain credit without your permission.
- Using your child's social security number to claim an income tax refund without your permission.
- Maxing out your credit cards without your permission.
- Refusing to give you money, food, rent, medicine or clothing.
- Causing visible bruises and scars so that you are too embarrassed to go to work.
- Using funds from your children's tuition or a joint savings account without your knowledge.
- Spending money on themselves but not allowing you to do the same.

## I'm Experiencing Financial Abuse

If you partner does any of these things, you are probably in an unhealthy or abusive relationship. Financial abuse is usually coupled with emotional or physical abuse.

If you are not in control over your finances, or if your partner has removed money from your bank account, it can seem very scary to leave an abusive relationship. There are many organizations who can help you "get back on your feet" and get control over your finances -- some even provide short-term loans to cover important expenses as you escape an abusive relationship. Chat with a peer advocate at loveisrespect.org to learn more about local resources.

You may also want to talk to someone you trust, like a friend, family member or legal professional, about getting a protection order. Whether you decide to leave or stay, consider making a safety plan that includes setting aside funds in a secret location.

connect now!

chat at loveisrespect.org

text "loveis" to 22522

call 1-866-331-9474

Discuss your options confidentially.
Peer advocates are available 24/7.

For more information, visit www.loveisrespect.org

Repurposing is allowed and encouraged.
Please contact loveisrespect for more information.

ITEM 33, CONTINUED:

Daisy Hernandez
2616 North Central Park Avenue Apt. 2
Chicago, Illinois, 60647
August 21, 2018

Commission on Human Relations
740 North Sedgwick Street 4th Floor
Chicago, Illinois, 60654-8488

## Discrimination in the Area of Public Accommodation

(1)Both of my parents emigrated from Mexico. I have a Spanish accent. I am also a female practicing Catholic. People that support and or practice same sex partners usually discriminate against Catholics because of the same sex prohibition theology. However the theology also teaches us to treat them with respect and dignity.

| |
|---|
| **Contact Information:** Our Lady of Grace<br>**Date:** 2014-2017<br>**Notes:** My volunteer experience became a nightmare when my financial stability was taken away. The people that infiltrated me, the people Janina paid off and Janina where taking all of my attention. Overall my volunteer experience was not productive or positive. **Complaint: Emotional Abuse** |
| (2)**Contact Information:** The Topic of my cousins Perfecto Hernandez's wife<br>**Date:** Two incidents: The first while I was employed for Apple One Staffing Agency (04/14-12/14) working in the Maximus location. The second occurred on Christmas Eve 2015 going into 2016. The third incident would be when I was employed for Grossinger City (01/16-04/16) and the agents told me over the phone for me, Daisy not to bother Kelly. That was an unnecessary correction.<br>**Notes:** The relationship is not going to get better. Last Saturday 07/28/2018 my family had a barbeque outside, Kelly did not insult me which was an improvement however she is going to be giving me a hard time. On the positive side Kelly is giving me information which I believe Jesus is helping me. I would like to further elaborate this topic because the topic of Kelly is proof to me of racism, and it points out to me the low grade quality work being completed.<br>(3)The following in highly confidential personal information:<br>A young man with charisma coworker of Kelly from Buffalo Wild Wings on Kelly's wedding reception made a speech, which criticized Kelly's management skills in the best manner that he could. He was sharing feeling that where burdening his heart. Both of the people (not including the above) I know that have worked for Kelly have complaint about her management skills at different times. I feel honored and privileged that the above people trusted me to be confidential.<br>Through this ordeal of Kelly revealing that she supported the MiChild Program I cannot help but to support the comments. I would have loved to have Kelly just look at how happy I made her daughters and careless what Janina and other people said. That's the action I would expect from a manager in a high position. To this date what I see missing from Kelly is her lack of noticing that I am a positive impact and that every action I take towards her children is to make them happy. Julissa did tell me that her and her parents did thank me for teaching her how to do needlework. What I do see and I criticize in Kelly. Since I am unemployed I have being spending a lot more time at home. I have had the opportunity to observe the environment around Kelly's children. My aunt Martha looks after them passionately. However I don't like Manuel and I wouldn't want my children if I had any around Manuel. My parents would tell Manuel not to let the children my mom would look after look at him. I made the correct decision from the beginning which was to stay away. In all honesty because I made the decision to stay away I was highly surprised when she made the revelation to me. **Complaint: Emotional Abuse** |
| (4)**Contact Information:** Curves, The Curves Closed. 3143 West Fullerton, Chicago, IL, 60647 manager Jessica Phone Number: 1.712.490.7368.<br>**Date:** November 8, 2014<br>**Notes:** The location closed I tried contacting the manager Jessica (Phone Number: 1.712.490.7368) by leaving a message to her voice mail. No response was received.<br>I was a member that paid the monthly membership charge on time I did not receive a call, letter or some kind of response from that Curves location. They gave a hard time canceling.<br>**Complaint: Financial and Emotional Abuse. Curves made me suffer.** |

1

Since I left the home health agency there's someone with this type of mentality /that abuses me/ ruling every venue of my life, including my employments. This is the type of jurisdictions being supported. This is what I want to address. They need to take accountability for the above, I am not just trying to play the victim they really did abuse me. They abused me then hide. I don't want the people that abused me to take credit for catching Janina because of the above behavior. I know I need the Justice Department to help me overcome Janina however I did not need the inhumane cruelty that I was shown persistently.

**(5)Contact Information:** Electronics/ TIPS/ Hay Day
**Date:** While I was employed at Puebla. January 2015- July 2015. Hay Day: Monday, May 21, 2018. During my employment at Puebla I witnessed my sister getting abused by AT&T.
**Notes:** While I was employed at Puebla. January 2015- July 2015. I purchased the TIPS app towards the ending months that I worked at the restaurant. Someone harassed me electronically, I purchased the TIPS app but could not install the app. I would like to be compensated for the app, the emotional harm caused. My internet access has also being manipulated, turned off, my sister has had to spend a lot of time on the phone with the company. I was also present when I witnessed my sister get harassed by AT&T, in an inappropriate manner, it was because they were abusing me and where ineffective in correcting Janina. They could not confront her lies since they lacked the character to confront and stop the abuse that was occurring to my person, by this point I had already being abused at Chipotle, Filippo's, Curves and Apple One Staffing Agency. I would have loved to have received a service where they could have noticed that the actions they were completing where inappropriate and that they could have zoomed into the source of the inappropriate instigator of abuse. I have being correcting the lies throughout the years. (6)On Monday, May 21, 2018. When I opened my, "Hay Day," App I encountered a warning I needed to update my iPod to a higher version or otherwise I won't be able play, "Hay Day," on my iPod any more. I encounter another obstacle while trying to address the problem I needed to type my passcode a four digit number I do not have. The page that prompts me with the opportunity to gain customer service through a live chat takes a long time to download. It only downloads randomly. Before I left the home health agency companies did not provide a negative obstacles oriented persistent customer service. They are so wrong that they want to create situations where I at least look guilty in order for their abusive actions to hide. **Complaint: Electronic Abuse**

**(7)Contact Information:** Center for Changing Lives
**Date:** 01/16-04/16
**Notes:** I go to Center for Changing Lives and complain of the abuse I am going through. The counselor was sharing the lies they had told her in regards to me Daisy. The counselor told me I was just jealous of Kelly, she also asked me to give up my dad. I had a very low grade counselor and overall service. I do step in and help them and they fail to meet me half way. Thanks to the management at Filippo's and Staffing Agencies I look like someone that is jealous. Apple One Staffing Agency and Filippo's management failed the counselor and me. I was sharing information on how to catch Janina and the above institutions failed to establish a communication venue with me, Daisy. Center for Changing Lives, lied to me and overall did not improve my situation it actually added to my suffering. I corrected the lies they stated, however they were unable to move forward and guide me to a positive path after my correction. **Complaint: Emotional and Financial Abuse**

(8)The following are a couple of examples of the abuse and retaliation I have gone through in the health care system. The healthcare system since I left the home health agency has turned into a nightmare, it actually causes health problems. This is the work they actually completed, retaliation. They did not overcome Janina through their own effort or character. I stepped in thanks to the help Jesus provided and was able to guide them through the dark, while, "not so random people in control." were just abusing me.

**(9)Contact Information: The Department of Community Health and Human Services.465 Industrial Boulevard. London, Kentucky 40750-0001.**
**Date: June 11, 2016**
**Notes:** My mother's abuse occurred during the time period I was employed for Apple One Staffing Agency. It was the African American Community in the health care system whom abused my mother. They wanted to confuse my mother on the first payment to the AmBettter Insurance. I wrote letters to address the problem and mailed them. The letters included a copy of the money order I mailed.

**(10)Contact Information: United Healthcare Insurance. Complaint Department. P.O. BOX 30514. Salt Lake City, UT, 84130-0514.**
**Date: August 1, 2017**
**Notes:** Since I have being involved in interpreting paperwork and interacting with people on behalf of my father for many years I am aware of the difference. The people that have provided me with an overall low standard quality of life have spilled over to my father's affairs. Which I keep separate since, he makes his own choices, for

2

me that's the correct way for him to manage his life. (The increase of situations where I have to step in to interpret for the poor quality customer standard service that I have received while involved on my father's affairs this past five years is not correct. My family and I can respect my father's decisions. The people that have chosen to involve themselves by providing the poor quality customer service cannot respect his information, or his business. Has a human being my father is deserving of human dignity.) The, "not so random people," have stepped in to cause him, mental stress, prolong stress does lead to physical damage, financial oppression, someone wants to increase his insurance fee while every call I have with United Healthcare leads to unresolved problems, the amount of time I have had to spend in each phone call is not correct. The quality care is not correct.). The amount of time I have had to spend on the phone with United Healthcare, Optum Rx. his doctor is not normal (I have also had to spend an abnormal amount of time with his previous insurance).

1. I received a poor customer service from United Healthcare and Optum RX while helping my father which I have done since I could talk and understand English: Fifth Grade.
2. My father was overcharged he was charge two hundred dollars for one Advair retail value eighty dollars.

**(11)Contact Information: Swedish Covenant Hospital. The Science of Feeling Better. 5145 North California Avenue. Chicago, IL, 60625-3661.**
**Date: December 12, 2017**
**Notes:** On Friday, December 9, 2017 I received the payment request for hospital services from Swedish Covenant hospital making me aware that the amount due now was $843.00.
On Monday, December 11, 2017, I received a letter describing the services provided. This bill seems unproportioned to the services provided. I received this two notices more than one year after the service date. I would like to request that his two notices be investigate. **Complaint: Financial and Emotional Abuse**

**(12)Contact Information:** Amazon Seller Support. (you may reach them by googling Amazon Seller Support, hit the contact us link available. I also copy and pasted the website address:
< https://services.amazon.com/content/sellers-contact-amazon.htm/ref=asus_cu_hnav>.)
**Date:** February 4, 2016
**Notes:** I placed my Amazon seller account on vacation for a reason I was unemployed and the amount of money I make from Amazon is minimal compared to the time, money and energy I have to spend. I received a notification that I had sold a book I was not prepared. Additionally due to my unemployment at that time I had canceled my bank account. I am still concern of the feature change made without my notification. (The government did not complete such a competent work has to take the liberty to change my setting and give me a hard time.) While I was employed at Grossinger City I was abused over the phone through my Amazon account. I stepped in and corrected them in regards to the lies Janina stated. The work completed by the agents was abusive and oppressive even though I stepped in and corrected them. I mailed a letter to Amazon Seller Support. **Complaint: Emotional and Financial Abuse**

**(13)Contact Information:** Chicago Area Project. SNAP or Food Stamps.
**Date:** March 21, 2017
**Notes:** My local Public Aid Department has failed to provide me with an employment. They interviewed me however they just want to support my current oppressive condition. They failed to provide me with human dignity, employment and justice. I spoke up, they needed to give me an attorney. The phone number they gave me for an attorney routed me to Farmers Insurance. They are adding to my stress. Their help is of low quality grade. They shouldn't be in the position they are in since they have failed me... **Complaint: Emotional and Financial Abuse.**

**(14)Contact Information:** Attorneys, My local police station, COPA and FBI. The following is just one example of many.
**Date:** 08.10.2017
**Notes:** The Justice Department has pushed me away. I filed an incident report with the Chicago Police Department on 08.10.2017 for Harassment by Electronic Means. The report was denied. **Complaint: Emotional and Financial Abuse.**

**(15)Contact Information:** CVS Pharmacy
**Date:** Tuesday, April 24, 2018
**Notes:** On the above date I went into CVS. The one near Planet Fitness on Pulaski and Belmont. I was searching for the coconut Suave conditioner when I got to the cosmetics section. A loud robotic woman said, "security has been warned of your presence if you need help someone will be with you." I felt embarrassed. I don't want to go into that CVS again. I remember it happened when I went into Family Dollar on Fullerton near Jimenez Grocery Store. **Complaint: Emotional Abuse**

3

**(16)Contact Information:** Saint John Berchmans Roman Catholic Church, 2517 W Logan Blvd
**Date:** May 27, 2018
**Notes:** On Sunday I went to the Catholic Church located in Logan Blvd. the structure of the building and mass are nice. During the intentions they prayed for Helena Hernandez. The name of Ziggy's wife is Helena. Ziggy's sister is Janina. Helena, Ziggy's wife is mentally unstable she doesn't like Jews people. I also saw a man sitting in front of the church that looked like Johnnie. Johnnie abused me. **Complaint: Emotional Abuse**

**(17)Contact Information:** Menards, 2601 N Clybourn Ave, Chicago, IL 60614
**Date:** On Monday, May 28, 2017
**Notes:** I went with my parents to Menards and there was a confusion with the free king box spring it caused harm I don't like the customer service I received. I was given a low grade customer service on purpose. It had consequences, its hurting my relationship with my parents. Another incident that is involved with the following would be my employment with TJ Maxx, the store I worked for is nearby. After I came back from Morelia, Mexico, TJ Maxx told me they had being forced to hire another strong worker since during my absence they lost an assisting manager. I noticed, "not so random people," and also an increase in oppression towards me.
**Complaint: Emotional Abuse.**

**(18)Contact Information:** The poor customer service from the young Latin man at Burger King
**Date:** 06.17.2018 (Father's Day)
**Address:** BK 16598, 3167 North Milwaukee Avenue, 773.468.1741, Order 292
**Notes:** The customer service I received at Burger King from the young Latin man was of poor quality. This young man was also connected to the case. I submitted a review for Burger King in regards to the incident. This man was going to give me a paperback that was ripped at the bottom. I had to tell him to change the paper bag. That is not correct the agents are getting trained to provide low quality customer service that is giving me stress and lowering my quality of life. **Complaint: Emotional Abuse**

**(19)Contact Information:** Random angry young Black Men approaching me: Johnnie and the one that approached me at the Polish Neighborhood on Father's Day
**Date:** Sunday, June 17, 2018 (Father's Day)
**Notes:** I was walking home when an angry young black man approached me on Milwaukee in the Polish neighborhood he crossed the Street, when I was going to take a picture of the flyer advertising employment at the State Farm business. This man is connected to the case. **Complaint: Emotional Abuse**

**(20)Contact Information:** Subway
**Date:** 07.14.2018
**Address:** Subway 25502-0, Phone 773.286.6400, 4640 West Diversey Avenue, Suite A, Chicago, ILL, 60639, Served by Sanjay 6:20:12 PM
**Notes:** I submitted a survey online of the experience.
I explained to the man taking care of me that I wanted two foot longs that where on special, "The Spicy Italian." The man asked me, "What bread I wanted?" I explained and asked, "if possible for the same price I would prefer the herbs and cheese bread rather than the plain bread that it would be great." The man responded rudely he said, "the cheese would be one dollar more." His response was inappropriate this type of response I would not receive before and during my employment for the home health agency. After I left the home health agency, I cannot even ask questions. I am okay with the plain bread this man needs to respond nicely and explain that it would be an additional cost if I wanted the herbs and cheese which is the only thing I wanted to know. This man added more comments to his response which were unnecessary. He also compared me to the client next to me. He said that her order was the same all the time. You are never supposed to compare someone to another person especially a client. I worked and caught Janina not the client next to me. I am the one that has had to go from job to job because the police cannot correct Janina appropriately since the agents cannot stop abusing me not the client next to me. Double Standard: The Justice Department that infiltrated me would have fired me had I provided the type of service to a customer especially to someone that works for them, or even if the customer receiving my service felt bad not because of the service I was providing to them but because the agencies feelings where hurting over my work that I was doing in trying to catch Janina. The Justice Department abused me and fired me when I was working at Grossinger City, the lady owner called and complaint about my customer service, I did not understand that complaint. I do not agree with the lady owner's complaint. I did not provide her with bad customer service.
**Complaint: Emotional Abuse.**

**Complaint: Prolong stress cause physical health damage.**

4

ITEM 37, CONTINUED:

(21)This is the last paragraph of my complaint: "The above conduct constitutes discrimination under Chapter 2-56 Office of Inspector General and Chapter 2-78 Civilian Office of Police Accountability of the Municipal Code. Daisy, I am seeking all relief under the law." (1)
Further Details in regards to the Municipal Code of Chicago Copy used 2018.

-Chapter 2-56 Office of Inspector General. What guideline does the staffing agency follow? To whom does it answer? The staffing agencies need to be audited in order to provide higher quality care. The staffing agencies need to have the capacity to overcome criminals like Janina. The "not so random people," failed to correct Janina because they did not regulate the abuse against my person. The staffing agencies where oppressing me, Daisy and that is not correct they are supposed to put the example on how to treat workers. Overall I have yet to see a person equipped to provide me with support. I have yet to find someone that is going to help me overcome Janina completely that is going to provide such a strong header and ground that I will feel supported.

-Chapter 2-78 Civilian Office of Police Accountability "and to set appropriate staffing levels to carry out the powers and duties set forth herein…" – My overall critiques is that I was missing the appropriate staffing to carry out the powers and duties to provide me with human dignity throughout this ordeal.

The following is an insert from the letter I mailed IDPH. My character achieved the following response from Janina:
6. "If I am not happy then she (or they I cannot really remember) cannot be happy."
Janina told me that after I eavesdropped (and I butted in with the best manners that I could) on a conversation she was having over the phone. Even though I could not completely understand what she was saying I felt morally obligated to step in and ask Janina to step back I wanted Janina to stop and reflect on her conscious to reflect if what she was doing was morally correct or a proportioned punishment. I began to stare at Janina and then she stopped talking and I said something I don't remember what but I got the above response. I believe it was about April the nurse. I am not sure. I didn't ask for the details afterwards from Janina. The conversation was very intense and for some reason I thought that Janina was being unfair she was going to over punish someone give them a really hard time. I did go into further details with Janina about my interactions with April I sat down and wrote what I felt about April and shared the information with Janina. I didn't make it obvious to Janina that I wrote down what I felt about April before sharing it with her. I just talked to Janina about April on various occasions: From what I recall I told Janina that Yes April was intense, April once walked into the office and rudely asked for the supplies that she needed. (Janina also shared that Janina's neighbor was April's husbands sister and she thought April was crazy. I see that but there's more to April). However I loved reading Aprils nursing notes they were complete and detailed. I read a lot of notes, for example some nurses would forget to write down the vitals. I also joked around with Janina that I felt that I wouldn't die with April. April would actually take care of me, My impression from reading her notes was that April was a good nurse to her patients. I thought April cared about her family she felt overburden by having to financially support her family. Her husband could not get a job. When April initially fell in love with her husband he was another person. (If Janina was responsible for this catastrophe in Aprils life Janina is very cruel. Did Janina do this cruelty in order for April to spend more time with Janina at the agency? ). (What Janina did in my life is very cruel. I have a family I take care of I had dreams it's the same concept the cruelty the change is so unreal the emotional suffering that comes with the change.) (April did share how much suffering she went through when she lost her house). I had a bad time with April one moment. Overall I liked working with her. April was responsible. Janina responded well to my positive observations I made of April. Janina helped April overcome the oppression April expressed which I believe Janina placed. (All of the following observations, are personal concerns I began to have in regards to Janina. Janina did not share them with me). I believe from my eavesdropping that Janina consulted with a really good phycologist or someone to give her the psychological meaning behind her statement. Janina may have lied to this person on who said the above statement. Even though Janina responded well. Janina showed me how she helped April. I am concerned that Janina oppressed a secretary I don't know about that used to work for the home health agency. Additionally I am also worried that she's oppressing her niece that used to work for the agency. The one that had a baby whose head is flat. I had this concerned that Janina gave a bad reference to Ulta not to hire her niece. Since Janina felt bad that her niece was going to be financially oppressed I had this suspicion that Janina instigated the mother of her niece to get constipated, and go under Janina's care. I am worried that Janina is manipulating her sister in law and niece to cause them harm in their life. I am also worried that her babies' niece got a flat head because her niece is depressed because Janina is not happy with her niece and is making her depressed. (1.) Works Cited: Municipal Code of Chicago Copy used 2018.

5

ITEM 38, CONTINUED:

Daisy Hernandez
2616 North Central Park Avenue Apt. 2
Chicago, Illinois, 60647
August 15, 2018

Commission on Human Relations
740 North Sedgwick Street 4th Floor
Chicago, Illinois, 60654-8488

## Discrimination in the Area of Employment Accommodation

**Contact Information:** Grossinger City, 1561 N Fremont St, Chicago, IL 60642
**Position:** Cashier
**Date:** 01/16-04/16
**Notes:**
**(1) Both of my parents emigrated from Mexico. I have a Spanish accent. I am also a female practicing Catholic. People that support and or practice same sex partners usually discriminate against Catholics because of the same sex prohibition theology. However the theology also teaches us to treat them with respect and dignity.** I shared details of behavior that was oppressing me. Management was not able to provide advice to effectively stop and overcome that behavior. They were not able to complete behavior that does not add burden to my person. For example: Kelly my coworker/ supervisor and the office manager Sue where stealing from me. I went to my management. No one acknowledges Kelly or Sue where stealing from me or stop the behavior on the contrary it is supported and protected. I am told I am the one with the problem. I was abused at Grossinger City. I don't like that I shared my correct information to abusers.
**Complaint: Regardless of what I would say or do to stop the abuse it would not stop.**

**Contact Information:** Puebla Mexican Restaurant and Taqueria, 2658 N Milwaukee Ave, Chicago, IL 60647
**Position:** Waitress
**Date:** 01/15-07/15
**Notes:**
(2)I consider the unwanted attention from the cook/agent that wanted me to go live with him abuse. The agents that where managing the cook from Puebla that liked me where devaluing me. The cook wouldn't dress properly. This cook also implied that if I was going to be helping him with his restaurant business in Mexico I was going to lie, provide a low grade quality service he was not going to trust me. (I was very confident from the very beginning that I was not attracted to him, therefore he was very clear that I just wanted to be friends.) This man did not value me he was going to be oppressing me. I was going to feel emotionally abused. The feelings he implied where not correct because I had shared my correct information in regards to QuickBooks. The agents management from the United States of America that where in charge of him where inhumane. Please note how the agents involved at Puebla where treating me like a guilty person already.
**Complaint: I don't like the constant actions of harassment and emotional abuse the, "not so random people completed."**

1

ITEM 39, CONTINUED:

**Contact Information:** Apple One Staffing Agency
221 N LaSalle Blvd #707, Chicago, IL 60601
**Position:** Temporary Agent
**Date:** 04/14-12/14
**Notes:**

(3)Maximus. Under their watch PNC Bank charged me two dollars without prior warning. When I was giving Maximus the correct answers working for justice information to help them catch Janina. An African American female admitted to me over the phone that she did not want to help me. The African American Community abused me and completed a disgusting job. If I completed a low quality grade job before Janina, if before Janina I seemed weak and vulnerable it's because the Abusive African American Community did not help me, when I was working for Janina I never presented that image of myself before Janina. I don't want the management from Filippo's and Apple One Staffing Agency giving the impression that their actions are able to correct Janina because that is totally incorrect. They depend on what they would consider luck. Apple One Staffing Agency and the management at Filippo's would be happily abusing me and failing to correct Janina.

(4)Capital One:

I shared the incidents concerns I had towards the abuse I had received while I was at the Capital One facility. Apple One Staffing Agency failed to address it. I was told I had a dirty face. I had concerns towards the work I was completing. The answering machine was faulty. The government justice system involved in the case against Janina overall needs to be corrected. They could not stop completing actions of abuse.

**Complaint: Emotional and Financial Abuse. The Abusive African American Community involved had the opportunity to have corrected the information the management from Filippo's was missing due to the financial and emotional abuse the management at Filippo's was causing.**

**Contact Information:** Filippo's Italian Restaurant, 2211 N Clybourn Ave, Chicago, IL 60614
**Position:** Busboy
**Date:** 05/13-05/14
**Notes:**

(5)The management at Filippo's abused me financially. The agents at Filippo's failed to catch and correct Janina in regards to the QuickBooks incident because they were abusing me financially in a manner that was highly inappropriate. Management did not hold themselves accountable for reviewing any tips of the waitresses. I feel abandoned by the higher management at Filippo's they failed to do their job. It would have being inappropriate of me to ask Jaqueline for all of her receipts. Management should have set up that system if they were not going to hold themselves accountable. The management at Filippo's was not strong enough to overcome the people Janina paid off, I feel abandoned that management caved in to abusing me financially inappropriately in order to have an easier time with the people Janina paid off.

(6)I shared the incident of the other store manager from another TJ Maxx that was about to retire touching a coworker in appropriately to Victor. The manager that had acted inappropriately when I was at TJ Maxx was caught when I was at Grossinger City not when I was at Filippo's. I also shared the story to Victor of how when Janina was not in the office I would review the paperwork that would stand out to me because it was different or under special treatment and that I had told Janina, "she liked changing things." I would also like to

2

add that all of the employee's information was kept in one drawer which I organized. I bought colored folders at the Salvation Army Store: 2270 N Clybourn Ave, Chicago, IL 60614. I put the information on the employee by the last name of Nieves who was the CNA that visited the client who had a son that owned a Pizza Restaurant, (I believe it was a Jets Pizza Restaurant) Janina told me. Since the above CNA did not have a registered license I put her information on a bright sky blue folder so that it would stand out and catch the eye. I told Janina, "I put her information on a blue folder because she's blue since she's missing her license." That's the way I organized the paperwork I was responsible for I would make sure that the paperwork that was missing would stand out visually to serve has a constant reminder, to Janina and me (for me to remind Janina). What happened? Did Janina take out the folder after I left? If the government was going to be making the decision to keep me oppressed up to the extent that it had and if the management at Filippo's really cared about justice they would have made sure to review all of the paperwork before making such a decision.

**Complaint: Financial and Emotional Abuse**

The management at Filippo's shouldn't be thinking that they were like Olympic Gymnasts against Janina because when I look at my resume I see my proof that they abused me.

**Contact Information:** Chipotle, 2000 N Clybourn Ave, Chicago, IL 60614
**Position:** Entry Level Crew Member
**Date:** 04/13-06/13
**Notes:**
(7)The manager told me that, "she already knew me," this manager was oppressing me. Telling me to clean the wheels, the lower frame portions at Chipotle, the way that she was telling me to clean was meant to lower me and make me feel bad.

**Complaint: Emotional Abuse**

**Please Note: I noticed my coworker from TJ Maxx that got inappropriately touched go into Chipotle once.**

**Contact Information:** Jessifer Home Health Agency,
4738 North Harlem Avenue, Suite No. 3, Harwood Heights, IL
**Date:** 10/10-01/13
**Notes:**
(8)The manner in which the supervisor at Jessifer Home Health Agency set up her lies it was meant for me, Daisy to never find out, the agents not to tell me. However since she paid people off the agents could abuse me because of her lies. The agents where oppressing me up to an extend that was inhumane. I went from being accustomed of being an awesome employee receiving special treatment to an employee that was abused out of each employment by the government. The, "not so random people that infiltrated me after I left Janina," agents obeyed Janina's orders they did not tell me her lies but abused me because of them. The government agents did not tell me the lies Janina said, I overheard them or was told by someone. To me no man should take credit for overcoming Janina. The only hero is Jesus or AKA karma or luck. Jesus cannot be controlled I was lucky to have overheard so many conversation repeatedly because I was so innocent in the beginning that the lies seemed distant, unreal to me. Since Jesus cannot be controlled the agents involved should be contemplating what actions can they take to overcome a criminal when he or she pays off people?
(9)The agents involved do not enforce laws to protect me the jurisdiction they answer to is to keep me oppressed. In the case of Janina it's incorrect for an agent to take any credit since

3

their behavior is not effective or equipped to overcome Janina. The following City Code I believe apply to Janina:

**This is the last paragraph of my complaint: "The above conduct constitutes discrimination under Chapter 8-4 of the Municipal Code. Daisy, I am seeking all relief under the law. Further Details in regards to the Municipal Code of Chicago Copy used 2006. Chapter 8-4 Public Peace and Welfare a,b,c, and e. Municipal Code of Chicago Copy used 2018: 8-4-087 Chronic illegal activity premises."**

(In the case against Janina: Only someone without a heart would feel like an Olympic gymnasts. Look at my resume. The, "not so random people," caused me a lot of suffering. In the case against Janina Jesus is the Olympic gymnast.)

**(10)Municipal Code of Chicago 2018**

**-Chapter 2-56 Office of Inspector General.** What guideline does the staffing agency follow? To whom does it answer? The staffing agencies need to be audited in order to provide higher quality care. The staffing agencies need to have the capacity to overcome criminals like Janina. The "not so random people," failed to correct Janina because they did not regulate the abuse against my person. The staffing agencies where oppressing me, Daisy and that is not correct they are supposed to put the example on how to treat workers. Overall I have yet to see a person equipped to provide me with support. I have yet to find someone that is going to help me overcome Janina completely that is going to provide such a strong header and ground that I will feel supported.

**-Chapter 2-78 Civilian Office of Police Accountability "and to set appropriate staffing levels to carry out the powers and duties set forth herein…"**

Relevant Topics:

**(11)**Mr. Fletcher.

When I was at James Monroe Elementary School I had an awesome African American Social Worker, his name was, Mr. Fletcher. I looked up to him. Mr. Fletcher is the reason I wanted to become a social worker. Whenever I was facing a problem he was there to provide the correct answers, guidance and support. When I was at Monroe, even though I didn't tell Mr. Fletcher about my friend having sex (she ended up being my friend because she was the nearest person to me we would get paired off to complete projects together.) he posted educational information in regards to the topic on his bulletin board and he also had speakers come to class to promote a drug free environment. Whenever my parents would go to Monroe I would have them talk to Mr. Fletcher. Even though Mr. Fletcher didn't know he was giving good support with the topics that where being presented before me by my classmates. Because of my parents I knew to say, "no, it's wrong, you are too young." but because of Mr. Fletcher I was able to expand my conversation with my class mate to, "you could get an HIV…" and go into more detail (this is how she ended up telling me she already had an infection.) Since I had introduced my parents to Mr. Fletcher. When I was going through problems at Prosser my mother came to talk to Mr. Fletcher. It was his messy table (he said he was working on a bulletin board) from which the Notre Dame High School for Girls flyer fell on my mother's feet.

4

ITEM 42, CONTINUED:

| |
|---|
| **(12)** My Dad. |
| One day my dad on his way to work was surrounded by a black truck and a man with a gun. The man with the gun kept repeating, "it was a mistake." I texted it over the phone however it was very early during the day, and overall I was abused while employed. There's a lack of accountability, and responsibility. There's a disconnection of the people on the phone and the actions I see occurring on land which are oppressing me. The man was threatening my dad. Know I believe that it was probably Janina she persisted that it was a mistake. I don't think so. It was not a mistake I taped the list on the side of the fax machine only after I printed a confirmation sheet would I write down the name of the patient. My dad is the main support to my family. We need him, more than me, especially since I left the home health agency. Janina burned me. My mother needs my dad. My whole family needs and depends on my dad. I do not give permission to this people to put my dad's life in jeopardy especially when they cannot keep me employed. Additionally, I don't agree with the decisions, management that reached that agreement to keep me unemployed, oppressed, and abused. To me that management is not in, "control," or correct. They did nothing I want to look up to, support, or encouraged. |
| **(13)** Discrimination. I don't want people that need help themselves helping me. I want someone that can carry his or her own weight and can help me carry my weight. |
| The following story is based upon true events. I once had a Mexican female friend who shared the following story of an incident that occurred when she was tutoring at her local high school. Her name was, "Celia." Celia once witnessed another fellow coworker by the name of Ernesto tell his student that was African American, by the nick name of Bird, that he was "slow," Bird did answer in a manner that was not complete or correct. However it was not Ernesto's job to point it out in the manner in which he did. Celia felt pressured to correct Ernesto. Celia was just contemplating on how to correct Ernesto when Bird shared his feelings towards the Mexican immigrants. Bird said that Mexicans should go back to their country. Employers fire the African American Community workers because the Mexican workers will replace their positions. Bird shared more excuses. |
| **(14)** I shared the above story because I have a concerned if another member of the unprotected class wants to help me or non-member of the unprotected class. I don't want them to add their or more burden to me. I don't want someone to help me that needs himself or herself help from people that are educated mentally to create healthy relationships because the, person in, "control," or the, "white man or woman," beliefs he or she is smarter than the members of the unprotected class or non-members of the unprotected class. (Or because the, "white men or women, feels entitled to make such decisions for the unprotected class member or non-member. For whatever excuse this people use to rationalize taking control over someone else through lying.) |

**(15)** Questions or comments please email me at: dai_hernandez@icloud.com or call me through my cell phone at: 773.543.4944. Thank you for your time. (There's an underscore sign on my email that does not show.


Sincerely,


Daisy Hernandez.

Querida Hermaníta:

Daisy, quiero que tengas un buen tiempo para refleccionar y sacar en concluccion cuanto te nesesitamos y Queremos.

Te voy a extrañar mucho mucho estos dos dias que no estes en casa porqué no te voy a ver, ni hablar, ni haserte enojar. pero me gusta mas Hacerte reir, pero vas a estar en mi corazón y pensamiento

Te quiero mucho hermanita.

espero en Dios que regreses bien

your little sister

Diana Hernandez

Daisy Querida Hija:

Cuando supe, que yo podría
escribir, esta carta sentí
mucha alegría, poder expresarte
cuanta felicidad, nos has dado
desde tu llegada al mundo,
hasta hoy.

Quizá mis acciones, sean un poco
conflictivas, para poder expresar mis
mas hondos, sentimientos de amor.
Pero yo te quiero mucho y vivo
por ti y para tu hermana ustedes
son mis amores vivo por ustedes
como una mariposita alrededor
del perfume de las flores y con
la ayuda de Dios Tengo que seguir
adelante. Para ~~criarlas~~ por el mejor
llevarlas por el mejor

Camino que Diosito me la
cuide mucho. y disfruta tu
estancia y ojalá, aprendas
muchas cosas nuevas y buenas
estaremos esperando, que
regreses para que nos
comentes todo, lo que
vas a conocer y ojalá
nos extrañes como nosotros
lo haremos y como te
encanta leer pienso llevarte
la hoja para que disfrutes
la lectura cuando regreses
yo te contare lo que pase
en la novela.
Te quiero mucho tu
mamá y bendiciones las mejores
Magdalena

August 27, 2002

Dear Daisy,

That's why I'm sending
you my thanks
with special gratefulness!

I just love the
Doiley you sent me.
It is extra special
because you made
it. I have it on a
small table where I
keep my prayer book.
It helps me think of
you.

Sister Bridget tells
me that you had a
good year. I hope this
new school year will
be even better.

Please remember me to
your Dad and Mother
and Sister.

God bless.
Your grateful,
Sister Louanne
FSPA

# Sisters of Notre Dame de Namur



Daisy Hernandez
2616 N Central Park Ave # 2
Chicago IL 60647-1102

Lent 2017

## Sister Louanna's Ledger

Dear Daisy,

Now, as it has become dark through the window, Sister Louanna Orth is reaching upon her shelf.

She takes down a dog-eared ledger, opens it to where she carefully closed it the night before, and reading from the ledger, begins to pray.

She is praying for you.

Every young woman who graduated from Notre Dame High School from 1971 through 1993, took Government. And nearly every young woman who took Government, took it from Sister Louanna.

She knows all of you, and your name is in her ledger – her class list.

Sister Louanna is every bit Chicago. She graduated from Notre Dame High School, Class of '46; grew up in St. William's parish; can quote you White Sox stats better than a South Side bookie.

Sister Louanna, also, was born just eight years after women received the right to vote. Her mother could not vote. Many of those she loved dearly could not vote. It's why some of you, at her insistence, registered to vote while standing in her classroom. She believed deeply – and believes deeply to this day – in the

La paz - Está dónde? La encontramos donde mejor nos sentimos

Daisy:

En este caso, tú dices en mi casa...

Me da mucho gusto! claro que sí!

Primero, porque es ahí, en tu casa donde se encuentran las personas que más te quieren, que tú más quieres y por consiguiente las que más te saben escuchar, con todo el cariño del mundo porque tú y tu hermanita son únicas, tú eres el tesoro que tus papás tienen y te lo demuestran de la mejor forma, escuchándote, dándote atención con amor. cosa que no encuentras en otra persona a veces puedes encontrar amor en otra persona pero nunca lo vallas a igualar con el de tus padres porqué? porque éste es único.

Y, es pues, que donde sentimos el amor encontramos la paz, ésta que tu alma necesita tanto para ser feliz, por lo tanto yo te exhorto a que se lo hagas saber a tu papá, a tu mamá y a tu hermanita, que aquí en tu casa es donde tú eres feliz ahora inmensamente feliz, porque yo creo no hay felicidad compartida por ahora!

Daisy: Eres feliz en tu casa, porque aquí está quien te ve, te oye, te orienta, te aconseja, te guía ..... con amor, y el amor es lo que te hace feliz.

Recibir amor = felicidad

Con afecto

Hi Daisy!

How are you? I was thinking about you not that long ago, not sure if you remember me. It's been almost seven months since our last talk. Sorry for that. please don't be mad at me.

There are so many things I would like to tell you, I'd like to ask... I don't know where to start! so maybe I will tell you about myself. So I quit my job at the airport a few months ago, then I worked for an insurance agency, and then as a babysitter. Now I am out of

work, but I hope I will find a job after Christmas.

I didn't go to college in September because it was too late to take placement test. I am getting tired of being late for everything, but I'm glad I'm not the only one. My school starts in January. I haven't registered yet, but I am going to do it in a week. How about you? I think you go to college so tell me how is your student life.

Feel free to write to me a letter if you want. I will be glad to hear from you again!

Sincerely,

Malgorata Platek

Ps. Are you ready for Christmas

My e-mail - platek@sbcglobal.net

ITEM 52, CONTINUED:

Dear Daisy                          Sept 27th 05
                                    Chicago

    I'm very sorry because I
couldn't write to you for a very
long time. It is because I was
and I am going through really
hard times. That is why I couldn't
go to school this semester, but
I will start in January.
    During the summer I
spend over one month in
New York with my boyfriend.
Later, at the beginning of September
we went to Pennsylvania. It
was great because there are
really beautiful mountains and
lakes.
    I still couldn't find a
job. I'm trying to find something
quiet because, as you know
I very shy person.
    I'm sorry, but I really
have to go Daisy.

P.S. Take care & write me
back if you want too.

Your friend - Karolina
                    Turek

Check your e-mail
because I send you
some pictures.

Hope each day of your future
is filled with happiness
and dreams-come-true.

Congratulations,
Graduate!

Adam
Joanne & Scott
Bischoff

Case: 1:18-cv-06842 Document #: 1 Filed: 10/11/18 Page 62 of 145 PageID #:62

Dear Daisy

May you welcome life
with open arms,
embracing all its possibilities,
and may your most cherished
dreams come true.

Congratulations
On Your Achievement

We're so proud of you. Thanks
for being in Book Club so many
years and all your help with Poetry
Cafe. Please keep in touch -
All the Best to you in your bright
future. Fondly, Mrs. Ezell
Mrs. Bauer

Case: 1:18-cv-06842 Document #: 1 Filed: 10/11/18 Page 63 of 145 PageID #:63

To: Daisy

Congratulations on your Graduation. Wishing you the best of luck in the future to come.

From,
The Family
HERNANDEZ



With congratulations
on your graduation
and many wishes
for happiness
in years to come.

Case: 1:18-cv-06842 Document #: 1 Filed: 10/11/18 Page 64 of 145 PageID #:64



ITEM 56, CONTINUED:

MONROE SCHOOL ACCELERATED READER "READERS ARE WINNERS" TOP READER OF SCHOOL ENTIRE SCHOOL YEAR

## Achievement Certificate

THIS HONOR IS BESTOWED UPON

*Daisy Hernandez – 305*

in recognition of outstanding achievement in
ALL STUDENT BODY ENTIRE YEAR

*Top Reader – 325.3 Pts*

At *Monroe School*

this *5th* day of *June 2001*



# CHICAGO PUBLIC SCHOOLS
## CPS

### James Monroe
ELEMENTARY SCHOOL

This certifies that

## Daisy Hernandez

has successfully completed the elementary school education program
of the Chicago Public Schools and is therefore awarded
this diploma of graduation from the eighth grade
by authority of the
Board of Education of the City of Chicago

June 12, 2001

_Gery J. Chico_
PRESIDENT, BOARD OF EDUCATION

_Sharon M. Benullo_
SECRETARY, BOARD OF EDUCATION

_P B Vallas_
CHIEF EXECUTIVE OFFICER

_G. Busby_
CHIEF EDUCATION OFFICER

_James P. Menconi_
PRINCIPAL OF SCHOOL

# Certificate of

# Participation

Presented with enthusiasm to

*Daisy Hernandez*

for

*Drug Buddies Program*

Signed *Robert Fletcher*       Date *6-8-2000*

Life is a great big canvas,
and you should throw all the
paint on it you can.—Danny Kaye

1-2957 ©1997 TREND enterprises, Inc., St. Paul, MN 55164. Made in U.S.A.

Case: 1:18-cv-06842 Document #: 1 Filed: 10/11/18 Page 67 of 145 PageID #:67

Case: 1:18-cv-06842 Document #: 1 Filed: 10/11/18 Page 68 of 145 PageID #:68

# Reading Achievement Certificate

MONROE SCHOOL

ACCELERATED READER

"READERS ARE WINNERS"

UPPER

## THIS HONOR IS BESTOWED UPON

*Daisy Hernandez – 305*

in recognition of outstanding achievement in

*Accelerated Reader "100" Club – 325.3*

At *Monroe School*

this *5th* day of *June* *2001*

*(Georgia '00)*

*James P. Marconi*



CERTIFICATE AWARD



# CHICAGO PUBLIC LIBRARY
# READING is ART-RAGEOUS

## SUMMER READING PROGRAM 2001

## CONGRATULATIONS ART-RAGEOUS READER!

### This certifies that

*Daisy Hernandez*

### has been an active, enthusiastic reader during the
### 2001 Summer Reading Program

_____
**Number of Books**

Logan Square Branch
**Neighborhood Library**

*Layne Arens*
Librarian



City of Chicago
Richard M. Daley
Mayor



Chicago Public Library
Jayne Carr Thompson
President, Board of Directors
Mary A. Dempsey
Commissioner



READ
LEARN
DISCOVER
CHICAGO
PUBLIC
LIBRARY
www.chicagopubliclibrary.org



Please call for
accommodations:
312.747.4252 (Voice)
312.747.4066 (TTY)

Case: 1:18-cv-06842 Document #: 1 Filed: 10/11/18 Page 69 of 145 PageID #:69

ITEM 61, CONTINUED:

# Reading Achievement Certificate

THIS HONOR IS BESTOWED UPON

*Daisy Hernandez - 3e*

in recognition of outstanding achievement in

*A.R. Upper Top Reader - 325.3*

At *Monroe School*

this *5th* day of *June* *1901*



MON... SCHO... ACCELER READ... "READE... ARE WINNER... UPPER

MEMO-OCTOBER 1999          TO: TEACHERS.  FROM:MRS. G (207)
SUBJECT:  STUDENT(S) OF THE **MONTH**
CRITERIA FOR STUDENT OF THE MONTH.  ANY OR ALL OF THE FOLLOWING:
   -ATTENDANCE      -ACADEMIC PERFORMANCE   -BEHAVIOR
   -IMPROVEMENT  (academic and/or behavior) -SPECIAL EFF0RT OR COMMENDATION

SUBMIT ASAP.  **SUBMISSION DEADLINE: OCTOBER 5**
MK

Student(s) of the Month: OCTOBER 1999 SUBMIT NAME ASAP
Please Print

Name___Daisy Hernandez_____

Room___301_____Grade____7____Teacher___Ms. Lung_____

PLEASE ATTACH A PHOTO OF THE STUDENT, IF POSSIBLE.  THIS COULD BE OBTAINED FROM THE
COLLECTION OF LIFETOUCH PHOTOS OR THE STUDENT MAY BRING A SNAPSHOT.




for being selected
MONTH. I understand
f the hard work it took
his honor. Your efforts
nd our world a better
eat work!

P. Menconi
ncipal

NCIPAL

DAISY HERNANDEZ-ROOM 301-Gr. 7
_____Name_____
JAMES MONROE
_____School_____
SEPTEMBER
_____Date_____


PARTNERS IN
EDUCATION
from Lifetouch

LN 146A ©1990 Lifetouch Inc.

Case: 1:18-cv-06842 Document # 1 Filed: 10/11/18 Page 71 of 145 PageID #:71



# V.I.P. AWARD

FAMILY READING NIGHT

The Hernandez Family

is being recognized by

James Monroe School

as a partner in education.
To acknowledge your caring and dedication,
we proudly present you with this
"Very Important Parent" Award.

11-18-99

Date

*James P. Mencani*

Principal

Signed

LN 728A

© 1993 Lifetouch Inc.

thank you



# Reading Achievement Certificate

THIS HONOR IS BESTOWED UPON

Daisy Hernandez - Room 301

in recognition of outstanding achievement in

Readers Are Winners

251.8 POINTS

At Monroe School

this 6th day of June 2000

R. Geargropnilon    James P. Mancow

Case: 1:18-cv-06842 Document #: 1 Filed: 10/11/18 Page 73 of 145 PageID #:73

ITEM 65, CONTINUED:



 **CHICAGO PUBLIC SCHOOLS**



James Monroe Elementary School ♦ 3651 West Schubert Avenue ♦ Chicago, Illinois 60647
Telephone 1-312/534-4155 ♦ Fax 1-312/534-4593

James P. Melicol
Principal

Gerard Benilez
Assistant Principal

Mary Karndan
Assistant Principal

Dear Parent;

Monroe School is proud to announce that your
child _Darcy Hernandez_ has earned the priviledge to become a
member of the "100 CLUB' Accelerated Reader Reading Program, by earning
**176.6** points.

Visit our school and see our Star Readers on the WALL OF FAME outside room
203 in the main building and the computer lab in the annex

CONGRATULATIONS to your child for being a Super Reader

Roula Georgiopoulos
A.R. Coordinator

Our Children... Our Future



Case: 1:18-cv-06842 Document #: 1 Filed: 10/11/18 Page 76 of 145 PageID #:76

Good morning, Mr. Mercon, Mr. Benitz, Mrs. Kazavan, teachers, students and staff. My name is _____ and I'm a candidate for the office of Clerk.

About yourself: I have been a student at Monroe since Preshool (9 years).

I like to read, ~~like to~~ shop, ~~like~~ and travel - this ~~pasts~~ summer I went to Los Angeles.

My Qualification: I am a responsible student, I finish all of my work on time, get good grades, have been on the honor roll and respect my teachers.

My ideas for an improved Monroe:
1. The bathroom should have hygenic toiletries.

2. Have more DEAR time - not only on Friday, but on Monday as well.

3. Have more security in the halls - the security



ITEM 70, CONTINUED:



# Daisy Hernandez



| | Key of personal paperwork included: |
|---|---|
| A | My mother's Valentines |
| B | My sister's Valentines |
| C | Contact information of first Manager |
| D | My best friend in grammar school |
| E | Counselor |
| F | A personal quick sketch of Daisy |

A. My mother's Valentines that she gave to me on February 14, 1999. After school that day my mom and my sister surprised me with handmade Valentines cards.

B. My sister Valentines Card. (Please see description in letter A the same information applies). I remember noticing my sister's excitement, her expression of love, and appreciation towards my person. Her willingness to make me happy. I had another handmade Valentines I could not find, I folded it and put it away somewhere.

C. During the period I graduated from high school and I was transitioning into college. I was under pressure I needed to find a job in order to pay of my tuition. My cousin, gave me an application from TJ Maxx and told me to apply. I followed her instructions. I was interviewed by Mr. B, the store manager. I was happy to work at TJ Maxx. The department they gave me was Men's and Kid's. (I remember he asked me if I had a boyfriend, I said no). The manager for Men's and Kid's was Ms. Ratliff. She was great, to show her appreciation towards my person she once gave me a twenty dollar gift card. What I remember from her employee assessment was that she told me from a scale of one to five she was giving me a four because only, "God is perfect." The following manager in charge of Men's and Kids gave me a winter scarf and hat. What I remember from this manager would be her noticing when I helped her, I noticed she was working on a display however, things kept coming up, people kept asking her for help she could

1

not finish it therefore I stepped in and finished it for her. They both gave me their contact information, just in case, at different times during our working relationship. I remember their smiles, confidence, and upbeat energy when they gave me their information, and when they encouraged me to keep up to good work each with their own style. (I only found Ms. Ratliff's note).

When I spoke with the attorney J. Jaz Park she stated that in the beginning all the managers they had turned too had provided bad references. I left TJ Maxx with a problem the managers coming from the TJ Maxx on Diversey had issues that would present themselves through their work. They lacked the ability to provide stability for Daisy to keep working at TJ Maxx. That I left should be an indication of bad management. The statement in the beginning all managers had provided a bad reference does not justify the persistent devaluation actions against Daisy. The lack of ability to provide human dignity in Daisy's life. The employers after I left the home health agency where completing criminal actions against Daisy constantly. It was viewed permissible supported to terminate me whenever they wanted to. To lie and steal from me.

D. Johnny Hynh was my best friend in grammar school. His parents where from Vietnam, he also visited the country for about six months. Johnny liked to draw, he drew my posters when I was in a school campaign in sixth grade. He drew an awesome, Spider Man.

E. This is the counselor I consulted after I was terminated from Grossinger City. I saw her before the school year 2016-2017. I stopped because I need to focus in finding an attorney, since I agree with her that I have too many negative things. How can Daisy go from one extreme into another? It's not normal, it is not my character, and it was not an accident.

F. A personal quick sketch of Daisy. I was sitting down in a table when I was in high school, the girl sitting down across from me liked me. She drew a quick sketch that she gave me before we left for the day.



ITEM 72 CONTINUED:

I like you
David

B



A

F



**Providence**
FamilyServices

A ministry of the Sisters of Providence
of Saint Mary-of-the-Woods

Sister Patricia Stark, M.A., LCPC

Servicios Familares de Providencia

1540 North Monticello
Chicago, Illinois 60651

2:00 pm

773-235-8264
fax: 773-862-2008

E.

C.

wabash sink

Millie RATLiff

740 PLEASANT
ST

OAK PARK, IL 60302

208 445-1650

312. # 553-0515 H

208- 522-2459

D.

JOHNY HYNH
772-30180

534-4087

ITEM 73, CONTINUED:

| StudentID | Gr | Homeroom | Sem | Per | Date |
|---|---|---|---|---|---|
| 050233 | 9 | 220 | 2 | 2 | 06/10/2003 |

NAME    Daisy Hernandez
PARENT    Mr. and Mrs. Francisco Hernandez
OR    2616 N Central Park #2
GUARDIAN    Chicago IL 60647

| CLASS | DESCRIPTION | TEACHER | CREDIT | SEM | P1 | P2 | EX | FIN | P3 | P4 | EX | FIN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 410 | PHYSICAL ED I | HARTMANN, MS | 0.500 | 3 | B | C | | B | C+ B | C | | C- C |
| 015 | KEYBOARDING/WORDPROC | DANIEL, MR | 0.500 | 3 | C | B | | D+ | B- A- | A | | C B |
| 912 | COMP/LIT (R) | BARRETT, MS | 1.000 | 3 | B | B | | D+ | B- B- | B | | C+ B |
| 110 | THEOLOGY I | TOMICH, MS | 1.000 | 3 | I | B+ | | C | B A- | A | | C A- |
| 515 | ALGEBRA I-5 (R) | RYAN, MS | 1.000 | 3 | C | B- | | D+ | C B- | B- | | B C |
| 325 | BIOLOGY (R) | SADOWSKI, MS | 1.000 | 3 | D | B | | C- | C A- | B+ | | F B- |
| 412 | HEALTH-5 | EASON, MS | 0.250 | 1 | C | D | | F | D- | | | |
| 215 | WORLD HISTORY (R) | SEIFERMANN, MS | 1.000 | 3 | | C+ | | B | C+ B- | B | | C B |
| 111 | CHRISTIAN SERVICE 1 | J LEE, MR | 0.000 | 2 | | | | | | | | F |

# SECOND HONORS

| | PERIOD | SEMESTER | TO DATE | PERIOD | SEMESTER | TO DATE | CREDIT | RANK | RANK % |
|---|---|---|---|---|---|---|---|---|---|
| TARDY | 0 | 0 | 0 | | | | | | |
| ABSENT | 1.000 | 1.000 | 1.500 | 4.250 | 3.917 | 3.423 | 3.250 | 97/144 | 32.6 |

Case: 1:18-cv-06842 Document #: 1 Filed: 10/11/18 Page 83 of 145 PageID #:83



**ITEM 74, CONTINUED:**

*Companions with Him*

# Catechetical Certificate

## Daisy Hernandez

is called to serve as a catechist serving the community of

## Our Lady of Grace

Rev. _____ 
Pastor

Dc. _____ 
Director

PH2524 @ www.prospecthillco.com 1-800-586-1951

Case: 1:18-cv-06842 Document #: 1 Filed: 10/11/18 Page 84 of 145 PageID #:84

# Certificate of Training Attendance

Daisy Hernandez

completed

*Protecting God's Children for Adults*

on

December 18, 2010

at

OL Grace School (Chicago)

Archdiocese of Chicago, IL

Facilitated by: Enrique Alonso

Case: 1:18-cv-06842 Document #: 1 Filed: 10/11/18 Page 85 of 145 PageID #:85

# Certificate of Participation

## *Daisy Hernandez*

Presented to

## *Mandated Reporter Training*

Presented by

**Maria Perez-Eraci**
**Office for the Protection of Children and Youth**
**Archdiocese of Chicago**

**May 26, 2011**
Our Lady of Grace
Sponsored by

**The Archdiocese of Chicago, IL**

___Maria Perez-Eraci___

Our Lady of Lourdes Fostering Faith Site

Parroquias Unidas del Norte

4640 N. Ashland

Chicago, Illinois 60640



# Clases de Formación de Catequistas

## Daisy Hernandez

**Completó El Curso De Liturgia de la Iglesia, Sacramentos y Oración**

## 29 de Mayo de 2012

Instructor: José Chávez

*José E. Chavez V.*

Firma del Instructor

**Form W-2 Wage and Tax Statement** 2003

| | | |
|---|---|---|
| | | 1 Wages, tips, other compensation 618.00 | 2 Federal income tax withheld 0.00 |
| 7 Social security tips | | |
| 8 Allocated tips | 3 Social security wages 618.00 | 4 Social security tax withheld 38.32 |
| 9 Advance EIC payment | 5 Medicare wages and tips 618.00 | 6 Medicare tax withheld 8.96 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |

c Employer's name, address, and ZIP code
EA1, LLC
345 N. CANAL STE. 1403
CHICAGO, IL 60606

e Employee's name, address, and ZIP code
HERNANDEZ, DAISY
2616 N. CENTRAL PARK
CHICAGO, IL 60647

13    14 Other    12b
b Employer identification number 36-4424935    12c
d Employee's social security number 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    12d 0.00

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| IL | 3322-1723 | 618.00 | 5.60 | | | |

Copy B To Be Filed With Employee's FEDERAL Tax Return    This information is being furnished to the Internal Revenue Service.    Dept. of the Treasury - IRS
Visit the IRS Web Site at www.irs.gov.

---

**Form W-2 Wage and Tax Statement** 2003

| | | |
|---|---|---|
| 7 Social security tips | 1 Wages, tips, other compensation 618.00 | 2 Federal income tax withheld 0.00 |
| 8 Allocated tips | 3 Social security wages 618.00 | 4 Social security tax withheld 38.32 |
| 9 Advance EIC payment | 5 Medicare wages and tips 618.00 | 6 Medicare tax withheld 8.96 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |

c Employer's name, address, and ZIP code
EA1, LLC
345 N. CANAL STE. 1403
CHICAGO, IL 60606

e Employee's name, address, and ZIP code
HERNANDEZ, DAISY
2616 N. CENTRAL PARK
CHICAGO, IL 60647

13    14 Other    12b
b Employer identification number 36-4424935    12c
d Employee's social security number 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    12d 0.00

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| IL | 3322-1723 | 618.00 | 5.60 | | | |

Copy C For EMPLOYEE'S RECORDS (See Notice to Employee on back of Copy B.)    Dept. of the Treasury - IRS
Visit the IRS Web Site at www.irs.gov.

---

**Form W-2 Wage and Tax Statement** 2003

| | | |
|---|---|---|
| 7 Social security tips | 1 Wages, tips, other compensation 618.00 | 2 Federal income tax withheld 0.00 |
| 8 Allocated tips | 3 Social security wages 618.00 | 4 Social security tax withheld 38.32 |
| 9 Advance EIC payment | 5 Medicare wages and tips 618.00 | 6 Medicare tax withheld 8.96 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a |

c Employer's name, address, and ZIP code
EA1, LLC
345 N. CANAL STE. 1403
CHICAGO, IL 60606

e Employee's name, address, and ZIP code
HERNANDEZ, DAISY
2616 N. CENTRAL PARK
CHICAGO, IL 60647

13    14 Other    12b
b Employer identification number 36-4424935    12c
d Employee's social security number 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    12d 0.00

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| IL | 3322-1723 | 618.00 | 5.60 | | | |

Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return    Dept. of the Treasury - IRS

---

**Form W-2 Wage and Tax Statement** 2003

| | | |
|---|---|---|
| 7 Social security tips | 1 Wages, tips, other compensation 618.00 | 2 Federal income tax withheld 0.00 |
| 8 Allocated tips | 3 Social security wages 618.00 | 4 Social security tax withheld 38.32 |
| 9 Advance EIC payment | 5 Medicare wages and tips 618.00 | 6 Medicare tax withheld 8.96 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a |

c Employer's name, address, and ZIP code
EA1, LLC
345 N. CANAL STE. 1403
CHICAGO, IL 60606

e Employee's name, address, and ZIP code
HERNANDEZ, DAISY
2616 N. CENTRAL PARK
CHICAGO, IL 60647

13    14 Other    12b
b Employer identification number 36-4424935    12c
d Employee's social security number 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    12d 0.00

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| IL | 3322-1723 | 618.00 | 5.60 | | | |

Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return    Dept. of the Treasury - IRS

FORM 8879 CONTINUED:

OMB No. 1545-0074

Form **8879**

Department of the Treasury
Internal Revenue Service

## IRS e-file Signature Authorization

▶ Do not send to the IRS. This is not a tax return.
▶ Keep this form for your records. See instructions.

**2005**

Declaration Control Number (DCN) ▶ 00-363558-00542-6

| Taxpayer's name | Social security number |
|---|---|
| DAISY HERNANDEZ | 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 |
| Spouse's name | Spouse's social security number |

| Part I | Tax Return Information - Tax Year Ending December 31, 2005 (Whole Dollars Only) | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 38; Form 1040A, line 22; Form 1040EZ, line 4) . . . . . . . . . . . | 1 | 3879 |
| 2 | Total tax (Form 1040, line 63; Form 1040A, line 38; Form 1040EZ, line 10) . . . . . . . . . . . . . . . . | 2 | |
| 3 | Federal income tax withheld (Form 1040, line 64; Form 1040A, line 39; Form 1040EZ, line 7) . . . . . . . . | 3 | 158 |
| 4 | Refund (Form 1040, line 73a; Form 1040A, line 45a; Form 1040EZ, line 11a) . . . . . . . . . . . . . . . | 4 | 158 |
| 5 | Amount you owe (Form 1040, line 75; Form 1040A, line 47; Form 1040EZ, line 12) . . . . . . . . . . . . | 5 | |

| Part II | Taxpayer Declaration and Signature Authorization (Be sure to get and keep a copy of your return) |
|---|---|

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2005, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) an indication of any refund offset, (c) the reason for any delay in processing the return or refund, and (d) the date of any refund. In addition, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my Federal taxes owed on this return and/or a payment of estimated tax. I further understand that this authorization may apply to future Federal tax payments that I direct to be debited through the Electronic Federal Tax Payments System (EFTPS). In order for me to initiate future payments, I request that the IRS send me a personal identification number (PIN) to access EFTPS. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X] I authorize FERNANDO VARGAS to enter my PIN 10048 as my signature
ERO firm name                                              do not enter all zeros
on my tax year 2005 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2005 electronically filed income tax return. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶ _____ Date ▶ _____

**Spouse's PIN: check one box only**

[ ] I authorize _____ to enter my PIN _____ as my signature
ERO firm name                                              do not enter all zeros
on my tax year 2005 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2005 electronically filed income tax return. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ▶ _____ Date ▶ _____

## Practitioner PIN Method Returns Only - continue below

| Part III | Certification and Authentication - Practitioner PIN Method Only |
|---|---|

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit PIN. 363558 52866
                                                                             do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the tax year 2005 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and **Publication 1345**, Handbook for Authorized e-file Providers of Individual Income Tax Returns.

ERO's signature ▶ _____ Date ▶ _____

### ERO Must Retain This Form - See Instructions
### Do Not Submit This Form To the IRS Unless Requested To Do So

For Privacy and Paperwork Reduction Act Notice, see back of form.          Cat. No. 32778X          Form **8879** (2005)

QNA Copyright (c) 2005 TAXSLAYER

Form **1040A**

Department of the Treasury--Internal Revenue Service

**U.S. Individual Income Tax Return** (99)  **2006**

IRS Use Only—Do not write or staple in this space.

OMB No. 1545-0074

| Label (See page 18.) | Your first name and initial | Last name | Your social security number |
|---|---|---|---|
| | DAISY | HERNANDEZ | 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 |
| Use the IRS label. Otherwise, please print or type. | If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| | Home address (number and street). If you have a P.O. box, see pg 18. | Apt. no. | |
| | 2616 N CENTRAL PARK | | ▲ You **must** enter your SSN(s) above. ▲ |
| | City, town or post office, state, and ZIP code. If you have a foreign address, see pg 18. | | |
| | CHICAGO IL 60647-0000 | | |

Presidential Election Campaign ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 18) ▶

Checking a box below will not change your tax or refund.

☐ You  ☐ Spouse

**Filing status**

Check only one box.

1 [X] Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶ _____
4 ☐ Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ _____
5 ☐ Qualifying widow(er) with dependent child (See page 20)

**Exemptions**

If more than six dependents, see page 21.

6a ☐ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a

b ☐ **Spouse**

c Dependents:

| (1) First Name    Last Name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) X if qualifying child for child tax credit (see pg 21) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

d Total number of exemptions claimed

Boxes checked on 6a and 6b: 0

No. of children on 6c who:
● lived with you: 0
● did not live with you due to divorce or separation (see page 22): 0

Dependents on 6c not entered above: 0

Add numbers on lines above ▶ 0

**Income**

Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 24.

Enclose, but do not attach, any payment.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2. | 7 | 12749 |
| 8a | Taxable interest. Attach Schedule 1 if required. | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a. | 8b | |
| 9a | Ordinary dividends. Attach Schedule 1 if required. | 9a | |
| b | Qualified dividends (see page 25). | 9b | |
| 10 | Capital gain distributions (see page 25). | 10 | |
| 11a | IRA distributions. 11a | 11b Taxable amount (see page 25). | 11b | |
| 12a | Pensions and annuities. 12a | 12b Taxable amount (see page 26). | 12b | |
| 13 | Unemployment compensation, Alaska Permanent Fund dividends, and jury duty pay. | 13 | |
| 14a | Social security benefits. 14a | 14b Taxable amount (see page 28). | 14b | |
| 15 | Add lines 7 through 14b (far right column). This is your **total income**. ▶ | 15 | 12749 |

**Adjusted gross income**

| | | | |
|---|---|---|---|
| 16 | Penalty on early withdrawal of savings (see page 28) | 16 | |
| 17 | IRA deduction (see page 28). | 17 | |
| 18 | Student loan interest deduction (see page 31). | 18 | |
| 19 | Jury duty pay you gave your employer (see page 31). | 19 | |
| 20 | Add lines 16 through 19. These are your **total adjustments.** | 20 | |
| 21 | Subtract line 20 from line 15. This is your **adjusted gross income**. ▶ | 21 | 12749 |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 58.**

Form **1040A** (2006)

QNA Copyright (c) 2006 TAXSLAYER

ITEMS1, CONTINUED:

Tax Summary and Instructions for Filing
2007 Federal Individual Income Tax Return

Summary of Federal Information:

Federal adjusted gross income .............. $      14,256
Federal taxable income ..................... $       8,906
Federal balance due ........................ $          96
Federal effective tax rate .................         10.64

The due date of the Federal Form 1040EZ is April 15, 2008.

Include Form 1040-V and a check or money order in the amount of
$96, payable to the "United States Treasury". Write your
social security number and "2007 Form 1040EZ" on the check and mail to:

                    Department of the Treasury
                    Internal Revenue Service
                    P.O. Box 970011
                    St. Louis, MO 63197-0011

Summary of State Information:

IL Form 1040

Payment due state ..............................  $          54

The due date of the IL Form 1040 is 04/15/2008.

Include a check or money order in the amount of $ 54, payable to
the Illinois Department of Revenue. Write your social security
number on the check.

                    Illinois Department of Revenue
                    Springfield, IL  62726-0001

ITEM 82, CONTINUED

| Form **8879** | IRS e-file Signature Authorization | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ► Do not send to the IRS. This is not a tax return.<br>► Keep this form for your records. See instructions. | 2008 |

Declaration Control Number (DCN) ► 00-365234- -9

| Taxpayer's name | Social security number |
|---|---|
| DAISY HERNANDEZ | 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 |
| Spouse's name | Spouse's social security number |

**Part I**    Tax Return Information - Tax Year Ending December 31, 2008 (Whole Dollars Only)

| | | | |
|---|---|---|---:|
| 1 | Adjusted gross income (Form 1040, line 38; Form 1040A, line 22; Form 1040EZ, line 4) | 1 | 10,425. |
| 2 | Total tax (Form 1040, line 61; Form 1040A, line 37; Form 1040EZ, line 11) | 2 | 0. |
| 3 | Federal income tax withheld (Form 1040, line 62; Form 1040A, line 38; Form 1040EZ, line 7) | 3 | 522. |
| 4 | Refund (Form 1040, line 73a; Form 1040A, line 45a; Form 1040EZ, line 12a; Form 1040-SS, Part I, line 12a) | 4 | 822. |
| 5 | Amount you owe (Form 1040, line 75; Form 1040A, line 47; Form 1040EZ, line 13) | 5 | |

**Part II**    Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2008, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** an indication of any refund offset, **(c)** the reason for any delay in processing the return or refund, and **(d)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my Federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. I further understand that this authorization may apply to future Federal tax payments that I direct to be debited through the Electronic Federal Tax Payment System (EFTPS). In order for me to initiate future payments, I request that the IRS send me a personal identification number (PIN) to access EFTPS. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquires and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

Taxpayer's PIN: check one box only

[X] I authorize    **HR BLOCK**      to enter or generate my PIN    **10048**
                    ERO firm name                                        Enter five numbers, but
as my signature on my tax year 2008 electronically filed income tax return.              do not enter all zeros

[ ] I will enter my PIN as my signature on my tax year 2008 electronically filed income tax return. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ► _____ COPY ONLY _____ Date ► 02/14/2009

Spouse's PIN: check one box only

[ ] I authorize _____ to enter or generate my PIN _____
                  ERO firm name                                          Enter five numbers, but
as my signature on my tax year 2008 electronically filed income tax return.              do not enter all zeros

[ ] I will enter my PIN as my signature on my tax year 2008 electronically filed income tax return. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ► _____ COPY ONLY _____ Date ►

### Practitioner PIN Method Returns Only - continue below

**Part III**    Certification and Authentication - Practitioner PIN Method Only

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN.    **36523432687**
                                                                        do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the tax year 2008 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and **Publication 1345**, Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns.

ERO's signature ► _____ Date ► 02/14/2009

### ERO Must Retain This Form - See Instructions
### Do Not Submit This Form to the IRS Unless Requested To Do So

BA   For Privacy Act and Paperwork Reduction Act Notice, see page 2 of form.             Form **8879** (2008)

Illinois Department of Revenue

**ITEM 83, CONTINUED:**

## 2009 Form IL-1040
### Individual Income Tax Return

or for fiscal year ending _____

Do not write above this line.

**1: Personal information**



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

DAISY HERNANDEZ

2616 N CENTRAL PARK     APT 2
CHICAGO IL 60647

COPY ONLY — DO NOT FILE

**C** Filing status (see instructions)

[X] Single or head of household   [ ] Married filing jointly   [ ] Married filing separately   [ ] Widowed

(Whole dollars only)

**Step 2: Income**

| | | |
|---|---|---|
| 1 | Federal adjusted gross income from your U.S. 1040, Line 37; U.S. 1040A, Line 21; or U.S. 1040EZ, Line 4 | 1   10,929 .00 |
| 2 | Federally tax-exempt interest and dividend income from your U.S. 1040 or 1040A, Line 8b; or U.S. 1040EZ | 2   .00 |
| 3 | Other additions to your income. **Attach** Schedule M. | 3   .00 |
| 4 | **Total income.** Add Lines 1 through 3. | 4   10,929 .00 |

**Step 3: Base Income**

| | | |
|---|---|---|
| 5 | Income received from Social Security benefits and certain retirement plans if included in Line 1. **Attach** federal Page 1. | 5   2,110 .00 |
| 6 | Illinois Income Tax overpayment included in U.S. 1040, Line 10 | 6   .00 |
| 7 | Other subtractions to your income. **Attach** Schedule M. Check if Line 7 includes any amount from Schedule 1299-C [ ] | 7   966 .00 |
| 8 | Add Lines 5, 6 and 7. This is the total of your subtractions. | 8   3,076 .00 |
| 9 | Illinois base income. Subtract Line 8 from Line 4. | 9   7,853 .00 |

**Step 4: Exemptions**

See instructions before figuring exemptions

| | | |
|---|---|---|
| 10 | a Number of exemptions from your federal return   1  X $2,000  a | 2,000 .00 |
| | b If someone else claimed or could have claimed you or your spouse as a dependent on their return, see instructions to figure the number to write here. ___ X $2,000  b | .00 |
| | c Check if 65 or older: [ ] You + [ ] Spouse = ___ X $1,000  c | .00 |
| | d Check if legally blind: [ ] You + [ ] Spouse = ___ X $1,000  d | .00 |
| | Exemption allowance. Add Lines a through d. | 10   2,000 .00 |

**Step 5: Net Income**

| | | |
|---|---|---|
| 11 | **Residents Only: Net income.** Subtract Line 10 from Line 9. Skip Line 12. | 11   5,853 .00 |
| 12 | **Nonresidents and part-year residents Only:** Check the box that applies to you during 2009 [ ] Nonresident [ ] Part-year resident, and write the Illinois base income from Schedule NR. **Attach** Schedule NR.  12 | .00 |

**Step 6: Tax**

| | | |
|---|---|---|
| 13 | **Residents:** Multiply Line 11 by 3% (.03). Write the result here. **Nonresidents and part-year residents:** Write the tax before recapture of investment credits from Schedule NR. | 13   176 .00 |
| 14 | Recapture of investment tax credits. **Attach** Schedule 4255. | 14   .00 |
| 15 | **Total tax.** Add Lines 13 and 14. This amount may not be less than zero. | 15   176 .00 |

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty. This form has been approved by the Forms Management Center.  IL-492-0065

IL-1040 page 1 (R-12/09)
ID: 2BU
1040 (2009)
Form Software Copyright 1996 - 2010 HRB Tax Group, Inc.

IL1040-1V 1.13



PAGE 4, CONTINUED:

## 1099 Interest Worksheet

| New Address Change Only ☐ | Recipient Type (Check One) [X] PERSONAL ☐ BUSINESS | Transaction Date 02/23/09 |
|---|---|---|

**Recipient's Taxpayer I.D. Number**

| Social Security Number 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 | Employee T.I.N. | Tax I.D. Status (Check One) ☐ Resident Foreigner with TIN  ☐ TIN Applied For  ☐ Non-Res Foreigner |
|---|---|---|

Recipient's Name
DAISY HERNANDEZ

| Recipient's Address 2616 N CENTRAL PARK | City CHICAGO | State IL | Zip 60647 |
|---|---|---|---|

**Transaction Instrument Type (Check one only)**

| | | |
|---|---|---|
| ☐ 1. U.S. Treasury Coupon | ☐ 4. Commercial Paper | ☐ 7. Miscellaneous _____ |
| ☐ 2. Corporate Bond Coupon | ☐ 5. Banker's Acceptance | ☐ 8. Nominee Land contract |
| [X] 3. U.S. Savings Bonds | ☐ 6. Certificate of Deposit | Maximum 10 Positions |

(A) Amount of Interest Paid/Pymt

| Returned to Customer | $ 147.84 | For Series HH Bonds Attach "Exchange |
| Forfeited Interest | $ 0.00 | Application for U.S. Savings Bonds of Series HH" |
| Amount of Tax Withheld | $ 0.00 | |

This form represents multiple transactions ☐ Yes ☐ No
A 1099 form has been given to the recipient [X] Yes ☐ No

### Documentation: Memo Only For U.S. Savings Bonds

| Total Redemption Value | $ 247.84 | | Teller Stamp |
| Total Purchase Value | $ 100.00 | | NATIONAL CITY RIVERPOINT |
| Amount of H.H. Bonds Purchased | $ 0.00 | | |
| Amount of Interest Paid/Pymt $ 147.84 | (Must agree with (A) above) | | FEB 23 2009 |
| Returned to Customer | | | |

| Region # MW | Originating Branch/Department/Cost Center (Required) 00574 | |
| Controlling Branch/Department Riverpoint | Originator's Name | |

71-0161-00 (Rev. 10/19/05)     Customer     Branch     Data Entry     (Rev. 10/19/05) TL0188CP

---

## 1099 Interest Worksheet

| New Address Change Only ☐ | Recipient Type (Check One) [X] PERSONAL ☐ BUSINESS | Transaction Date 08/12/09 |
|---|---|---|

**Recipient's Taxpayer I.D. Number**

| Social Security Number 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 | Employee T.I.N. | Tax I.D. Status (Check One) ☐ Resident Foreigner with TIN  ☐ TIN Applied For  ☐ Non-Res Foreigner |
|---|---|---|

Recipient's Name
DAISY HERNANDEZ

| Recipient's Address 2616 N CENTRAL PARK | City CHICAGO | State IL | Zip 60647 |
|---|---|---|---|

**Transaction Instrument Type (Check one only)**

| | | |
|---|---|---|
| ☐ 1. U.S. Treasury Coupon | ☐ 4. Commercial Paper | ☐ 7. Miscellaneous _____ |
| ☐ 2. Corporate Bond Coupon | ☐ 5. Banker's Acceptance | ☐ 8. Nominee Land contract |
| [X] 3. U.S. Savings Bonds | ☐ 6. Certificate of Deposit | Maximum 10 Positions |

(A) Amount of Interest Paid/Pymt

| Returned to Customer | $ 10.40 | For Series HH Bonds Attach "Exchange |
| Forfeited Interest | $ 0.00 | Application for U.S. Savings Bonds of Series HH" |
| Amount of Tax Withheld | $ 0.00 | |

This form represents multiple transactions ☐ Yes ☐ No
A 1099 form has been given to the recipient [X] Yes ☐ No

### Documentation: Memo Only For U.S. Savings Bonds

| | | | Teller Stamp |
| Total Redemption Value | $ 410.40 | | NATIONAL CITY BELMONT |
| | $ 400.00 | | |

ITEM 85, CONTINUED:

## 1099 Interest Worksheet

| New Address Change Only | Recipient Type (Check One) | Transaction Date |
|---|---|---|
| ☐ | [X] PERSONAL ☐ BUSINESS | 06/01/09 |

### Recipient's Taxpayer I.D. Number

| Social Security Number | Employee T.I.N. | Tax I.D Status (Check One) |
|---|---|---|
| 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 | | ☐ Resident Foreigner with TIN  ☐ TIN Applied For  ☐ Non-Res Foreigner |

| Recipient's Name |
|---|
| DAISY HERNANDEZ |

| Recipient's Address | City | State | Zip |
|---|---|---|---|
| 2616 N CENTRAL PARK | CHICAGO | IL | 60647 |

**Transaction Instrument Type (Check one only)**

- ☐ 1. U.S. Treasury Coupon
- ☐ 2. Corporate Bond Coupon
- [X] 3. U.S. Savings Bonds
- ☐ 4. Commercial Paper
- ☐ 5. Banker's Acceptance
- ☐ 6. Certificate of Deposit
- ☐ 7. Miscellaneous _____ Maximum 10 Positions
- ☐ 8. Nominee Land contract

(A) Amount of Interest Paid/Pymt

| | | For Series HH Bonds Attach "Exchange |
|---|---|---|
| Returned to Customer | $ 19.04 | Application for U.S. Savings Bonds of Series HH" |
| Forfeited Interest | $ 0.00 | |
| Amount of Tax Withheld | $ 0.00 | |

This form represents multiple transactions   ☐ Yes   ☐ No

A 1099 form has been given to the recipient   [X] Yes   ☐ No

### Documentation: Memo Only For U.S. Savings Bonds

| | | Teller Stamp |
|---|---|---|
| Total Redemption Value | $ 319.04 | |
| Total Purchase Value | $ 300.00 | |
| Amount of H.H. Bonds Purchased | $ 0.00 | JUN 1 2009 |
| Amount of Interest Paid/Pymt $ 19.04 (Must agree with (A) above) | | Br. #563 #10 |
| Returned to Customer | | |

| Region # | Originating Branch/Department/Cost Center (Required) |
|---|---|
| MW | 00563 |
| Controlling Branch/Department | Originator's Name |
| Belmont | |

71-0161-00 (Rev. 10/19/05)        Customer        Branch        Data Entry        (Rev. 10/19/05) TL0188CP

ITEM 86, CONTINUED:

2010

February 23, 2011
Daisy Hernandez
2616 N Central Park
Chicago, IL 60647

Dear Daisy,

Please find enclosed the original and duplicate copies of your tax return(s) for the tax year ended December 31, 2010.
   Form 1040A - Federal Individual Income Tax Return
   IL Form 1040 - Illinois Individual Income Tax Return

We prepared your returns based on the information you provided us. Please review the returns carefully to ensure that there are no omissions or misstatements of material facts.

If you have any questions about your tax return(s), please contact us. We appreciate this opportunity to serve you.

Sincerely,
Fernando Vargas
Vargas Financial Inc
4009 W Armitage Ave
Chicago, IL 60639
            Tax Summary and Instructions for Filing
            2010 Federal Individual Income Tax Return
Summary of Federal Information:

Federal adjusted gross income ..............$ 8,387
Federal taxable income .......................$ 0
Federal refund ...................................$ 736
Federal effective tax rate ...................... 0.00%

The due date of the Federal Form 1040A is April 18, 2011.
Your return has been electronically filed, and you will receive a refund of $736.
Daisy Hernandez

Summary of State Information:
IL Form 1040
State Refund .................................. $ 25
The due date of the IL Form 1040 is April 18, 2011.
Your state return has been electronically filed, and you will receive a refund of $ 25.

ITEM 87, CONTINUED:

Tax Summary and Instructions for Filing
2012 Federal Individual Income Tax Return

Summary of Federal Information:

Federal adjusted gross income .....$ 21,684.00
Federal taxable income ............$ 11,934.00
Federal refund ....................$ 524.00
Federal effective tax rate ........  11.35%

The due date of the Federal Form 1040 is April 15, 2013.

Your return has been electronically filed, and you will receive a refund of $524.00.

ITEM 88, CONTINUED:

Form **1040** Department of the Treasury - Internal Revenue Service (99) **U.S. Individual Income Tax Return** | **2013** | OMB No. 1545-0074 | IRS Use Only-Do not write or staple in this space.

| For the year Jan. 1-Dec. 31, 2013, or other tax year beginning | .2013, ending | .20 | See separate instructions. |

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| DAISY HERNANDEZ | | 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 |

| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | ▲ Make sure the SSN(s) above and on line 6c are correct.
2616 N CENTRAL PARK AVE

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
CHICAGO IL 60647-

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

| Foreign country name | Foreign province/county | Foreign postal code |

**Filing Status**
Check only one box.

1 [X] Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a [X] Yourself. If someone can claim you as a dependent, **do not** check box 6a
b ☐ Spouse

| c Dependents: | | | |
|---|---|---|---|
| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instr.) |

If more than four dependents, see instructions and check here ▶ ☐

| Boxes checked on 6a and 6b | 1 |
| No. of children on 6c who: | |
| • lived with you | 0 |
| • did not live with you due to divorce or separation (see instructions) | 0 |
| Dependents on 6c not entered above | 0 |
| Add numbers on lines above ▶ | 1 |

d Total number of exemptions claimed

**Income**

Attach Forms(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 9,785. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions    15a | b Taxable amount | 15b | |
| 16a | Pensions and annuities    16a | b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits    20a | b Taxable amount | 20b | |
| 21 | Other income. List type and amount    RAFFLE WINNINGS OUR | 21 | 2,500. |
| 22 | Combine the amounts in the far right col for lines 7 through 21. This is your **total income** ▶ | 22 | 12,285. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis gov. officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | 475. |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | 36 | 475. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 11,810. |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**
BCA

Form **1040** (2013)

Form **1040EZ**

Department of the Treasury — Internal Revenue Service

**Income Tax Return for Single and Joint Filers With No Dependents** (99) **2014**

ITEM 89, CONTINUED:

OMB No. 1545-0074

**Your social security number**
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

**Spouse's social security no.**

▲ Make sure the SSN(s) above are correct.

DAISY HERNANDEZ

2616 N CENTRAL PARK AVE APT 2
CHICAGO IL 60647

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.

[X] You [ ] Spouse

**Income**

Attach Form(s) W-2 here.

Enclose, but do not attach, any payment.

| | | | |
|---|---|---|---|
| 1 | Wages, salaries, and tips. This should be shown in box 1 of your Form(s) W-2. Attach your Form(s) W-2. | 1 | 18,349 |
| 2 | Taxable interest. If the total is over $1,500, you cannot use Form 1040EZ. | 2 | 0 |
| 3 | Unemployment compensation and Alaska Permanent Fund dividends (see instructions). | 3 | 0 |
| 4 | Add lines 1, 2, and 3. This is your **adjusted gross income.** | 4 | 18,349 |
| 5 | If someone can claim you (or your spouse if a joint return) as a dependent, check the applicable box(es) below and enter the amount from the worksheet on page 2. [ ] You [ ] Spouse. If no one can claim you (or your spouse if a joint return), enter $10,150 if **single;** $20,300 if **married filing jointly.** See page 2 for explanation. | 5 | 10,150 |
| 6 | Subtract line 5 from line 4. If line 5 is larger than line 4, enter -0-. This is your **taxable income.** ▶ | 6 | 8,199 |

**Payments, Credits, and Tax**

| | | | |
|---|---|---|---|
| 7 | Federal income tax withheld from Form(s) W-2 and 1099. | 7 | 2,089 |
| 8a | **Earned income credit (EIC)** (see instructions) | 8a | |
| b | Nontaxable combat pay election. | 8b | |
| 9 | Add lines 7 and 8a. These are your **total payments and credits.** ▶ | 9 | 2,089 |
| 10 | **Tax.** Use the amount on **line 6 above** to find your tax in the tax table in the instructions. Then, enter the tax from the table on this line. | 10 | 818 |
| 11 | Health care: individual responsibility (see instructions) Full-year coverage [ ] | 11 | |
| 12 | Add lines 10 and 11. This is your **total tax.** | 12 | 818 |

CLIENT COPY

**Refund**

Have it directly deposited! See inst. and fill in 13b, 13c, and 13d, or Form 8888.

| | | | |
|---|---|---|---|
| 13a | If line 9 is larger than line 12, subtract line 12 from line 9. This is your **refund.** If Form 8888 is attached, check here ▶ [ ] | 13a | 1,271 |

▶ b Routing number 1 0 1 0 8 9 7 4 2 ▶ c Type: [X] Checking [ ] Savings

▶ d Account number 4 7 6 0 7 2 5 2 1 7 0 9 2 6 2 1 9

**Amount You Owe**

| | | | |
|---|---|---|---|
| 14 | If line 12 is larger than line 9, subtract line 9 from line 12. This is the **amount you owe.** For details on how to pay, see instructions. ▶ | 14 | 0 |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? [ ] Yes. Complete below. [X] No

Designee's name ▶
Phone no. ▶
Personal identification number (PIN) ▶

**Sign Here**

Joint return? See instructions.

Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return, and, to the best of my knowledge and belief, it is true, correct, and accurately lists all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Your signature | Date | Your occupation WAITER | Daytime phone number

Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

**Paid Preparer Use Only**

Print/Type preparer's name MARICELA CASTANEDA | Preparer's signature | Date 04/30/15 | Check [ ] if self-employed | PTIN P01344905

Firm's name ▶ HRB TAX GROUP INC | Firm's EIN ▶ 431871840

Firm's address ▶ 2906 W FULLERTON CHICAGO IL 60647 | Phone no. 7734893884

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.

Form **1040EZ** (2014)

FDA 14 1040EZ1 BWF 1040 Form Software Copyright 1996 – 2015 H.R.B. Tax Group, Inc.

ITEM 90, CONTINUED:

1. I WAS GIVEN A PAYCHECK ON APRIL 8, 2014 FOR THE FOLLOWING AMOUNT $332. 13 PAYROLL CHECK NUMBER 11689 PERIOD STARTING: 03/10/2014
   PERIOD ENDING: 03/23/2014
   PAY DATE: 03/27/2014
2. A CHECK WAS MAILED AND ARRIVED ON FRIDAY MAY 16, 2014 FOR THE FOLLOWING AMOUNT $ 500.00 THE NUMBER WAS 318133348 THE CHECK WAS DATED MAY 13, 2014.

ITEM 9F, CONTINUED:

Form **1040** Department of the Treasury — Internal Revenue Service (99)

## U.S. Individual Income Tax Return **2015** | OMB No. 1545-0074 | IRS Use Only — Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2015, or other tax year beginning _____ , 2015, ending _____ , 20 ___ | See separate instructions.

Your social security number **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**

Spouse's social security no.

DAISY HERNANDEZ

2616 N CENTRAL PARK AVE APT 2
CHICAGO IL 60647

▲ Make sure the SSN(s) above and on line 6c are correct.

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

| **Filing Status** Check only one box. | 1 | ☒ Single |
|---|---|---|
| | 2 | ☐ Married filing jointly (even if only one had income) |
| | 3 | ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶ |
| | 4 | ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ |
| | 5 | ☐ Qualifying widow(er) with dependent child |

**Exemptions**

If more than four dependents, see inst. & check here ▶ ☐

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a ........
b ☐ Spouse .................................................

| Boxes checked on 6a and 6b | 1 |
|---|---|
| No. of children on 6c who: ● lived with you | 0 |
| ● did not live with you due to divorce or separation (see inst.) | 0 |
| Dependents on 6c not entered above | 0 |

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see inst.) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

d Total number of exemptions claimed .................................................. Add numbers on lines above ▶ | **1** |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 0 |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required ................ | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a ......... 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required ............. | 9a | |
| b | Qualified dividends ............................ 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes .............. | 10 | |
| 11 | Alimony received ............................................. | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ ................. | 12 | 8,705 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 ................. | 14 | |
| 15a | IRA distributions ...... 15a _____ b Taxable amount ......... | 15b | |
| 16a | Pensions and annuities 16a _____ b Taxable amount ......... | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E ... | 17 | |
| 18 | Farm income or (loss). Attach Schedule F ..................... | 18 | |
| 19 | Unemployment compensation ................................. | 19 | |
| 20a | Social security benefits 20a _____ b Taxable amount ......... | 20b | |
| 21 | Other income. List type and amount _____ | 21 | |
| 22 | Combine the amts. in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 8,705 |

**Adjusted Gross Income**

| 23 | Educator expenses ........................ | 23 | |
|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 .... | 25 | |
| 26 | Moving expenses. Attach Form 3903 ............. | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE ...... | 27 | 615 |
| 28 | Self-employed SEP, SIMPLE, and qualified plans ....... | 28 | |
| 29 | Self-employed health insurance deduction ........... | 29 | |
| 30 | Penalty on early withdrawal of savings ............. | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ _____ | 31a | |
| 32 | IRA deduction ............................. | 32 | |
| 33 | Student loan interest deduction ............... | 33 | |
| 34 | Tuition and fees. Attach Form 8917 ............. | 34 | |
| 35 | Domestic production activities ded. Attach Form 8903 .... | 35 | |
| 36 | Add lines 23 through 35 .................................. | 36 | 615 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ........... ▶ | 37 | 8,090 |

CLIENT COPY

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.** Form **1040** (2015)

FDA 15 10401 BWF 1040 Form Software Copyright 1996 – 2016 HRB Tax Group, Inc.

ITEM 9, CONTINUED:

# Form 1040

Department of the Treasury—Internal Revenue Service (99)

**U.S. Individual Income Tax Return** 2016 OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2016, or other tax year beginning ___, 2016, ending ___, 20 ___ See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| DAISY | HERNANDEZ | 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 |

If a joint return, spouse's first name and initial | Last name | Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. 2

2616 N CENTRAL PARK AVE.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

Chicago IL 60647

Foreign country name | Foreign province/state/county | Foreign postal code

▲ Make sure the SSN(s) above and on line 6c are correct.

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**

Check only one box.

1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a
b ☐ Spouse

| c | Dependents: | | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|---|---|
| (1) First name | Last name | | | | ☐ |
| | | | | | ☐ |
| | | | | | ☐ |
| | | | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

d Total number of exemptions claimed

Boxes checked on 6a and 6b: 1
No. of children on 6c who:
• lived with you ___
• did not live with you due to divorce or separation (see instructions) ___
Dependents on 6c not entered above ___
Add numbers on lines above ▶ 1

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 5,446. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions 15a | b Taxable amount | 15b | |
| 16a | Pensions and annuities 16a | b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a | b Taxable amount | 20b | |
| 21 | Other income. List type and amount ___ | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 5,446. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ ___ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 5,446. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. BAA    REV 01/25/17 PRO    Form **1040** (2016)

ITEM 93, CONTINUED:

## QUESTION 13

### The response to my cries.

1. Turned away by Attorney
2. Turned away by FBI in Philadelphia (I have noticed that they are trying to help me)
3. Turned away by FBI in Washington
4. Turned away by COPA
5. Turned away by Attorney Arthur R. Ehrlich
6. Turned away by Attorney Saul Arnstein
7. Turned away by the Chicago Police
8. I don't agree with the Written Disciplinary letter from Grossinger City. I didn't deserve it.
9. I don't agree with the one year statute of limitations that I was given over the phone.
10. Turned away by the, "MSI Detective Services."
11. Provided a dead end, "Resource List," by my local human services office.
12. The approach by CDTES was abusive towards me and it still is. It's abusive of the government to have me go from job to job, institution after institution as of: Date: 10/08/2018. The above opinion is subject to change, I hope the government gives me an employment.
13. I mailed information to the office in Springfield. I was turned away.
14. I complained to the, "Attorney Registration and Disciplinary Commission of the Supreme Court of Illinois."
15. The DHS office gave me my food stamps money ahead of time, this causes harm to people that are living food stamps to food stamps.



## AGREEMENT FOR PAYMENT OF CONSULTATION FEE

This acknowledges the promise of payment to Law Offices of Chicago-Kent ~~$200~~ $25/hr for services to be rendered by the Attorney at a consultation, to be arranged at a mutually convenient time. At the consultation, the Attorney will rely on the information provided by me in writing, together with my oral comments.

At this time, I have decided to neither hire nor retain the Attorney, but have requested a consultation with her to discuss certain matters that pertain to my potential employment claim(s). At a later time, I may decide to ask the Attorney to represent me, and I understand that I will be required to enter into a separate Legal Services Agreement with the Attorney before I can hire or retain her. Until that time, I understand that the Attorney will provide no services to me other than during the aforementioned consultation, and that the consultation will establish a Client-Attorney relationship only for the duration of the consultation.

Signature _Daisy Hernandez_  Name _Daisy Hernandez_

Date _5/23/16_

Address: _2616 N. Central Park Avenue_

City/State/Zip: _Chicago, IL, 60647_

Phone 1: _(773) 343-4944_

Phone 2: _____

Email: _dai_hernandez@icloud.com_

Item 93, Continued:

. Feels that besides my
  social standing justice
. fair enviroment was
  provided, I do not agree.

Told me to go back to work
I disagree I need to take
the institution / people to justice
before returning to work.

ITEM 96, CONTINUED:

Daisy Hernandez
2616 North Central Park Avenue Apt. 2
Chicago, IL, 60647
May 23, 2018

William J. Green, Jr. Building
600 Arch Street, 8th Floor
Philadelphia, PA, 19106

Dear To Whom It May Concern:

Hello my name is Daisy Hernandez I have mailed previous letters to the FBI located in Philadelphia on Wednesday, March 16, 2018 and on the following day Thursday, March 17, 2018. Because I do not like the customer service provided by the agents in Illinois or the agents that made the overall decision to keep me emotionally abused and financially oppressed.

I don't want to give my information to the people that gave me, "the kiss of death," or purposely give me abusive incomplete customer service. They have already told me what kind of service they are going to give me. They are going to abuse me and let go of the initial criminal (Janina) that caused me harm. Harm that I don't believe I deserve. Had I thought the above service was fair I would be persisting in sending my information to them has it stands I am sending my information to Philadelphia.

I am writing this letter because on Monday, May 21, 2018. When I opened my, "Hay Day," App I encountered a warning I needed to update my iPod to a higher version or otherwise I won't be able play, "Hay Day," on my iPod any more.

I encounter another obstacle while trying to address the problem I needed to type my passcode a four digit number I do not have. The page that prompts me with the opportunity to gain customer service through a live chat takes a long time to download. It only downloads randomly. Before I left the home health agency companies did not provide a negative obstacles oriented persistent customer service. They are so wrong that they want to create situations where I at least look guilty in order for their abusive actions to hide. (To me the service provided at Grossinger City and Center for Changing Lives was tailored to do the above.) (Just in case I mention the above because on my way to the gym I believe on Friday, June 1, 2018 I noticed a girl that looked like the counselor from Center for Changing Lives. I didn't like their service overall. The actions they completed fall under Dr. Phil's Evil Eight checklist. Even before the Dr. Phil's checklist I didn't like their service. In my opinion the people from Center for Changing Lives and Grossinger City failed me. I am distracted focused on guiding them correcting what I perceive to be wrong they did not do their work in keeping me employed and abused free. (or in taking care of me they added to my suffering).

Janina and her daughter messed up QuickBooks all by themselves I don't want Janina to get away with criminal activity because agents that entered my life after I left the agency are set up to cause me damage and let her go. The overall work of the agents is set up to support my home health agency supervisor including the already completed oppressive, inhumane work the agents

1

ITEM 87 (CONTINUED)

## TO FILE A COMPLAINT:

## CONTACT THE OFFICE

**Mailing Address**

U.S. Department of Justice

Civil Rights Division

950 Pennsylvania Avenue, N.W.

Office of the Assistant Attorney General, Main

Washington, D.C. 20530

**Telephone Number for the General Public**

(202) 514-4609

Telephone Device for the Deaf

(TTY) (202) 514-0716

*Employment Litigation Section by (202) 514-3831 - My complaint was transfered*



Oscar Nufio
*Investigator*

1615 W. Chicago
4th Floor
Chicago, IL 60622
www.chicagocopa.org

T 312-746-3609
F 312-746-3591
C 312-758-5505
oscar.nufio@chicagocopa.org

*I was turned away*
*- I did not like their service.*
*- Daisy Hernández*

The name of the lawyer that you are being referred to is:

Arthur R Ehrlich
20 South Clark Street
Suite 500
Chicago, IL 60603
Phone: 312.332.6733
Fax: 312.332.4629
E-mail: arthur@goldmanehrlich.com

1. **Print** this referral

2. **Call the lawyer** to make an appointment. Tell the lawyer that you were referred through The Chicago Bar Association Web site. If this is a referral for a flat fee uncontested divorce, please advise the attorney!

3. **Bring a $30 check** made payable to The Chicago Bar Association and give it to the attorney at your first meeting. (This fee goes toward the operating costs of the Lawyer Referral Service.)

4. **Discuss your legal matter** and the fees that will be involved with the attorney.

IF THE LAWYER WILL BE PROVIDING ACTUAL LEGAL SERVICES OR LEGAL ADVICE AT THE FIRST CONSULTATION, THE LAWYER WILL ADVISE YOU OF THE FEES FOR SUCH SERVICES

Statue of Limitations
Wednesday, Nov. 15, 2017
to Check

I met with Arthur R Ehrlich on Friday, December 1, 2017 and he told me he was not going to be providing me w/ his support/services. (We do not correlate.)

— Summary —

**Your information**

Name

Daisy Hernandez

Phone number

(773) 543-4944

Email

dai_hernandez@icloud.com

**Your case information**

Matter id #

397

Matter type

Civil litigation → General

Deadline

You did not submit a deadline for this case.

Issue location

60647

Consultation fee

$30.00

This rate is guaranteed only if your request is submitted via the Chicago Bar Association Lawyer Referral Service.

**Attorney information**

Name

Arthur Evans

Phone number

(312) 876-7141

*My request for services was turned down — Daisy Hernández.*

*He called back Saul Arnstein*



**This incident has been reported to the
Chicago Police Department
and is pending approval**

Chicago Police Department
3510 South Michigan Avenue
Chicago, IL 60653
312-744-4000

## General Information

| | |
|---|---|
| Incident Type | Other Offense – Harassment by Electronic Means |
| Tracking Number | T17007776 |
| Report Date | 08/10/2017 05:23 PM |

## Reporting Person Information

| | |
|---|---|
| Name | Hernandez, Daisy |
| Home Address | 2616 North Central Park Avenue, 2, Chicago, IL 60647, US |
| Home Phone | 773-543-4944 |
| Email | dai_hernandez@icloud.com |
| Employer Name | unemployed |
| Race | White Hispanic |
| Sex | Female |
| DOB | 03/30/1987 |
| Driver License No | N/A |

## Incident Information

| | |
|---|---|
| Incident Location | 2616 North Central Park Ave, 2, CHICAGO, IL 60647 |
| Incident Time (start) | 01/01/2013 09:00 AM |
| Incident Time (end) | 08/10/2017 05:10 PM |
| Location Type | Other |

## Narrative

Incident Description

I would like to be provided with a means for me to e-mail attachments in order to explain my current status of oppression. I have mailed out a letter to the Department of Human Services in Springfield requesting assistance but have not received a response.

The people that have entered my life since I left the home health agency have engaged in criminal activity, by completing actions that would bring the overall quality of my life down. They are persistent in their actions, affecting my relationships over the phone and at work. I have expressed continuously that I need it to stop its not processing or being acknowledged, respected. They have ignored my voice, which is what my psychological well being needs.

Print This Report

(I was denied)



## Employee Disciplinary Action

Date: 04/04/16

Employee Name: ~~DAISEY~~ *Daisy* HERNANDEZ

Position: CASHIER                Department: OFFICE

Date of Incident: 04/04/16

## Disciplinary Type

☐ Verbal    X☑ Written    ☐ Suspension    ☐ Termination

## Incident

ON COMPANY TIME DAISEY WAS COLORING AND USING DEAL JACKETS TO MAKE "DECORATIONS" FOR THE AREA AROUND HER DESK. THIS IS IN NO WAY TOLERABLE. While punched in on the company time clock ALL of her time should be in customer care and office functions. There is a lot of work that can be done in the office if you ask. Daisey has been told to communicate with her supervisor for direction and complaints she may have. Without knowledge of a problem I cannot address it . A verbal warning was give to Daisey by Pam Bockwinkel with regards to not watching her shows or doing any personal work while punched in on company time. Another infraction of blatent disregard of company policy will result in termination.

Consequences should incident occur again: see above

Signature of Supervisor: _____    Date: 4/5/16

Signature of Employee: _____    Date: 04/05/16

*The application from Grossinger City States I cannot take them to court*

*Wed, May 18 4:33pm*

*1 year slatue of limitations for defamation*

*(copy)*

Case: 1:18-cv-06842 Document #: 1 Filed: 10/11/18 Page 111 of 145 PageID #:111

Daisy Hernandez

May 23, 2016

Confidential

**Timeline Details for Grossinger City:**

| DATE | EVENT | POSITION |
|---|---|---|
| January 4, 2016 | Hired: The person in charge of training, Kelly, was confusing. Her descriptions were not clear in regards to the task she was teaching me. I had to write a letter to the office manager at that time, Kim. | Receptionist |
| Beginning of employment | Pam had me show/extend her a white box (she made me feel marginalized) because she thought it was a bank box. A box set aside in a private office. I am not confused in regards to what is not for me to utilize. | |
| February 5, 2016 | Marissa commented that the RO with a balance had to be left alone. That I had been trained I was not I was only told about the ROs with a zero or word Duplicate. I was told I would be made responsible for unpaid RO's. | |
| January 27, 2016 | Karin has called me in two different occasions to ask if I have the checks she has misplaced. On January 27 she called me to ask me if I had a $4,000 (estimate) check. For the first incident she called me to ask me if I had an $18,000 (estimating) check. Do you think it's appropriate that I keep working in an environment where people are making this assumptions? My mistakes are been punished inappropriately. | |
| February 7, 2016 | Kelly is repeatedly stating comments that I do not believe to be true but have to provide the benefit of doubt. I did not believe the comment she made on January 28th that there was like about $4,000 dollars in the Toyota side that where not there. Why are all this procedures in place? If they are not effective? The receipt that was misplaced on Friday is also unbelievable. I gave them to her that's irresponsible. I do believe I gave her the twenty dollars back. The scenario was odd it hasn't occurred. I haven't had a bunch of people asking me for change at the same time. | |
| | | |
| April 08, 2016 | Sue stated that she terminated me because she wanted more. I wanted a better treatment and environment. Sue has rationalized herself into lowering my lifestyle (and is excusing her coworker's abuse). | |



**MSI**
DETECTIVE SERVICES

May 13, 2016

Ms. Daisy Hernandez
2616 N. Central Park Ave., Apt. 2
Chicago, IL 60647

RE:     Reference Checks

This investigation was conducted and prepared for you to provide to your
attorney, is privileged and shall be considered attorney/client work
product.

ASSIGNMENT:     Conduct (2) separate reference checks, Jessifer Home Health Agency, and
Our Lady of Grace, to determine if your previous employers may be giving
a negative review of you or your work performance. You advised that you
suspect these previous employers may be giving you a negative reference,
inhibiting your ability to find another job. You further advised that if these
previous employers were providing negative feedback, that you would
pursue legal action against them.

You completed an employee application with MSI Detective Services, and
read and signed the Fair Credit Reporting Act statement/authorization
forms, and authorized us to conduct these reference checks.

INVESTIGATION:     The following report reflects the companies contacted, questions asked and
answered, and overall results of our investigation:

**Jessifer Home Health Agency:**
You provided the following:

Phone Number: 708-867-8310
NOTE- This phone # is now bad, and we identified, per their website, a
new phone # of 773-283-8677
Contact: Janina

Job Title: Secretary
Dates Employed: 10/10-1/13
Salary: $10.00/hr., ending $11/hr.
Reason for Leaving: Resigned

**Details:**
I spoke with Janina, owner, who verified your salary, dates of employment,
title, and reason for leaving. She further stated that should you wish to
return, you are eligible for re-hire, and stated that you were very good.

Myers Service Inc.          telephone: 773 404 7400
2406 W. Fullerton        facsimile: 773 404 4800
Chicago, Illinois 60647     email: info@detectiveservices.com
IL detective license #117-000206     web: www.detectiveservices.com
Professional Investigators Since 1959          Worldwide Investigation

Page: 2

**Our Lady of Grace:**
You provided the following:

Phone Number: 773-772-5900
Position: Teaching & Organizing church functions
Dates Employed: 9/10-12/14
Salary: Volunteer Work
Contact: Fr. George Schoop
Reason for Leaving: Resigned

**Details:**
I spoke with Fr. George Schoop, who confirmed your dates of volunteer work, your position and type of work, and confirmed that you resigned voluntarily. He further stated that should you wish to return, you are welcome to do so, and stated that you were very good and that :the door is open".

**COMMENTS:**    This completes our investigation at present. We trust that this information meets with your satisfaction.

Very truly yours,

Sherry Kneitz
Senior Investigator

# RESOURCE LIST

## DHS CONTACT INFORMATION

**NEW APPLICATION:** WWW.ABE.ILLINOIS.GOV or 800-843-6154

**INFO:** WWW.DHS.STATE.IL.US

| | |
|---|---|
| DHS HELP LINE | 800-843-6154 |
| CHANGE REPORT LINE | 800-720-4166 |
| LINK CARD | 800-678-5465 |
| CHANGE INSURANCE PLAN | 877-912-8880 |
| MEDICAL REDETERMINATION | 855-458-4945 |

**OBAMA CARE / MARKETPLACE**

| | |
|---|---|
| www.healthcare.gov | 800-318-2596 |
| www.getcoveredillinois.gov | 866-311-1119 |

## IMPORTANT PHONE NUMBERS

| | |
|---|---|
| ALL KIDS CARE | 877-805-5312 |
| APPEALS HOTLINE | 800-435-0774 |
| CATHOLIC CHARITIES | 312-655-7700 |
| CEDA-ENERGY ASSISTANCE | 800-571-2332 |
| CHA – CHICAGO HOUSING AUTHORITY | 312-971-7700 |
| CHILD SUPPORT HELPLINE | 800-447-4278 |
| DEPARTMENT OF AGING | 312-744-4016 |
| FRAUD HOTLINE | 800-252-8903 |
| FREE PHONES (SAFELINK) | 800-977-3768 |
| HOUSING: CIRCUIT BREAKER | 800-624-2459 |
| IMMIGRATION: U. S. C. I. S. | 312-353-7334 |
| LEGAL ASSISTANCE | ~~312-341-1071~~ *Wrong number State Farm* |
| | ~~773-489-6800~~ *Disconnected* |
| MEDICAL CARD | 800-843-6154 |
| MEDICARE (A, B, C, D) | 800-633-4227 |
| NURSING HOME ASSISTANCE | 312-793-8000 |
| PAY-IN SPENDDOWN | 800-226-0768 |
| SECTION 8 | 773-285-9697 |
| S.S.A.: SOCIAL SECURITY ADMINISTRATION | 800-722-1213 |
| UNEMPLOYMENT | 800-244-5631 |
| WIC HOTLINE | 773-782-8902 |

## FREE MEDICAL CLINICS

1. UIC DENTISTRY : 312-996-8636
2. ERIE FAMILY HEALTH, 2750 W NORTH AVE
   773-489-6060
3. LOGAN SQUARE HEALTH CENTER, 2840 W FULLERTON AVE
   312-395-7400
4. WEST TOWN BOARD OF HEALTH, 2418 W DIVISION ST
   312-744-0943
5. STROGER HOSPITAL, 1969 W OGDEN AVE
   312-864-6000

## FOOD PANTRIES

1. ST. SYLVESTER PARISH
   2915 W PALMER ST, CHICAGO, IL 60614
   (773) 235-3646
   ENTRANCE: THROUGH PARKING LOT
   CONTACT: ADA ORTIZ
   HOURS: WEDNESDAY: 9:00 AM - 12:00 PM

2. CELESTIAL VISION FOOD PANTRY
   3023 W FULLERTON AVE, CHICAGO, IL 60647
   773-501-4064
   ENTRANCE: BACK SIDE DOOR
   CONTACT: YAZMIN NUNEZ
   HOURS: SATURDAY: 10:00 AM - 12:00 PM

3. CHICAGO HOPE FOOD PANTRY
   2501 N KEDZIE BLVD, CHICAGO, IL 60647
   (773) 384-6800
   CONTACT: MAGGIE JORDAN
   HOURS: MONDAY: 4:00 PM - 6:00 PM
   AND THURSDAY: 10:00 AM - 12:00 PM

4. OPEN ARMS
   2649 N FRANCISCO AVE, CHICAGO, IL 60647

   CONTACT:
   WEDNESDAY 4PM - 6PM

5. NEW LIFE FAMILY SERVICES
   1663 N MOZART ST, CHICAGO, IL 60647
   (773) 384-2200
   CONTACT: KARLA LEVINE
   HOURS: SATURDAY: 10:30 AM - 12:30 PM

7. ST. JOHN UC FOOD PANTRY
   2142 W MOFFAT ST, CHICAGO, IL 60647
   (773) 664-1501
   CONTACT: JAMES ISOM
   HOURS: THURSDAY: 10:00 AM - 2:00 PM

8. MCCORMICK TRIBUNE-YMCA
   1834 N LAWNDALE AVE, CHICAGO, IL 60647
   (773) 235-2525
   CONTACT: ROSA NODAL
   HOURS: EVERY 1ST TUESDAY: 10:30 AM - 12:00 P

9. SVD: OUR LADY OF GRACE CONFERE
   3749 W ALTGELD ST, CHICAGO, IL 60647
   773-772-5900, EXT. 102
   CONTACT: SANDRA SANCHEZ
   HOURS: MONDAY AND WEDNESDAY: 9:00 AM-11:00

10. EUROPEAN AMERICAN ASSOCIATION
    2827 W DIVISION ST, CHICAGO, IL 60622
    (773) 342-5868
    CONTACT: MARGARET JARMOLA
    HOURS: THURSDAY 2:00 PM - 4:00 PM

ENG-VERSION 7.7.20

*Item 104 Continue:*
*Springfield Office*
100 South Grand Ave East
Springfield IL 62762

1 (800) 843 - 6154
↑

## CDTES

☐ SNAP
**Supplemental Assistance Program**

☐ TANF
Temporary Assistance to Needy Families

SPECIAL PROJECTS

# CLIENT PARTICIPATION. *I mailed information to them.*

Career Development, Training & Employment Services programs wish you best success with your participation in our programs. We look forward to helping you meet your employment needs. We consider our work together as a partnership with each partner contributing 100% towards your success. The following is what we offer to you, (free of course), for being a client in this program.

- We promise to conduct a fair assessment of your skills and abilities based upon what you tell us and to suggest ways that you can make yourself more marketable to employers.
- We promise to train you in the best ways to seek, obtain and retain the employment that you desire.
- We promise to recommend to you education and/or training in order to help you obtain the employment that you desire.
- We will assist you in preparing your resume if necessary.
- If we place you, we promise to place you with employers who will be fair with you and seek to keep you on their team for the long term, as long as you follow that employer's workplace rules. If we place you in short term employment, (at your request), we promise to let you know the expected length of the employment.
- At our discretion, we will assist you with supportive services needed to complete service requirements. Upon employment this assistance will continue until you reach the yearly (IEE's) or monthly (Transportation) limits per IL Dept. of Human Services regulations.

In return for what we offer, and to allow us to serve you better, we ask that you commit to doing the following:

As a participant of the program I **Daisy Hernández** promise that I am only participating at the **Career Development Training, & Employment Services**. As a client of this program I must inform CDTES Staff of my association with any other program, to include participation in any EARNFARE ASSIGNMENT/UNSUBSIDIZED WORK ASSIGNMENT with a previous program upon enrollment. I affirm that I will not participate in any Earnfare assignment or employment program while participating at CDTES. If I decide that I want to participate in any other program I must submit in writing what program I have decided to enroll in, and why I have decided to cease participating at CDTES. I understand that any supportive services that I maybe entitled to will be stopped and paperwork will be

605 South Albany • Chicago, Illinois 60612 • (312)-588-3860 • Fax (312) 949-5909

*This approach was abusive towards me and it still is - 10/08/2018 Daisy Hernández*

*Item 105 Continue:*

56/06 **DHS** State of Illinois
Department of Human Services

SEQ: 42900

## Notice of Decision on Application for Cash, Medical and/or SNAP Benefits

| Date of Notice | Cat. | L.O. | Group | Basic | Caseload Number |
|---|---|---|---|---|---|
| MARCH 23, 2017 | 94 | 231 | 22 | HE1335 | 801 |

HERNANDEZ, DAISY      231
2616 N CENTRAL PARK AVE APT 2
CHICAGO IL  60647-1102

*Office time 4:30 5pm*

Local Office Address

HUMBOLDT PARK LOCAL OFF
2753 WEST NORTH AVENUE
CHICAGO, IL          60647-5246

THIS NOTICE TELLS YOU WHAT ASSISTANCE YOU WILL GET AND WHO WILL GET IT.  THIS NOTICE ALSO TELLS YOU WHAT ASSISTANCE YOU WILL NOT GET AND WHY.  THE NOTICE THEN TELLS YOU HOW YOU CAN APPEAL IF YOU DISAGREE WITH OUR DECISIONS.

LOCAL OFFICE TELEPHONE NUMBER: (773) 292-7200
FOR THE HEARING IMPAIRED WHO HAVE A
TELEPHONE DEVICE FOR THE DEAF (TTY), CALL: (866) 439-3721

REGARDING YOUR APPLICATION FOR SNAP BENEFITS FILED ON: 03/03/17

YOU WILL RECEIVE YOUR SNAP BENEFITS FOR 04/01/17 THROUGH 04/30/17
IN THE AMOUNT OF $ 194.00.

CASH AND SNAP BENEFITS ARE AVAILABLE ON THE ILLINOIS LINK CARD.  UNLESS YOU RECEIVED A CARD AT THE OFFICE WHERE YOU APPLIED ONE WILL BE MAILED TO YOU. TO CHOOSE YOUR PIN OR REQUEST A REPLACEMENT CARD CONTACT THE ILLINOIS LINK HELP LINE AT 1-800-678-LINK (5465) TTY 1-877-765-3459 OR GO TO THE ILLINOIS LINK CARD WEBSITE AT WWW.LINK.ILLINOIS.GOV.

*7th of each month*

*April 3, 2017 current Balance 5:02pm*

### CARNICERIAS JIMENEZ INC.

CARNICERIAS JIMENEZ FULLERTON
3850 W. FULLERTON AVE CHICAGO IL 60647
PH: (773)278-5769  FAX (773)278-6269
WWW.CARNICERIASJIMENEZ.COM

ALICIA
0001 05 05144158 04/03/17 11:51am 032
21010900000
85% LEAN GROUND        $4.96    LF

SUBTOTAL       $4.96
FS TOTAL       $4.96

EBT FS BALANCE    $108.51
EBT CASH BALANCE   $0.00

SUBTOTAL       $0.00
TOTAL          $0.00

EBT FS        $4.96
Card #SXXXXXXXXXXXXX2960   PIN Used
Food Stamps  +++  APPROVED  +++
Purchase Amount $     4.96

EBT Food Balance $   108.51
EBT Cash Balance $     0.00
Auth # 996414    Exp Date **/**
Lane # 05        Cashier # 32
04/03/17 11:52   Ref/Seq #058401
Mrch=000000 Term=001 IC=EB
EPS Sequence     # 058401

CHANGE        $0.00

# OF ITEMS: 1
THANK YOU FOR SHOPPING WITH US!!!
NO RETURNS OR EXCHANGES WILL BE MADE
WITHOUT A RECEIPT.
WITH RECEIPT 14 DAYS FOR NONPERISHABLE
ITEMS AND 72 HRS FOR PERISHABLE ITEMS.
GRACIAS POR COMPRAR CON NOSOTROS!!!
NO SE ACEPTAN CAMBIOS NI DEVOLUCIONES
SIN RECIBO DE COMPRA.
CON RECIBO 72 HORAS PARA ARTICULOS
PERECEDEROS Y 14 DIAS PARA EL RESTO.

### ALDI
Store #30
4030 N. WRIGHTWOOD, CHICAGO, IL
www.ALDI.us
Customer Service: (800) 325-7894

Your cashier today was Lola

Fiber Now Chwy Bar        1.39  FB
Walnuts                   4.99  FB
Flat Leaf Spinach         1.49  FB
FOOD STAMPS        TOTAL  7.87
Card #SXXXXXXXXXXXXX2960  PIN Used
Food Stamps  +++  APPROVED  +++
Purchase Amount $    7.87

EBT Food Balance $   236.44
EBT Cash Balance $     0.00
Auth # 338135    Exp Date **/**
Lane # 02        Cashier # 68
03/24/17 13:21   Ref/Seq #025412
EPS Sequence     # 025412
++APPROVED++

SUBTOTAL          7.87
AMOUNT DUE        7.87
TOTAL             7.87

EBT Food Stamps   7.87

#8373 440/030/002/068 03/24/17 01:21PM
********************************
Say hello to a healthier you.
Check out our latest better-for-
you picks and recipes at
ALDI.us/HelloHealthy.

Customer Service: 800-325-7894

PARKING ON
2nd FLOOR GARAGE!!!

Lleve su carrito a su carro en el
ESTACIONAMENTO
en el 2do PISO GARAGE !!!

Thank you for Your

9930080475232

Daisy Hernandez
2616 North Central Park Avenue
Chicago, IL. 60647
(773) 543-4944
dhernandez@vikings.northpark.edu

January 4, 2013

Janina J. Nieves, RN, M.B.A
Agency Supervisor
Jessifer Home Health Services, Inc
4738 North Harlem Avenue. Suite # 3
Harwood Heights. IL, 60706-4639

Dear Mrs. Nieves:

I am writing this letter in order to inform you in writing my resignation from Jessifer Home Health Service, Inc. effective January 18, 2013. two weeks from the above date.

Thank you for the opportunity you have given me, I have enjoyed working for your company this past two years.

Sincerely,

Daisy Hernandez

# Performance Evaluation


Jessifer Home Health

| Last Name: HERNANDEZ | First Name: DAISY | Social Security Number: |
|---|---|---|
| Position Title: SECRETARY | Date of Review (Month/Day/Year): 5-30-11 | Date of Last Review: 6 mths Review |
| Department: | | Period of Review (Month/Day/Year): From:      To: |

**Ratings Key:** Consider the degree work meets acceptable standards

1. Consistently Below Expectations
2. Below Expectations
3. Meets Expectations
4. Exceeds Expectations
5. Consistently Exceeds Expectations
6. Unobservable or Not Applicable

---

**1. WORK QUALITY:** How accurate, neat and complete is the individual's work? Give an example or reason.

Good quality of work - has picked up + has ability

| Rating |
|---|
| 1 |
| 2 |
| 3 |
| 4 ✓ |
| 5 |
| 6 |

---

**2. PRODUCTIVITY:** Does the individual effectively use available working time; plan and prioritize work; set and accomplish goals and complete assignments on schedule? Give an example or reason.

Works effectively - Does not waste time.

| Rating |
|---|
| 1 |
| 2 |
| 3 ✓ |
| 4 |
| 5 |
| 6 |

---

**3. KNOWLEDGE OF JOB:** Is individual familiar with the requirements of the position and the methods, practices, and equipment to complete the job? Give an example or reason.

Yes - catching on easily - ask questions as needed.

| Rating |
|---|
| 1 |
| 2 |
| 3 ✓ |
| 4 |
| 5 |
| 6 |

---

**4. ADAPTABILITY:** How well does the individual adjust to changes in job assignments, methods, personnel and surroundings. Give an example or reason.

Adjust well - asks questions as needed

| Rating |
|---|
| 1 |
| 2 |
| 3 ✓ |
| 4 |
| 5 |
| 6 |

---

**5. DEPENDABILITY:** Is the individual consistent in performing work assignments and carrying out instructions? Consider the amount of supervision required and willingness to take on responsibilities and to be accountable for them. Give an example or reason.

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
|   |   |   | ✓ |   |   |

**6. INITIATIVE AND RESOURCEFULNESS:** Does the individual notice projects to be done and then takes the appropriate action? Has the individual developed and/or carried out new ideas or methods, offered suggestions, anticipated needs and sought additional time to complete tasks. Give an example or reason.

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
|   |   | ✓ |   |   |   |

**7. JUDGMENT:** Does the individual exercise ability to decide correctly or choose best course of action when some decision must be made? Does the individual work in a safe manner, preventing accidents, injuries and theft. Give an example or reason.

*Has good judgement*

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
|   |   | ✓ |   |   |   |

**8. RELATIONSHIPS WITH PEOPLE:** Does the individual work effectively with others (supervisors, peers, subordinates)? Consider respect and courtesy shown to others, how attitude affects the work area, willingness to accept supervision, and attitude exhibited toward company as well as own job. Are apparel, manners and sociability appropriate to the job responsibilities? Give an example or reason.

*Friendly –*

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
|   |   | ✓ |   |   |   |

**9. ATTENDANCE:** Is the individual punctual when reporting to work? Does the individual adhere to the time limits for breaks and lunches? Does the individual follow company policy on sick leave, approval for vacation, and give prompt notice of absence due to illness? Give an example or reason.

*On Time –*

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
|   |   | ✓ |   |   |   |

**10. COMMUNICATION SKILLS:** To what extent does the individual demonstrate the ability to communicate effectively in both oral and written expression with other employees and his/her supervisor? Are issues dealt with and resolved constructively? Give an example or reason.

*Has good Communication skills, Friendly on the phone – answers phone promptly.*

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
|   |   | ✓ |   |   |   |

**11. LEADERSHIP ABILITY:** Is the individual able to motivate co-workers to accept and complete assignments in a timely and satisfactory matter? Give an example or reason.

*Daisy works on her own.*

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | ✓ |
| 4 | |
| 5 | |
| 6 | |

## GOALS FOR NEXT YEAR:

What goals will the employee achieve to improve his/her performance on the job?     **TO BE COMPLETED BY:**

1. _____

2. _____

3. _____

4. _____

5. _____

## EMPLOYEE COMMENTS:

If the employee wishes to do so, any comments concerning the Performance Improvement Plan or the evaluation (for example, agreement or disagreement) may be indicated in the space provided below.

_____

_____

## REVIEWER'S COMMENTS:

_____

_____

I have reviewed this document and discussed the contents with my supervisor. My signature means that I have been advised of my performance status and does not necessarily imply that I agree with this evaluation.

Employee's Signature: _Daisy Gonzales_ ____ Date: _June 11, 2012_

Supervisor's Signature: _Tamara News_ ____ Date: _5-30-11_

Reviewer's Signature: _____ Date: _____

# Performance Evaluation



Jessifer Home Health

| Last Name: HERNANDEZ | First Name: DAISY | Social Security Number: 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 |
|---|---|---|
| Position Title: SECRETARY | Date of Review (Month/Day/Year): 5·30·11 | Date of Last Review: 6 mls Review |
| Department: | | Period of Review (Month/Day/Year): From: 11-16-10 To: 5·30·11 |

**Ratings Key:** Consider the degree work meets acceptable standards

1. Consistently Below Expectations
2. Below Expectations
3. Meets Expectations
4. Exceeds Expectations
5. Consistently Exceeds Expectations
6. Unobservable or Not Applicable

**1. WORK QUALITY:** How accurate, neat and complete is the individual's work? Give an example or reason.

Has good work ethics

Rating: 4 ✓

**2. PRODUCTIVITY:** Does the individual effectively use available working time; plan and prioritize work; set and accomplish goals and complete assignments on schedule? Give an example or reason.

Completes assignments

Rating: 4 ✓

**3. KNOWLEDGE OF JOB:** Is individual familiar with the requirements of the position and the methods, practices, and equipment to complete the job? Give an example or reason.

Still learning, but pick up quickly - asks questions when not sure.

Rating: 3 ✓

**4. ADAPTABILITY:** How well does the individual adjust to changes in job assignments, methods, personnel and surroundings. Give an example or reason.

Adjusts very well

Rating: 4 ✓

**5. DEPENDABILITY:** Is the individual consistent in performing work assignments and carrying out instructions? Consider the amount of supervision required and willingness to take on responsibilities and to be accountable for them. Give an example or reason.

*Very dependable*

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | ✓ |
| 5 | |
| 6 | |

**6. INITIATIVE AND RESOURCEFULNESS:** Does the individual notice projects to be done and then takes the appropriate action? Has the individual developed and/or carried out new ideas or methods, offered suggestions, anticipated needs and sought additional time to complete tasks. Give an example or reason.

*Offers suggestions, is creative in her work*

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | ✓ |
| 5 | |
| 6 | |

**7. JUDGMENT:** Does the individual exercise ability to decide correctly or choose best course of action when some decision must be made? Does the individual work in a safe manner, preventing accidents, injuries and theft. Give an example or reason.

*Yes is dependable to make good decision for our business.*

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | ✓ |
| 5 | |
| 6 | |

**8. RELATIONSHIPS WITH PEOPLE:** Does the individual work effectively with others (supervisors, peers, subordinates)? Consider respect and courtesy shown to others, how attitude affects the work area, willingness to accept supervision, and attitude exhibited toward company as well as own job. Are apparel, manners and sociability appropriate to the job responsibilities? Give an example or reason.

*Has a good repor with staff + visits to the office.*

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | ✓ |
| 5 | |
| 6 | |

**9. ATTENDANCE:** Is the individual punctual when reporting to work? Does the individual adhere to the time limits for breaks and lunches? Does the individual follow company policy on sick leave, approval for vacation, and give prompt notice of absence due to illness? Give an example or reason.

*Has some tardy, but not habitual, req. days off in advance, so coverage can be gotten.*

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | ✓ |
| 5 | |
| 6 | |

**10. COMMUNICATION SKILLS:** To what extent does the individual demonstrate the ability to communicate effectively in both oral and written expression with other employees and his/her supervisor? Are issues dealt with and resolved constructively? Give an example or reason.

*Communicates effectively - reviews her work before presenting it*

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | ✓ |
| 5 | |
| 6 | |

**11. LEADERSHIP ABILITY:** Is the individual able to motivate co-workers to accept and complete assignments in a timely and satisfactory matter? Give an example or reason.

Daisy keeps up with required paperwork notifies staff when paperwork is late or missing

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | ✓ |
| 5 | |
| 6 | |

**GOALS FOR NEXT YEAR:**
What goals will the employee achieve to improve his/her performance on the job?           **TO BE COMPLETED BY:**

1. Improve tardiness

2. Will ask more questions when not      keep

3. Will work hard to maintain good record

4. Improve in all areas through practice

5. Billing (learn a new skill)

**EMPLOYEE COMMENTS:**
If the employee wishes to do so, any comments concerning the Performance Improvement Plan or the evaluation (for example, agreement or disagreement) may be indicated in the space provided below.

**REVIEWER'S COMMENTS:**

I have reviewed this document and discussed the contents with my supervisor. My signature means that I have been advised of my performance status and does not necessarily imply that I agree with this evaluation.

Employee's Signature: _Daisy Quiroz_     Date: _5/30/2011_

Supervisor's Signature: _Tamira Mees_     Date: _5-30-11_

Reviewer's Signature: _____     Date: _____



## In Grateful Appreciation and Recognition

### Presents this

# Certificate of Appreciation

to

Daisy Hernandez

for

Three Years

Continuous Loyal and Conscientious Service



Ernie Herrman
President
The Marmaxx Group

TJSA01

Case: 1:18-cv-06842 Document #: 1 Filed: 10/11/18 Page 124 of 145 PageID #:124



August 1, 2008

Daisy Hernandez
Store # 0562

Dear Daisy,

On the occasion of your 3 year anniversary, I would like to personally thank you for your hard work and dedication to T.J. Maxx.

Throughout the years T.J. Maxx has experienced tremendous growth and success, and your loyalty is greatly appreciated.

Congratulations and best wishes!

Sincerely,

David Wiese
Regional Vice President

SUITE 900, 500 PARK BOULEVARD, ITASCA, ILLINOIS 60143 (630)285-1075 FAX (630)285-1204



Item 124, Continued

From:
**Daisy Hernandez**
2616 North Central Park Avenue Apt. 2
Chicago, IL, 60647
September 12, 2018

To:
**Illinois Department of Public Health**
*Office of Health Care Regulation*
**Central Complaint Registry**
525 W. Jefferson St., Ground Floor
Springfield, IL 62761-0001
Fax Number: 217-524-8885
Email Address: dph.ccr@illinois.gov

**Contact Information of the Home Health Agency Involved:**
4738 North Harlem Avenue, Suite # 3
Harwood Heights, IL, 60706-4639
Tel: 708.867.8310   Fax: 708.867.8309

Dear To Whom It May Concern:

The bad customer service I received on Wednesday, August 29, 2018 from the cashier that took care of me at Carson's. Additionally the manner in which I had to persist to receive a phone call from Karen Senger or a representative from IDPH. Indicate to me that I need to provide further support, in regards to Jessifer Home Health Agency. Following I will provide a drawing of the office with a description of my duties to provide a foundation. I am going to highlight the places I would use, provide a description of what I would do, provide further information on incidents.

I don't like the struggle I have had to endure in order to receive a response from IDPH. It's not correct.

Key: Areas highlighted in pink I would not touch (Where Janina's). Areas highlighted in yellow I would touch (Daisy's) .

| A |
|---|
| Medical Supply Cabinet. On the right side of the door you have the supply cabinet. I would not touch this cabinet |
| **B** |
| On top of the supply cabinet you have tiers of bins/dividers which include the paperwork the nurses have to complete and turn into the office when they go visit a patient. Every active employee had one box, their name's where displayed on their corresponding divider. The employee's paycheck would go in their mailboxes. It was my responsibility to always make sure their where copies available on all the documents in displayed on this dividers. |

Item 130, Continued

| |
|---|
| C |
| Three Chairs |
| D |
| Janina's Printer |
| E. |
| Janina's Computer Janina's & Jessy's Computer. Janina was in charge of the computer programs which included: Visitrack and QuickBooks. Both of the incidents that occurred at the office the missing paycheck and the messed up QuickBooks occurred in this computer area. I would like to elaborate that Janina is someone that is very controlling. Janina is in control because she is a good manager of people. That does not mean that she was honest. Had I Daisy Hernandez actually stolen from Janina a paycheck she would have fired me. Had I Daisy Hernandez actually messed up QuickBooks Janina would have fired me. Janina and Jessy committed all by themselves the criminal activity that occurred in this area. I was not directly involved. Janina did not directly share the information with me. However I did pick up on it since there was a lot of whispering involved. I had a bad experience working with Jessy during Jessy's first months of employment. During my last year of employment Jessy made a comment out loud, "that she believed it was the aliens, her dad really believed in aliens." Please do not fall for this lie, which is not true. If aliens really exist I don't want them paying for the crimes this two ladies committed. Jessy probably did not want to get fired and blamed the aliens. To me it's not all her fault it's her mother's fault. It was all Jessy and Janina. Her mother should be made responsible for the criminal activity her daughter made because Janina was being a bad manager since she was aware her daughter needed constant guidance and support. When I was in the office I would see Jessy on Facebook. Again Janina was responsible for her daughter she told me that she was taking the responsibility. I was supportive of the action it was the correct thing to do. **Again do not get confused Visitrack and QuickBooks all Janina and Jessy.** I would stay away from this area and programs unless instructed by Janina to do otherwise. When Janina had the file of Mary Clemmons opened I did go into Visitrack when Janina was not in the office to review the notes which I found them all messed up. I would like to add that Janina had a phone available in her desktop. I, Daisy Hernandez did not have a phone available in my desktop I would get up to reach the phone. Reaching the phone was not a problem the office was small and Janina had two phones available in the office. |
| F. |
| Military and Regular Time Chart. I made and printed the chart on my time off from work on the Harris Chicago Public Library located in Downtown Chicago. I had no problem converting the time however I did it specifically for, "Jessy," because she was having a hard time converting the time however I also benefited from it. |
| G |
| Dividers |
| H |
| Pile of Papers |
| I |
| Top Drawer. |
| J |
| Employees Records. I, Daisy, would update and organize each employee record. |
| K |
| Small Refrigerator. The bottom shelf was all Janina's that's where she kept her cokes I would not touch. I would use the refrigerator to keep my lunch in it, clean and organize it. On two different |

Item 131, Continued

occasions I came into the office and found the refrigerator with water puddles. The first time I was surprised and I cleaned up the water. The second time it was towards the end of my employment and that's when I began to suspect Janina. Janina would defrost the refrigerator, on purpose and not tell me. I decided not confront Janina in regards to why she would never tell me what she did, since it was horrible to me. Janina never mentioned that the black refrigerator was broken. When I explained to Janina the first time I came in and found the huge puddle of water, Janina did not worry about the refrigerator. Janina's response is suspicious. Overall I would clean the refrigerator.

L

On top of the refrigerator there was a microwave, I would use it to heat up my lunch.

M

Plastic Divider where Janina kept her food which was usually preserved goods. For example TV Dinner Plates. I did throw away her expired goods I noticed they had being there for a while. One day I decided to go through the drawers and throw away the expired goods. Janina would use the containers. I, Daisy would clean it, since I usually eat fresh food. I would eat some of her food when I would notice it was going to expire, I did not like seeing expired goods in the office or throwing them away. I did not eat TV dinners since I don't like them.

N

This drawer had two compartments on the top one she would keep her office supplies on the bottom one copies of the paperwork she would use. On the top drawer Janina kept her office checks supplies, I would occasionally go through this two drawers The only reason I went into the bottom drawer was to organize the paperwork.

O

On top the medical white refrigerator that did not work

P

The computer I would use most of the time I was in the office. Janina and Jessy would use it. I found Wilbert's porn in the computer.

Q

The home health agencies not paid bills, which I would have to review in order to make sure that the people where charging for notes the agency had on file. Mistakes where found, which I corrected. The mistakes where corrected without the problems escalating.
Janina would pay the bills I would give her on her desk top.

R

On the bottom drawer I would organize the bills that got paid.

S

Paperwork Janina would not use. I did bring up the topic, to Janina. If Janina did not use the paperwork I wanted Janina to throw it away however Janina did not.

T

Calendar I would use to keep track of the office rent. It was my job to remind Janina to pay the rent and to keep track of the rent paid or not paid.

U

Office window. While I was working for Apple One Staffing Agency I was implied that Janina was stating that enough noise would enter the office for me not to hear Janina speak, in the case of the CNA, Cecilia that is a lie. Specifically on that day I took the call in Janina's phone in the office, I was sitting momentarily, for the entire duration of the phone call, in Janina's desk top during the conversation with Cecilia the CNA. Janina was sitting on my desk top. I did not complete a careless

Item 132, Continued

| |
|---|
| job for the agency, I did not have a problem where someone was speaking in a manner that I could not understand and I did not correct or speak up. On the occasions I would not understand I would explain I could not understand and request a fax to be send. |
| V |
| Shelf of Binders. I would update and organize the following binders:  NPI number for MD, every provider that visited the patient's needed to have a license and insurance coverage and I would keep track of both. The employees from Jessifer Home Health Agency also needed a health physical which were organized in a binder, I would update. There were different websites I would go to. Janina trained me on how to access this information in order to keep the records up to date, one of those websites was to look up the NPI number for the MD. |
| W |
| Printer |
| X |
| Round Table |
| Y |
| Fax Machine. I, Daisy would mostly use the fax machine in the office. |
| Z. |
| Dividers Mistake |
| A1. |
| Patient's Binders. Generally but not always the top two shelfs where active patients I went through every page in each binder for the active patients constantly. Every day I would review the binders, this was my focus in the office. The bottom shelfs where inactive patient's. |
| A2. |
| Office Plant. I, Daisy would keep track and water the plant. During the beginning of my employment it was dying. |

September 10, 2018

**Recap on Phone Call Completed: Thursday, September 6, 2018**

-Further elaboration in regards to the white refrigerator. I overheard a conversation Janina had in regards to the white refrigerator. A nurse noticed it was one degree off, the doctor replaced it. Janina asked the doctor for the refrigerator in hopes that one day Janina's husband would fix it.

- The only time Janina brought medication into the office that I am aware off was during the end of my employment. Janina brought flu vaccination bottles into the office. Janina placed the bottles in the regular refrigerator at the bottom with her coke bottles. I did not touch them. A nurse made me aware that one of the bottles she was given had clouded, which meant the vaccination had spoiled. I was not involved directly in the billing or clinical area of the practice. Janina made all the decisions in regards to the care of her patients and also for the entire office. I just followed her instructions. She had the final word in everything.

-During the first year when Janina was still just an awesome retired nurse who was just desperately struggling to safe and support her daughter, "Jessy." Janina shared with me that a doctor had closed the department Janina was in charge of in the hospital because Janina had completed such an awesome job in the department. My impression was that Janina was an

Item 133, Continued

awesome nurse. I signed an empty incident report for Janina. Janina instructed me to, Janina put it in front of me on top of my desk. I don't remember the details. This is a red flag.

-The concern that I shouldn't become a CNA, or involved in the healthcare area did cross my mind. Even though the comment was corrected to only stay away from the home health agency area. At the moment I am convinced not to go into the CNA area anymore. Janina is in, "control," up to a point that is extremely inappropriate especially for a nurse. (Additionally I would like to add a thought that crossed my mind when Janina was taking care of the wife of one of her brothers that Janina might be a part of a health care system, "mafia," I could be completely wrong in all honesty I have no evidence, that thought just crossed my mind during that time period.) Since I left the home health agency I haven't being able to accomplish any goals. The health care system is constantly on my mind, since I am persistently going through harassment. In my lifetime I have accomplished many goals, I feel very proud of them. I have no problems beginning and ending tasks. The healthcare area is like a tasks I began and did not finish. I need help finishing, closing it and moving on.

-I am extremely worried in regards to my father. My father is the strongest member of the family every member is important however I am weak. Janina can be distracted by the suffering she has caused me, Daisy already and will continue causing me.

-My character that made Janina's flaws stand out to me was when I began to confront Janina to correct her oppressive behavior and environment she would create. The agents on the ground did not correct this environment in regards to me, Daisy Hernandez. I don't want the agents that just went along with the oppression to go unpunished.

## Recap on Phone Call Completed: Friday, September 7, 2018

-I called back on Friday to pick up where we left of the day before because when I went to my local grocery store: Tony's Finer Foods, the cashier by the name of, "Daisy," told me, "please give me what you put inside the bag," she was already convinced I had stolen. The advice you gave me is correct I need a lawyer I want a lawyer, I am having a hard time finding one. (Only time is going to tell me if I can trust you, after I receive the results of your work, sorry, since I left the home health agency the government on the ground has just being abusing me. Janina is fighting hard to escape justice.)

-I cannot move on. I am going to stop calling IDPH in regards to the topic of Janina. However I am going to continue on the topic because since I left the home health agency I haven't being able to live the life I choose. Someone stole the last five years of my life.

- My conscious is, "clean and clear," in regards to my decisions and behavior at the home health agency and Our Lady of Grace, while I was employed at Jessifer Home Health Agency. However I do take responsibility, the ladies from IDPH needed more support from me since Janina is such a strong fighter. I was not strong enough to contact IDPH, while I was employed for the agency. I felt that I wouldn't be able to overcome cross questioning. Know I am strong enough to overcome cross questioning, after I received confirmation and confirmation on the lies Janina made.

Item 134, Continued

-On my end, on the ground, I picked up on a lot of lies Janina was making and corrected them.

Questions or comments feel free to contact me at my cell phone: 773.543.4944 and at through my email:dai_hernandez@icloud.com. Thank you for your time.- Daisy Hernandez.

# STAPLES

Low prices.  Every item.  Every day.

Store No: 1611

111 North Wabash Ave.

Chicago, IL 60602

312-641-1213

262626 00 026 62814
Receipt #: 62814        10/05/2018 13:43

| Qty | Description | Amount |
|-----|-------------|--------|
| 17  | X BW SS LTR - 233548 | 1.87 |
|     | SubTotal | 1.87 |
|     | Taxes | 0.19 |
|     | Total | USD $2.06 |

VISA #:*************9658 [C]

VISA CREDIT

Chip Read

Auth No.: 005693

Mode: Issuer

AID: A0000000031010

NO CVM

The Cardholder agrees to pay the Issuer of
the charge card in accordance with the
agreement between the Issuer and the
Cardholder.

Compare and Save
With Staples-brand products.
THANK YOU FOR SHOPPING AT STAPLES!



16111005186281426

## Full-service Printing:

Visit documents.staples.com
and order exactly what you
need to be printed at your local
store by our experts. Just pick
it up when it's done or get it
delivered.

## Self-service Printing:

Email your project to
staples@printme.com.
Visit us in store at the self-serve
printer, choose the print option and
enter the 8-digit code we send to
your email.

# STAPLES

Make More Happen

Low prices.  Every item.  Every day.

Store No: 1611

111 North Wabash Ave.

Chicago, IL 60602

312-641-1213

262626 00 026 62898
Receipt #: 62898        10/07/2018 14:42

| Qty | Description | Amount |
|-----|-------------|--------|
| 7 | X BW SS LTR - 233548 | 0.77 |
| | SubTotal | 0.77 |
| | Taxes | 0.08 |
| | Total | USD $0.85 |

VISA #:************9658 [C]

VISA CREDIT

Chip Read

Auth No.: 007117

Mode: Issuer

AID: A0000000031010

NO CVM

The Cardholder agrees to pay the Issuer of
the charge card in accordance with the
agreement between the Issuer and the
Cardholder.

Compare and Save
With Staples-brand products.
THANK YOU FOR SHOPPING AT STAPLES!



16111007186289826

## Full-service Printing:

Visit documents.staples.com
and order exactly what you
need to be printed at your local
store by our experts. Just pick
it up when it's done or get it
delivered.

## Self-service Printing:

Email your project to
staples@printme.com.
Visit us in store at the self-serve
printer, choose the print option and
enter the 8-digit code we send to
your email.

# STAPLES

Make More Happen

Low prices. Every item. Every day.

Store No: 1611

111 North Wabash Ave.

Chicago, IL 60602

312-641-1213

262626 00 026 62899

Receipt #: 62899        10/07/2018 14:55

| Qty | Description | Amount |
|-----|-------------|--------|
| 12 | X BW SS LTR - 233548 | 1.32 |
| | SubTotal | 1.32 |
| | Taxes | 0.14 |
| | Total | USD $1.46 |

VISA #:*************9658 [C]

VISA CREDIT

Chip Read

Auth No.: 007127

Mode: Issuer

AID: A0000000031010

NO CVM

The Cardholder agrees to pay the Issuer of
the charge card in accordance with the
agreement between the Issuer and the
Cardholder.

Compare and Save
With Staples-brand products.
THANK YOU FOR SHOPPING AT STAPLES!



16111007186289926

## 2 WAYS TO PRINT FROM YOUR MOBILE DEVICE.

## Full-service Printing:

Visit documents.staples.com
and order exactly what you
need to be printed at your local
store by our experts. Just pick
it up when it's done or get it
delivered.

## Self-service Printing:

Email your project to
staples@printme.com.
Visit us in store at the self-serve
printer, choose the print option and
enter the 8-digit code we send to
your email.



# DOLLAR TREE STORES, INC.

Store# 6407     (773) 486-8616
222 N. Milwaukee Ave
Chicago IL 60647-4C55

| DESCRIPTION | QTY | PRICE | T4L |
|---|---|---|---|
| XPAK POLY MAILER | 1 | .00 | 1.0 T |
| Sub Total | | | $ |
| SALES TAX | | | $ |
| Total | | | $ |
| Cash | | | $ |
| CHANCE | | | $ |

Thank You for Shopping at Dollar Tree
Where Everything's $1.00
Now Shop On-line at Dollartree.cor

*******   ***************   ***
*     We value your opinion'
*   Plea  provide your feedback at
*   www.dollartreefeedback.cor
* Receive    to win $1,000 daily plus
* Instant prizes valued at $1,500 weekly
*        1-877-368-2540
*        rules, eligibility and sweeps
*        and previous winners please visit
*   www.dollartreefeedback.cor
*        purchase/survey required to enter
*   Sweepstakes sponsored by Empathica, Inc.
*   across multiple international clients
*     Survey Code: 7960 0346 9174 0104
*
*   will gladly exchange any unopened item
*   with original receipt. We do not offer refunds.
*** **********************************
9  06407 01 012 2539401     7/19 18 15:07
Associate:Rosa

---

# DOLLAR TREE

Store# 6407     (773) 486-8616
2 82 N. Milwaukee Ave
Chicago IL 60647-4C55

| DESCRIPTION | QTY | PRICE | T4L |
|---|---|---|---|
| FILE FOLDER | 1 | .00 | 1.00T |
| Sub Total | | | $ |
| SALES TAX | | | $ |
| Total | | | $ |
| Cash | | | $ |

Thank You for Shopping at Dollar Tree
Where Everything's $1.00
Now Shop On-Line at Dollartree.cor

*   ***********************************
*     We value your opinion!
*   Please provide your feedback at
*   www.dollartreefeedback.cor
*  Receive chances to win $1,000 daily plus
*  Instant prizes valued at $1,500 weekly
*   or by calling 1-877-368-2540
* for complete rules, eligibility and sweeps
*   period and previous winners please visit
*   www.dollartreefeedback.cor
*   No purchase/survey required to enter
*   Sweepstakes sponsored by Empathica, Inc.
*   across multiple international clients
*     Survey Code: 9960 0920 7 74 0204
*
*   We will gladly exchange any unopened item
*   with original receipt. We do not offer refunds.
* ***********************************
9  83 06407 01 012 26240890    9/29 18  14:30
S os Associate:Brittany

---

# DOLLAR TREE STORES, INC.

Store# 6407     (773) 486-8616
222 N. Milwaukee Ave
Chicago IL 60649 4075

| DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|
| XPAK POLY MAILER | 1 | 1.00 | 1.00T |
| Sub Total | | | $1.00 |
| SALES TAX | | | $0.10 |
| Total | | | $1.10 |
| Cash | | | $5.00 |
| CHANGE | | | $-3.90 |

Thank You for Shopping at Dollar Tree
Where Everything's $1.00
Now Shop On-Line at Dollartree.com

***********************************
*     We value your opinion!
*   Please provide your feedback at
*   www.dollartreefeedback.com
* Receive chances to win $1,000 daily plus
*  Instant prizes valued at $1,500 weekly
*   or by calling 1-877-368-2540
* for complete rules, eligibility and sweepstakes
*   period and previous winners please visit
*   www.dollartreefeedback.com
*   No purchase/survey required to enter
*   Sweepstakes sponsored by Empathica, Inc.
*   across multiple international clients.
*     Survey Code: 7360 0503 2274 0204
*
*   We will gladly exchange any unopened item
*   with original receipt. We do not offer re
***********************************
5203 06407 02 022 21452805     7/2
Associate:madelin

**Walgreens**

#07359 3222 N MILWAUKEE AVE
CHICAGO, IL 60618
773-481-5876

202  5539  0023  10/01/2018 7:24 PM

```
WFORD TRNSPRNT TAPE .75"X1300"
  REGULAR PRICE    3.79   A
  SAVINGS 1.90
                   1.89 SALE
WFORD SHEET PROTECTORS 10S
  0490229 4726            A   1.49
  RETURN VALUE 1.89
  RETURN VALUE 1.49

SUBTOTAL              3.38
SALES TAX A=10.25%    0.35
TOTAL                3.73
CASH                10.73
CHANGE               7.00

STORE ADVERTISED SAVINGS   1.90
```

THANK YOU FOR SHOPPING AT WALGREENS

GET MORE WITH BALANCE REWARDS.
REDEEM POINTS FOR SOMETHING EXTRA
IN A FUTURE PURCHASE. RESTRICTIONS
APPLY. FOR TERMS AND CONDITIONS,
VISIT WALGREENS.COM/BALANCE.

RFN# 0735-9235-5399-1810-0103

rewards · balance

```
TOTAL SAVINGS             $1.90
SAVINGS VALUE              36%
POINT BALANCE             640
POINTS TO $5 REWARD      4360
BALANCE REWARDS ACCT # ***2028
OPENING BALANCE          610
EVERYDAY POINTS - RETAIL  30
CLOSING BALANCE          640
```

---

**Walgreens**

#07359 3222 N MILWAUKEE AVE
CHICAGO, IL 60618
773-481-5876

202  1143  0071  01/09/2018 3:02 PM

```
PHOTOFINISHING 009403   A   1.17
  RETURN VALUE 1.17
SUBTOTAL              1.17
SALES TAX A=10.25%    0.12
TOTAL                1.29
CASH                 1.29
CHANGE                .00
```

THANK YOU FOR SHOPPING AT WALGREENS

DID YOU KNOW THAT YOU CAN EARN POINTS
ON THOUSANDS OF ITEMS IN-STORE AND
ONLINE? SEE OUR WEEKLY AD FOR MORE
INFORMATION. ITEMS CHANGE WEEKLY.
RESTRICTIONS APPLY. FOR TERMS AND
CONDITIONS, VISIT WALGREENS.COM/BALANCE.

RFN# 3735-9711-1435-1801-0903



rewards · balance

$0 copay on flu shots with most insurance
plans. No appointment needed. Learn more
at the pharmacy.

How are we doing?
Enter our monthly sweepstakes for
$3,000 cash

Visit
WWW.WALGREENSLISTENS.COM
or call toll free
1-800-219-7451
within 72 hours to take a short
survey about this Walgreens visit

Queremos saber
su opinión
Participe en nuestro sorteo mensual de
$3,000 dólares

---

**Walgreens**

#07359 3222 N MILWAUKEE AVE
CHICAGO, IL 60618
773-481-5876

202  ....  0071  04/27/2018 3:.. PM

```
RETURN VALUE 2.34
SUBTOTAL             2.34
SALES TAX A=10.25%   0.24
TOTAL                2.58
VISA CREDIT          2.58
CHANGE                .00
```

THANK YOU FOR SHOPPING AT WALGREENS

GET MORE WITH BALANCE REWARDS.
REDEEM POINTS FOR SOMETHING EXTRA
IN A FUTURE PURCHASE. RESTRICTIONS
APPLY. FOR TERMS AND CONDITIONS,
VISIT WALGREENS.COM/BALANCE.

RFN# 0739-7712-0674-1804-2703

rewards · balance

```
POINT BALANCE            750
POINTS TO $5 REWARD     4250
BALANCE REWARDS ACCT # ***2028
OPENING BALANCE          730
EVERYDAY POINTS - RETAIL  20
CLOSING BALANCE          750
```

How are we doing?
Enter our monthly sweepstakes for

Item 119, Continue

Item 120, Continue!

ROBERTO CLEMENTE
2339 N CALIFORNIA AVE
CHICAGO
IL

| | Sale Qty | Final Price |
|---|---|---|
| | | $7.25 |

USPS Tracking #:
(9505 5104 7491 6018 1519 29)
Insurance            1            $0.00
(Up to $50.00 included)

| Total | $7.25 |
|---|---|
| Cash | $8.00 |
| Change | ($0.75) |

Includes up to $50 insurance

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

---

ROBERTO CLEMENTE
2339 N CALIFORNIA AVE
CHICAGO
IL
60647-9998

| Product Description | Sale Qty | Final Price |
|---|---|---|
| | | $1.42 |

(Delivery Date)
(Saturday 03/05/2016)

| Total | $1.42 |
|---|---|
| Cash | $1.52 |
| Change | ($0.10) |

***************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
***************************************

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.

***************************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes.
***************************************

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT

---

| | | $1.00 |
|---|---|---|

Thank you for your business

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE



Case: 1:18-cv-06842 Document #: 1 Filed: 10/11/18 Page 139 of 145 PageID #:139

**Column 1 (faded):**

Product Description | Sale Qty | Final Price

PM 2 Day 1 $9.85
(Domestic)
(PHILADELPHIA, PA 19100)
(Weight:1 Lb 2.20 Oz)
(Expected Delivery Date)
(Friday 05/18/2018)
(USPS Tracking #)
(9505 5104 749... 8136 1500 12)
Insurance 1 $0.00
(Up to $50 included)

$9.85

Cash $10.00
Change ($0.15)

Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.usps.com

ALL SALES ARE FINAL

Please visit www.usps.com/refunds to
file your refunds electronically.
Refund request for Adult Signature &
Restricted Delivery must be made in
person at a USPS Retail Location.

ROBERTO CLEMENTE
2339 N CALIFORNIA AVE
CHICAGO
IL
60647-9998
1615820471
01/08/2018 (800)275-8777 3:47 PM

Product Description | Sale Qty | Final Price

First-Class 1 $1.40
Mail
Large Envelope
(Domestic)
(SPRINGFIELD, IL 62704)
(Weight:0 Lb 2.80 Oz)
(Estimated Delivery Date)
(Wednesday 01/10/2018)
First-Class 1 $1.19
Mail
Large Envelope
(Domestic)
(CHICAGO, IL 60651)
(Weight:0 Lb 1.80 Oz)
(Estimated Delivery Date)
(Wednesday 01/10/2018)
First-Class 1 $2.24
Mail
Large Envelope
(Domestic)
(SPRINGFIELD, IL 62704)
(Weight:0 Lb 6.50 Oz)
(Estimated Delivery Date)
(Wednesday 01/10/2018)

Total $4.83

Cash $5.00
Change ($0.17)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.

**Column 3 (faded):**

ROBERTO CLEMENTE
2339 N CALIFORNIA AVE
CHICAGO
IL
60647-9998
1615820471
(800)275-8777 5:36 PM

Product Description | Sale Qty | Final Price

Neon 1 $0.50
Celebrate!
(Unit Price:$0.50)

Total $0.50

Cash $0.50



ROBERTO CLEMENTE
2339 N CALIFORNIA AVE
CHICAGO
IL
60647-9998
1615820471
07/19/2018        (800)275-8777    6:15 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Package Service - Retail 2 Days | 1 | $3.50 |

(Domestic)
(CHICAGO, IL  60654)
(Weight:0 Lb 3.10 Oz)
(Estimated Delivery Date)
(Saturday 07/21/2018)
(USPS Tracking #)
(9500 1104 7491 8200 1951 74)

| Total | $3.50 |
|---|---|

($1.50)

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business.

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

---

ROBERTO CLEMENTE
2339 N CALIFORNIA AVE
CHICAGO
IL
60647-9998
1615820471
06/23/2018        (800)275-8777    1:21 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Package Service Retail 2 Days | 1 | $3.50 |

(Domestic)
(CHICAGO, IL  60654)
(Weight:0 Lb 3.80 Oz)
(Estimated Delivery Date)
(Monday 06/25/2018)
(USPS Tracking #)
(9500 1104 7494 8174 1932 50)

| Total | $3.50 |
|---|---|

Credit Card Remit                $3.50
(Card Name:VISA)
(Account #:XXXXXXXXXXXX6858)
(Approval #:803082)
(Transaction #:657)
(Entry Mode:Chip)
(AID:A0000000031010)

(Chip Card:VISA CREDIT)

(Term:20PT0634tdt157r)
(AL: )
(CVM: 9009)
(TR: 00Q0AC0Q00000)
(IAD:6800)
(TVR:8000008000)

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

---

ROBERTO CLEMENTE
2339 N CALIFORNIA AVE
CHICAGO
IL
60647-9998
1615820471
07/03/2018        (800)275-8777    5:50 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Package Service - Retail 2 Days | 1 | $3.75 |

(Domestic)
(CHICAGO, IL  60654)
(Weight:0 Lb 5.90 Oz)
(Estimated Delivery Date)
(Thursday 07/05/2018)
(USPS Tracking #)
(9500 1104 7493 8184 2004 64)

| Total | $3.75 |
|---|---|
| Cash | $3.75 |

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

Case: 1:18-cv-06842 Document #: 1 Filed: 10/11/18 Page 141 of 145 PageID #:141

Item 123, Continue!

ROBERTO CLEMENTE
2839 N CALIFORNIA AVE
CHICAGO
IL
60647-9998
1615820471
07/31/2018    (800)275-8777    1:14 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class | 1 | $0.50 |

Total    $0.50

Cash    $0.50

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage Refunds for guaranteed services only Thank you for your business

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

or scan this code with your mobile device

or call 1-800-410-7420.

---

UPTOWN
4850 N BROADWAY ST
CHICAGO
IL
60640-9998
1615930401
09/24/2018    (800)275-8777    2:11 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Mail Letter | 1 | $0.50 |
| (Domestic) (CHICAGO, IL 60661) (Weight:0 Lb 0.60 Oz) (Estimated Delivery Date) (Wednesday 09/26/2018) | | |
| First-Class Mail Letter | 1 | $0.50 |
| (Domestic) (CHICAGO, IL 60602) (Weight:0 Lb 0.60 Oz) (Estimated Delivery Date) (Wednesday 09/26/2018) | | |
| Non Mach. Surch. | 1 | $0.21 |

Total    $1.21

Cash    $10.21
Change    ($9.00)

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage Refunds for guaranteed services only Thank you for your business

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5606-0049-002-00029-34463-02

---

UPTOWN
4850 N BROADWAY ST
CHICAGO
IL
60640-9998
1615930401
09/25/2018    (800)275-8777    10:08 AM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Package Service - Retail 3 Days | 1 | $3.75 |
| (Domestic) (PHILADELPHIA, PA 19106) (Weight:0 Lb 6.70 Oz) (Estimated Delivery Date) (Friday 09/28/2018) (USPS Tracking #) (9500 1117 8878 8268 1914 33) | | |

Total    $3.75

Cash    $4.00
Change    ($0.25)

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage Refunds for guaranteed services only Thank you for your business

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

*Item 184, Continued*

**TAB 2**.................................................................................................................................... **QUESTION 12** *and 14*

    **Item 1 through 6,** Continued. PGS. 1-6

    **Item 7 through 18,** Continued PGS. 1-12 Paper Titled: "INCIDENT REPORT RECARDING: JESSIFER HOME HEALTH SERVICES, INC"

    **Item 19 through 22,** Continued. PGS. 1-4 Paper Titled: "Jessy"

ITEM 23 THROUGH 25, CONTINUED........... PGS. 1-3 PAPER TITLED: "REQUESTING LEGAL ASSISTANCE IN THE AREA OF EMPLOYMENT DISCRIMINATION."

ITEM 26 THROUGH 27, CONTINUED. COVER LETTER

    **Item 28 through 29,** Continued. Resume

    **Item 30 through 31,** Continued. Handout, Titled: "Healthy Relationships."

    **Item 32,** Continued. Handout, Titled: "Financial Abuse."

    **Items 33 through 37,** Continued. Paper Titled: "Discrimination in the Area of Public Accommodation." PGS. 1-5

    **Items 38 through 42,** Continued Paper Titled: "Discrimination in the Area of Employment Accommodation." PGS. 1-5

**TAB 3**.................................................................................................................................... **QUESTION 13 AND 16**

ITEMS 43 THROUGH 45, CONTINUED. MY MOTHER AND SISTER WROTE ME A LETTER FOR MY CONFIRMATION RETREAT

ITEM 46 AND 47,CONTINUED. SISTER LOUANNA I ENJOYED THE COMPANY OF THE SISTERS FROM NOTRE DAME HIGH SCHOOL FOR GIRLS. I TRULY BELIEVE IN MY HEART THAT JESUS CALLED THEM ON THEIR MISSION ON THIS EARTH. I WOULD LIKE THE ABILITY TO RECEIVE AND READ A LETTER FROM THE SISTERS OF NOTRE DAME HS FOR GIRLS AND BE ABLE TO SEND THEM MONEY. THE SISTERS OF NDHS WHERE THERE FOR ME WHEN I NEEDED THEM. I FEEL THAT I HAVE FAILED THEM.

    **Items 48 AND 49,** Continued. My mother's GED Teacher gave me this letter, when I was at James Monroe Elementary School. I was popular because of my reading points. I kept his letter because I enjoyed his company.

    **Items 50 AND 51.** Continued. One of my best friends in NDHS for Girls wrote me a letter

    **Item 52,** Continued. My best friend from NDHS for Girls wrote me a letter.

    **Item 53,** Continued. Graduation Card from the Bischoff Family

    **Item 54,** Continued. My favorite place in NDHS for Girls, The Library. The librarians where great, they gave me a Starbucks Gift Card and Greeting Card on my graduation. They made me feel special.

    **Item 55,** Continued. Graduation Greeting Card from my family in Apt. 1

    **Items 56 through 68,** Continued. Certificates of Achievement from James Monroe Elementary School.

    **Item 69,** Continued. Trophy I won in a writing competition at James Monroe Elementary School and Picture of personalized mug my best friend from NDHS for Girls gave me with my name and a butterfly filled with delicious caramels for helping her with her homework. This gift meant a lot to me because I would sometimes go hungry and go out of my way to help her.

    **Item 70 through 72,** Continued. I made a collection of tokens I have collected from people. The contrast of what I have gone through after I left the home health agency is in that sheet. I am used to receiving gifts of encouragement for my character.

    **Item. 73,** Continued. My Second Honors from Notre Dame High School for Girls.

    **Item 74 through 77,** Continued. Formation Classes Certificates. PGS. 1-4. YEARS: 2010,2011,2012

    **Items 78 through Item 92,** Continued. Copies of my W2's and notes. Before, During and After Employment for Jessifer Home Health Agency, Inc. Fifteen pages in total.

    **Items 93 through 105,** Continued. The response to my cries.

    **Items 106 through Item 112,** Continued. My Resignation Letter and Performance Evaluation from Jessifer Home Health Agency. Seven Pages in total.

    **Item 113 and 114,** Continued. Certificate of Appreciation from TJ Maxx and a Thank you letter.

    **Items 115 through 121,** Continued. Janina's, Jessica's (Jessy's) and Daisy's Area of focus in the office.

TAB 2........................................................................................................................................................... QUESTION 12 and 16

Item 1 through 6, Continued. PGS. 1-6

Item 7 through 18, Continued PGS. 1-12 Paper Titled: "INCIDENT REPORT RECARDING: JESSIFER HOME HEALTH SERVICES, INC"

Item 19 through 22, Continued. PGS. 1-4 Paper Titled: "Jessy"

ITEM 23 THROUGH 25, CONTINUED .......... PGS. 1-3 PAPER TITLED: "REQUESTING LEGAL ASSISTANCE IN THE AREA OF EMPLOYMENT DISCRIMINATION."

ITEM 26 THROUGH 27, CONTINUED. COVER LETTER

Item 28 through 29, Continued. Resume

Item 30 through 31, Continued. Handout, Titled: "Healthy Relationships."

Item 32, Continued. Handout, Titled: "Financial Abuse."

Items 33 through 37, Continued. Paper Titled: "Discrimination in the Area of Public Accommodation." PGS. 1-5

Items 38 through 42, Continued Paper Titled: "Discrimination in the Area of Employment Accommodation." PGS. 1-5

TAB 3........................................................................................................................................................... QUESTION 13 AND 16

ITEMS 43 THROUGH 45, CONTINUED. MY MOTHER AND SISTER WROTE ME A LETTER FOR MY CONFIRMATION RETREAT

ITEM 46 AND 47, CONTINUED. SISTER LOUANNA I ENJOYED THE COMPANY OF THE SISTERS FROM NOTRE DAME HIGH SCHOOL FOR GIRLS. I TRULY BELIEVE IN MY HEART THAT JESUS CALLED THEM ON THEIR MISSION ON THIS EARTH. I WOULD LIKE THE ABILITY TO RECEIVE AND READ A LETTER FROM THE SISTERS OF NOTRE DAME HS FOR GIRLS AND BE ABLE TO SEND THEM MONEY. THE SISTERS OF NDHS WHERE THERE FOR ME WHEN I NEEDED THEM. I FEEL THAT I HAVE FAILED THEM.

Items 48 AND 49, Continued. My mother's GED Teacher gave me this letter, when I was at James Monroe Elementary School. I was popular because of my reading points. I kept his letter because I enjoyed his company.

Items 50 AND 51, Continued. One of my best friends in NDHS for Girls wrote me a letter

Item 52, Continued. My best friend from NDHS for Girls wrote me a letter.

Item 53, Continued. Graduation Card from the Bischoff Family

Item 54, Continued. My favorite place in NDHS for Girls, The Library. The librarians where great, they gave me a Starbucks Gift Card and Greeting Card on my graduation. They made me feel special.

Item 55, Continued. Graduation Greeting Card from my family in Apt. 1

Items 56 through 68, Continued. Certificates of Achievement from James Monroe Elementary School.

Item 69, Continued. Trophy I won in a writing competition at James Monroe Elementary School and Picture of personalized mug my best friend from NDHS for Girls gave me with my name and a butterfly filled with delicious caramels for helping her with her homework. This gift meant a lot to me because I would sometimes go hungry and go out of my way to help her.

Item 70 through 72, Continued. I made a collection of tokens I have collected from people. The contrast of what I have gone through after I left the home health agency is in that sheet. I am used to receiving gifts of encouragement for my character.

Item. 73, Continued. My Second Honors from Notre Dame High School for Girls.

Item 74 through 77, Continued. Formation Classes Certificates. PGS. 1-4. YEARS: 2010,2011,2012

Items 78 through Item 92, Continued. Copies of my W2's and notes. Before, During and After Employment for Jessifer Home Health Agency, Inc. Fifteen pages in total.

Items 93 through 105, Continued. The response to my cries.

Items 106 through Item 112, Continued. My Resignation Letter and Performance Evaluation from Jessifer Home Health Agency. Seven Pages in total.

Item 113 and 114, Continued. Certificate of Appreciation from TJ Maxx and a Thank you letter.

Items 115 through 121, Continued. Janina's, Jessica's (Jessy's) and Daisy's Area of focus in the office.

*Item 12e, Continued*

TAB 2......................................................................................................................... QUESTION 12 *and 16*

Item 1 through 6, Continued. PGS. 1-6

Item 7 through 18, Continued PGS. 1-12 Paper Titled: "INCIDENT REPORT RECARDING: JESSIFER HOME HEALTH SERVICES, INC"

Item 19 through 22, Continued. PGS. 1-4 Paper Titled: "Jessy"

ITEM 23 THROUGH 25, CONTINUED .......... PGS. 1-3 PAPER TITLED: "REQUESTING LEGAL ASSISTANCE IN THE AREA OF EMPLOYMENT DISCRIMINATION."

ITEM 26 THROUGH 27, CONTINUED. COVER LETTER

Item 28 through 29, Continued. Resume

Item 30 through 31, Continued. Handout, Titled: "Healthy Relationships."

Item 32, Continued. Handout, Titled: "Financial Abuse."

Items 33 through 37, Continued. Paper Titled: "Discrimination in the Area of Public Accommodation." PGS. 1-5

Items 38 through 42, Continued Paper Titled: "Discrimination in the Area of Employment Accommodation." PGS. 1-5

TAB 3......................................................................................................................... QUESTION 13 ~~AND 16~~

ITEMS 43 THROUGH 45, CONTINUED. MY MOTHER AND SISTER WROTE ME A LETTER FOR MY CONFIRMATION RETREAT

ITEM 46 AND 47, CONTINUED. SISTER LOUANNA I ENJOYED THE COMPANY OF THE SISTERS FROM NOTRE DAME HIGH SCHOOL FOR GIRLS. I TRULY BELIEVE IN MY HEART THAT JESUS CALLED THEM ON THEIR MISSION ON THIS EARTH. I WOULD LIKE THE ABILITY TO RECEIVE AND READ A LETTER FROM THE SISTERS OF NOTRE DAME HS FOR GIRLS AND BE ABLE TO SEND THEM MONEY. THE SISTERS OF NDHS WHERE THERE FOR ME WHEN I NEEDED THEM. I FEEL THAT I HAVE FAILED THEM.

Items 48 AND 49, Continued. My mother's GED Teacher gave me this letter, when I was at James Monroe Elementary School. I was popular because of my reading points. I kept his letter because I enjoyed his company.

Items 50 AND 51, Continued. One of my best friends in NDHS for Girls wrote me a letter

Item 52, Continued. My best friend from NDHS for Girls wrote me a letter.

Item 53, Continued. Graduation Card from the Bischoff Family

Item 54, Continued. My favorite place in NDHS for Girls, The Library. The librarians where great, they gave me a Starbucks Gift Card and Greeting Card on my graduation. They made me feel special.

Item 55, Continued. Graduation Greeting Card from my family in Apt. 1

Items 56 through 68, Continued. Certificates of Achievement from James Monroe Elementary School.

Item 69, Continued. Trophy I won in a writing competition at James Monroe Elementary School and Picture of personalized mug my best friend from NDHS for Girls gave me with my name and a butterfly filled with delicious caramels for helping her with her homework. This gift meant a lot to me because I would sometimes go hungry and go out of my way to help her.

Item 70 through 72, Continued. I made a collection of tokens I have collected from people. The contrast of what I have gone through after I left the home health agency is in that sheet. I am used to receiving gifts of encouragement for my character.

Item 73, Continued. My Second Honors from Notre Dame High School for Girls.

Item 74 through 77, Continued. Formation Classes Certificates. PGS. 1-4. YEARS: 2010,2011,2012

Items 78 through Item 92, Continued. Copies of my W2's and notes. Before, During and After Employment for Jessifer Home Health Agency, Inc. Fifteen pages in total.

Items 93 through 105, Continued. The response to my cries.

Items 106 through Item 112, Continued. My Resignation Letter and Performance Evaluation from Jessifer Home Health Agency. Seven Pages in total.

Item 113 and 114, Continued. Certificate of Appreciation from TJ Maxx and a Thank you letter.

Items 115 through 121, Continued. Janina's, Jessica's (Jessy's) and Daisy's Area of focus in the office.

*Item 1 continued*

TAB 2....................................................................................................................................... QUESTION 12 *and 16*

Item 1 through 6, Continued. PGS. 1-6

Item 7 through 18, Continued PGS. 1-12 Paper Titled: "INCIDENT REPORT RECARDING: JESSIFER HOME HEALTH SERVICES, INC"

Item 19 through 22, Continued. PGS. 1-4 Paper Titled: "Jessy"

ITEM 23 THROUGH 25, CONTINUED.......... PGS. 1-3 PAPER TITLED: "REQUESTING LEGAL ASSISTANCE IN THE AREA OF EMPLOYMENT DISCRIMINATION."

ITEM 26 THROUGH 27, CONTINUED. COVER LETTER

Item 28 through 29, Continued. Resume

Item 30 through 31, Continued. Handout, Titled: "Healthy Relationships."

Item 32, Continued. Handout, Titled: "Financial Abuse."

Items 33 through 37, Continued. Paper Titled: "Discrimination in the Area of Public Accommodation." PGS. 1-5

Items 38 through 42, Continued Paper Titled: "Discrimination in the Area of Employment Accommodation." PGS. 1-5

TAB 3....................................................................................................................................... QUESTION 13 AND 16

ITEMS 43 THROUGH 45, CONTINUED. MY MOTHER AND SISTER WROTE ME A LETTER FOR MY CONFIRMATION RETREAT

ITEM 46 AND 47, CONTINUED. SISTER LOUANNA I ENJOYED THE COMPANY OF THE SISTERS FROM NOTRE DAME HIGH SCHOOL FOR GIRLS. I TRULY BELIEVE IN MY HEART THAT JESUS CALLED THEM ON THEIR MISSION ON THIS EARTH. I WOULD LIKE THE ABILITY TO RECEIVE AND READ A LETTER FROM THE SISTERS OF NOTRE DAME HS FOR GIRLS AND BE ABLE TO SEND THEM MONEY. THE SISTERS OF NDHS WHERE THERE FOR ME WHEN I NEEDED THEM. I FEEL THAT I HAVE FAILED THEM.

Items 48 AND 49, Continued. My mother's GED Teacher gave me this letter, when I was at James Monroe Elementary School. I was popular because of my reading points. I kept his letter because I enjoyed his company.

Items 50 AND 51, Continued. One of my best friends in NDHS for Girls wrote me a letter

Item 52, Continued. My best friend from NDHS for Girls wrote me a letter.

Item 53, Continued. Graduation Card from the Bischoff Family

Item 54, Continued. My favorite place in NDHS for Girls, The Library. The librarians where great, they gave me a Starbucks Gift Card and Greeting Card on my graduation. They made me feel special.

Item 55, Continued. Graduation Greeting Card from my family in Apt. 1

Items 56 through 68, Continued. Certificates of Achievement from James Monroe Elementary School.

Item 69, Continued. Trophy I won in a writing competition at James Monroe Elementary School and Picture of personalized mug my best friend from NDHS for Girls gave me with my name and a butterfly filled with delicious caramels for helping her with her homework. This gift meant a lot to me because I would sometimes go hungry and go out of my way to help her.

Item 70 through 72, Continued. I made a collection of tokens I have collected from people. The contrast of what I have gone through after I left the home health agency is in that sheet. I am used to receiving gifts of encouragement for my character.

Item. 73, Continued. My Second Honors from Notre Dame High School for Girls.

Item 74 through 77, Continued. Formation Classes Certificates. PGS. 1-4. YEARS: 2010,2011,2012

Items 78 through Item 92, Continued. Copies of my W2's and notes. Before, During and After Employment for Jessifer Home Health Agency, Inc. Fifteen pages in total.

Items 93 through 105, Continued. The response to my cries.

Items 106 through Item 112, Continued. My Resignation Letter and Performance Evaluation from Jessifer Home Health Agency. Seven Pages in total.

Item 113 and 114, Continued. Certificate of Appreciation from TJ Maxx and a Thank you letter.

Items 115 through 121, Continued. Janina's, Jessica's (Jessy's) and Daisy's Area of focus in the office.